UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Dlott |
| | : | |
| vs. | : | |
| | : | **MOTION TO CHANGE** |
| HAROLD CARTER, et al., | : | **CAPTION AND** |
| | : | **MEMORANDUM IN SUPPORT** |
| Defendants. | : | |

**MOTION AND MEMORANDUM IN SUPPORT**

Plaintiff requests that the caption of the case be changed to *Riggins v. Forrest Hunt, et al.* to reflect that Harold Carter is no longer a defendant to the action. Mr. Carter was dismissed by the court. (Doc. 9). The remaining defendants are Forrest Hunt, Anthony Gannon, and Jerry Wells. While Mr. Carter will be a witness in the case, he is no longer a defendant. If the caption is not changed, the jury may be confused unnecessarily.

Respectfully submitted,

s/ Jennifer L. Branch
Jennifer L. Branch (0038893)
Trial Attorney for Plaintiff
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
LAUFMAN & GERHARDSTEIN
617 Vine Street, Suite #1409
Cincinnati, Ohio 45202
(513) 621-9100

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2003, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has

2

entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by fax upon all parties for whom counsel has not yet entered an appearance electronically, including:

R. Tracy Hoover
Marie Moraleja Hoover
Attorneys for Defendants
The Hoover Law Group
621 7th Street
Portsmouth, Ohio 45662

               s/ Jennifer L. Branch
               Attorney for Plaintiff