UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | **PETITION FOR WRIT OF** |
| | : | **HABEAS CORPUS AD** |
| HAROLD CARTER, et al., | : | **TESTIFICANDUM FOR** |
| | : | **PLAINTIFF ANTHONY** |
| Defendants. | : | **RIGGINS** |

Plaintiff, hereby petitions this court for a writ ordering James Haviland, or his designee, Warden of the Southern Ohio Correctional Facility, to transport Anthony Riggins # 188-083 from, Lucasville, Ohio to the U.S. District Court, Cincinnati, Ohio to attend the Jury Trial and testify in this case starting November 17, 2003 until conclusion of trial. Trial is expected to last 3-4 days. Mr. Riggins will need to be present at 8:00 a.m. each day of trial.

Furthermore, Plaintiff requests that counsel tables be skirted with material so as to conceal Mr. Riggins' leg shackles from the view of the jury.

Respectfully submitted,

s/ Jennifer L. Branch
Jennifer L. Branch (0038893)
Trial Attorney for Plaintiff
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
LAUFMAN & GERHARDSTEIN
617 Vine Street, Suite #1409
Cincinnati, Ohio 45202
(513) 621-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2003, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically, including:

R. Tracy Hoover
Marie Moraleja Hoover
Attorneys for Defendants
The Hoover Law Group
621 7th Street
Portsmouth, Ohio 45662

                                              s/ Jennifer L. Branch
                                              Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | |
| | : | **WRIT OF HABEAS CORPUS** |
| HAROLD CARTER, et al., | : | **ANTHONY RIGGINS** |
| | : | |
| Defendants. | : | |

The President of the United States of America, to James Haviland, Warden of the Southern Ohio Correctional Facility, or his assistant,

GREETINGS:

We command that the body of inmate Anthony Riggins # 188-083 who is presently held under your custody at the Southern Ohio Correctional Facility, Lucasville, Ohio, be brought under safe and secure conduct before Judge Susan J. Dlott, United States District Court, Cincinnati, OH at 8:00 a.m. on November 17, 2003 and each day thereafter until conclusion of trial. Upon conclusion of the trial each day, the inmate shall be returned to your custody.

_____
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | |
| | : | **ORDER INSTRUCTING** |
| HAROLD CARTER, et al., | : | **CLERK TO ISSUE WRIT OF** |
| | : | **HABEAS CORPUS FOR** |
| Defendants. | : | **ANTHONY RIGGINS** |
| | : | |

Pursuant to the petition filed by plaintiff,

**IT IS ORDERED** that the Clerk of this Court is instructed to issue a writ of habeas corpus ordering James Haviland, or his designee, Warden of the Southern Ohio Correctional Facility, to transport inmate Anthony Riggins # 188-083 who is presently held under his custody at the Southern Ohio Correctional Facility, Lucasville, Ohio the to U.S. District Court, Cincinnati, Ohio 8:00 a.m. on November 17, 2003 and each day thereafter until conclusion of trial. Upon conclusion of the trial each day, the inmate shall be returned to Warden Haviland's custody.

JUDGE SUSAN J. DLOTT
UNITED STATES DISTRICT JUDGE