IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY RIGGINS      :
                     :
    Plaintiff(s)     :
                     :   Case No. 1:01cv503
    v.               :
                     :   District Judge Susan J. Dlott
HAROLD CARTER, et al,:
                     :
    Defendant(s)     :

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:   United States Marshal            James Haviland, Warden
      Southern District of Ohio        Southern Ohio Correctional Facility

You are commanded to have the person of ANTHONY RIGGINS (188-083), the plaintiff in this cause, currently restrained in your custody, conveyed under safe and secure conduct, to appear before this Court at the Potter Stewart United States Courthouse, **on or before Monday, November 17, 2003 at 8:30 a.m.** and to return said plaintiff to the place from which said plaintiff has appeared at the conclusion of each days proceedings in the above-captioned case, continuing thereafter day-to-day until there being no further orders of this Court to the contrary.

You are further commanded after the conclusion of all proceedings herein, to return him under safe and secure conduct to the above said place where he was originally detained.

                                ___s/Susan J. Dlott_____
                                Susan J. Dlott
                                United States District Judge