UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| Plaintiff, | : | Judge Susan J. Dlott |
| vs. | : | **PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR WITNESS INMATE GREGORY JOHNSON** |
| HAROLD CARTER, et al., | : | |
| Defendants. | : | |

Plaintiff, hereby petitions this court for a writ ordering Khelleh Konteh, or his designee, Warden of the Toledo Correctional Institution, to transport Gregory Johnson # 209-402 from Toledo Correctional Institution in Toledo, Ohio to the U.S. District Court, Cincinnati, Ohio to attend the Jury Trial and testify in this case on Tuesday, November 18, 2003 at 11:30 a.m.

At the final pretrial conference Plaintiff's counsel agreed to have inmate witnesses testify via video transmission. However, Inmate Johnson resides in a facility that does not have video capability.

Respectfully submitted,

s/ Jennifer L. Branch
Jennifer L. Branch (0038893)
Trial Attorney for Plaintiff
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
LAUFMAN & GERHARDSTEIN
617 Vine Street, Suite #1409
Cincinnati, Ohio 45202
(513) 621-9100

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2003, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically, including:

R. Tracy Hoover
Marie Moraleja Hoover
Attorneys for Defendants
The Hoover Law Group
621 7th Street
Portsmouth, Ohio 45662

s/ Jennifer L. Branch
Attorney for Plaintiff