# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY RIGGINS,** | : | CASE NO. C-1-01-503 |
| Plaintiff, | : | |
| | : | JUDGE DLOTT |
| v. | : | |
| **HAROLD CARTER, et al.**, | : | **AGREED PROTECTIVE ORDER** |
| Defendants. | : | |

## PROTECTIVE ORDER

Upon agreement of the parties, pictures listed below are designated Confidential and shall be held strictly confidential by the attorneys receiving the documents. The confidential documents shall not be disclosed to any person other than the parties, their attorneys and law firm staff. Plaintiff shall not have access to the pictures at issue unless offered and entered as an exhibit.

1)   Pictures taken on May 12, 2000, of any defendants.

2)   Pictures taken on May 12, 2003, of Plaintiff.

3)   Pictures of any prison location.

The parties also agree that the confidential pictures will be returned to the counsel providing the documents upon the termination of the case. If any of these pictures are filed with the Court, they shall be filed under seal unless otherwise ordered by this Court.

**IT IS SO ORDERED.**

_____            ___s/Susan J. Dlott_____
Date                                                                  United States District Judge

It is so agreed:

_____    _____
MARIANNE PRESSMAN                           JENNIFER BRANCH
Assistant Attorney General                  Trial Lawyer for Plaintiff
Attorney for Subpoenaed Witness
Warden Haviland


_____    _____
Date                                        Date



_____
R. Tracy Hoover
Attorney for Defendants


_____
Date