UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted*
*Susan J. Dlott*
*Nov 12 2003*

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Dlott |
| | : | |
| vs. | : | |
| | : | MOTION TO CHANGE |
| HAROLD CARTER, et al., | : | CAPTION AND |
| | : | MEMORANDUM IN SUPPORT |
| Defendants. | : | |

## MOTION AND MEMORANDUM IN SUPPORT

Plaintiff requests that the caption of the case be changed to *Riggins v. Forrest Hunt, et al.* to reflect that Harold Carter is no longer a defendant to the action. Mr. Carter was dismissed by the court. (Doc. 9). The remaining defendants are Forrest Hunt, Anthony Gannon, and Jerry Wells. While Mr. Carter will be a witness in the case, he is no longer a defendant. If the caption is not changed, the jury may be confused unnecessarily.

Respectfully submitted,

s/ Jennifer L. Branch
Jennifer L. Branch (0038893)
Trial Attorney for Plaintiff
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
LAUFMAN & GERHARDSTEIN
617 Vine Street, Suite #1409
Cincinnati, Ohio 45202
(513) 621-9100

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2003, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has