EXHIBIT A

## OFFENSE RECORD

Name: Riggins   Number: 188-083

| Date | Officer Making Report | Character Of Offense | | Disposition |
|---|---|---|---|---|
| 1-02 | T. Love | CII 4,12,14 | RIB 17-G | 4/14? inclusive 15days DC Return to 4... |
| 26/02 | S. Hammond | CII 5,12 | 12,13 | 10 days 5 days |
| 3/03 | P. Messer | CII 19 (2903.13) G | | 15 days DC |

## OFFENSE RECORD

Name: Riggins        Number: 188-083

| Date | Officer Making Report | Character Of Offense | Disposition |
|---|---|---|---|
| /00 | | II 14,(19) (2921.38) DB | T/A III 6 VR |
| /00 | Harris | II 14, 22 | T/A III G 60 Dy Con Rest 3/8 - 5/9/00 |
| /00 | Harris | II 14, 15 | T/A III G 30 Dy Con Rest 4-? -05-6-00 |
| /00 | Harris | II 8, 14, 15 | T/A III G 30 Dy Con Rest 3/8 - 4/8/00 |
| 7/00 | Harris | II 14, 15   RIB | II N G 10 Dys DC / II 15 G 5 Dys DC  Rec J1-III |
| 3/00 | Odell | II 8, 28 | T/A III G VR |
| 22/00 | Howard | II 30   RIB | G 15 Dys DC |
| 5/00 | Poti | II N 29 | II 14NG, #29 T/A III G3 Dys Con Rest 5/8 - 6/2/ |
| 24/00 | Hunt | II 12, 19 (2903.13)  RIB | II 12 G 5 Dyp / II 19 G 10 Dyp |
| 18/00 | Pendleton | II 4 | T/A III G VR |
| /00 | Heim | II X (8) (2921.38)  RIB | II 14 Inclusive II 19 G 15 Dyp / A C due III / T/A III G VR |
| 18/00 | Moore | II 4, 15 | T/A III G 30 Dy Con Rest 8/23 - 9/20/00 |
| 19/00 | Little | II 15 | T/A III G 30 Dy Con Rest 9/30 - 10/27/00 |
| 14/00 | Hoodman | II 14 | T/A III G 30 Dy Con Rest 9/1 - 9/30/00 |
| 31/00 | Sharp | II 4, 1, 15 | II 12 G 15 Dyp DC |
| 11/00 | Wellman | II 12, 14 | II 14 Inclusive G 15 Dyp DC |
| /13/00 | Rogers | II 8 weapon   RIB | III E1, 120 G con req |
| 6/00 | Ms. Lambright | II 129 | |
| | | | |
| 3-01 | RIB | II R7 | L 30 Level |
| 1-13-01 | J. Smith | CII, R8 | Level 1 |
| /15/02 | Cro J. Lane | CII 14, 1, 12, 15 RIB | 12 5 days / 14 G 10days PC |
| 5/28/02 | J Lewis | CII 4, 12, 15 RIB | 4/NG  14 NG  15-NG |
| /0/02 | C. Payne | CII 8, 15 | T/A III G 30 Dy Con Rest 1 pay for... |

## OFFENSE RECORD    In Progress

Name: **Riggins**    Number: **188-083**

| Date | Officer Making Report | Character Of Offense | | Disposition |
|---|---|---|---|---|
| 2-99 | Newsome | II 15 | | T/A II, G, Pay $3.79 |
| 2-99 | Madden | II 1, 3, 8 | | T/A II G, 30 days Com R 6-10 to 7-10 |
| 6-99 | Madden | II 8 | | T/A II NG |
| 6-99 | Grant | II 30 | RIB | G, 15 Days |
| 6-99 | Madden | II 8 | | T/A II - Guilty |
| 16-99 | Madden | II 4,14 | RIB | II 4 G 5 Days 60 Rec Rest / II 14 G 10 Days |
| 2-99 | Rucker | II 4,15 | | 60 Comm Rest 7-6-99 to 9-6-? |
| 8-99 | Veach | II 30 | RIB | T/A II G / T/A III G Reheard |
| -8-99 | Eslen | II 4,12,14,29,31 (12,14,29 RIB) | | II-4 T/A II VR, II 31-N II 12 G 5 Dys, II 14 G 5 dys, II s |
| -9-99 | Stowe | II 14 | | T/A II - G |
| /3/99 | Grant | II 8, 15, [scribbled] | | II 8 G-15 DYS [scribbled] II 15 NG |
| 25/99 | Smith | II 14,29 | | T/A II G VR |
| /10/99 | Madden | II 7 | RIB | G 15 DYS |
| /29/99 | George | II 15 | | T/A II G Pay $36.38 |
| /27/99 | Newsome | II 4,14,29 | | T/A II G VR 30 Dy Co 9/6 - 10/5/99 |
| /28/99 | Porter | II 14 | | T/A II G 60 Dys Con. 12/10 - 2/9/00 |
| /28/99 |  | II (9), 14  *start here* | | 14 - G, 5 days DC / 19 - G, 10dys DC / G Pay $10.12 |
| -29-99 | Madden | II 4,15 III 11 | | II NG II 15 G 15 Dys |
| -22-99 |  | II 4,15 | RIB | II 8 G 15 Dp / II 15 NG |
| -24-99 | Hawk | II 8, 75 | RIB | T/A II G |
| -29-99 | Simpson | II 4, 15 | | II G 5 Dys DC / II 30 G 10 Dys DC |
| 2/2/99 | Harris | II 14,30 | RIB | II 8 NG / II 1-9 G 15 Dys DC |
| 2/8/99 | Grant | II 8 (9) (2203.B.1) | RIB | T/A III G Pay $60.? |
| 2/29/99 | Spears | II 15 | | G 15 Dys DC |
| 2/30/99 | Newsome | II 1 | RIB |  |
| /6/00 | Clapp | | | |

## OFFENSE RECORD

Name: Riggins      Number: 188-083

| Date | Officer Making Report | Character Of Offense | | Disposition |
|---|---|---|---|---|
| -98 | Grant | II 14, 30 | Rib | 14-5 days DC  30-10 days |
| -98 | Lewis | II 28, 8 | | 30 day Phone Rest  H/o 4/3/4  30 day Com Rest |
| -98 | Neff | II 1, 4, 14 | Rib | Rib-1-15 days DC |
| -98 | Hardyzeel B. | II 8 | | VR |
| -98 | Honeywell, S. | II 28 | | VR 30 day Phone Rest |
| 21-98 | Honeywell, B. | II 14, 4 | | 60 day Phone Rest |
| 26-98 | Honeywell, S. | II 14, 30 | Rib | 14-5 day DC  30-10 days |
| 1/14/98 | C/O Ross | II 7, 8, 28 (7 RIB) II 28 | | Guilty |
| 2/14/98 | B.S. | II 1, 12  RIB | | |
| 2/99 | P. Holsinger | II 1 | G | 60 day Comm. Rest |
| 2/27/98 | M. Buckler | II 14, 4 | G | 60 day Rec. Rest |
| 1/15/98 | D. Madden | II 1, 15 | G | VR |
| 1/14/98 | C/O S. Ross | II 7 | G | 15 days PC  VST + Fence Dmg. |
| 1/10/99 | C/O L. McClead | II 5 | G | 15 days PC |
| 21/99 | Madden | II 14 | G | T/A #II 30 day Comm. recontinue other form |
| 21-99 | Jacobs | II 14, 29 | G | T/A II 30 day Rec. Rest |
| -7-99 | Dotson | II 1, 4 | G | T/A III |
| 18/99 | L. Greene | II 15 | | NG |
| 11/99 | Goodman | II 14 | G | T/A II 30 day Com. Rest |
| 17/99 | Hoover | II 14, 30 | RIB | T/A III G Com Rest fr 4-2-99 - 5-2-99/ T/A II G 30 day Com. Rest. |
| 20/99 | Madden | II 4 | | T/A II VR |
| 10/99 | | II 1, 15 | | 15 G  pay 5.50 for ... |
| 21-99 | Madden | II 15, 8 | | T/A III / VR |
| 24-99 | Sgt. Malone | II 14, 1 | | 1- NG  14- RIB |
| 24-99 | Coogan | II 85 (19) (2903.13) | RIB | G, 15 days DC  3-24-99 - 4-7-99 |

R&C 2027

## OFFENSE RECORD

Name: **Riggins**    Number: **188-083**

| Date | Officer Making Report | Character Of Offense | Disposition |
|---|---|---|---|
| 16-97 | Human | II 4,12,14 | II 4,12 T/A III G VR |
| /A | M2 | II 12 | II 12 T/A III R VR |
| 7-97 | Wolford | II 1 | II 1 T/A III VR 15 days Rec. Rest. |
| 1-97 | Lewis | II 4,15 | II 4,15 T/A III G |
| 16-97 | RIB | II 29 | G 15 days DC |
| 17-97 | RIB | II 30 | G 30 day Rec. Restr. |
| 24-97 | Hiles | II 1,14,29 | II,1,14,29 T/A III VR 30 day rec. restr. |
| -27-97 | Hiles | II 4,12,14 | II,1,4,12,14 T/A III G VR 30 day comm. restr. |
| -29-97 | Hughes | II 12,14 | RIB G VR 5 days DC |
| -11-97 | Fannin | II 14,29 | II 14,29 T/A III G VR 30 day Comm. Restr. |
| -8-98 | Bloomfield | II 4,N | II 4,14 T/A III 60 day Comm Restr. |
| 16-98 | Hawk | II 14,29 | II 14 T/A III G 60 day Comm R II 29 RIB G 15 days DC |
| -25-98 | Hawk | II 28 | II 28 T/A III G 90 day Comm Restr. |
| -5-98 | Neff | II 1 | T/A III G VR |
| -11-98 | Fiske | II 8,29 | RIB G 15 days DC |

## OFFENSE RECORD

Name ........................................................ Number ........................................................

| Date | Officer Making Report | Character Of Offense | Disposition |
|---|---|---|---|
| 12/95 | | C2R11 | 10 days |
| | | | Range Sep - Shamrock 255-718 |
| 8/95 | | C2R4,5 | Red C3-VR 10day Rec Rest. J/L Ranson |
| 4/96 | | C2R8 | C3-VR |
| 7/96 | Referred RIB 2/27/96 | C2R 19, 30 | |
| 3/96 | " 3/12/96 | C2R 14, 30 | |
| 28/96 | | C2R14 | C3-VR |
| 7/96 | | C2R14, 15 | 14- C3-VR / 15 C3-NG |
| 15/96 | referred RIB 7/21/96 | C2R 14, 29 | |
| 7/96 | " 5/2 | C2R 30 | |
| 4/96 | " " | C2R 14 | |
| 19/96 | " " | C2R 14, 29, 15 | |
| ~~/~~ | | ~~C2R~~ | |
| 7/20/96 | | C2R 4, 14, 15 | C3-VR 10 day susp rest. |
| -30-96 | RIB | C2R 3 | 3 days Ret to A/C |
| /17/97 | RIB | CTR 5, 12 | 5-3 days ret A/C, 12-3 day |
| | | | range sep Gherdis 280-251 |
| 23/97 | RIB | II 4, 14, 19 | II 4 - VR |
| | | | II 14 - NG |
| | | | II 19 - 5 days DC |
| | | | Job + locks p. Coleman 199-76 |
| 23/97 | RIB | II 14, 30 | II 14 - 7 days |
| | | | II 30 - 8 days |
| | | | II 12, 14, 4 T/A III R VI |
| -23-97 | | II 12, 14, 4 | |
| -14-97 | Galloway | II 15 | II 15 T/A III 11 G VR |

: 2027

## OFFENSE RECORD

Name: Riggins      Number: A188-083

| Date | Officer Making Report | Character Of Offense | | Disposition |
|---|---|---|---|---|
| 22-93 | C/O Hoard | II 19 | RIB | 10 days D/C no credit DC |
| 4-94 | C/O Thompson | II 1, 24 | III | Work Detail |
| 4-94 | C/O Thompson | II 25 | III | Work Detail |
| 18-94 | J. Mullins | II 5, 1 | RIB | 7 days D/C |
| 3-94 | C/O Thompson | II 1, 25 | III | Cell Restriction |
| -7-94 | C/O Bricker | II 1 | RIB | 3 days D/C |
| 7-94 | C/O R. Jacobs | II 1, 5 | RIB | 7 day D/C |
| -10-94 | L. Holland | II 29 | | 5 days D/C in 7/29 out 8/3/94 |
| -15-94 | L. Ingram, Jr. | II 25 | | 7 days D/C - LSC time - in 8/11 out 8/18/94 |
| 22-94 | L. Foster | II 5 | | 6 days D/C 4 day CR SC in 9/24 out 9/30/9 |
| -10-94 | Lt. Albert | III 3 | III | Reprimand |
| -29-94 | C/O Chew | II 7 | RIB | Susp 7 day D/C |
| -8-94 | C/O Jansen | II 7, 7 | RIB | 7 day D/C |
| -3-95 | C/O Jansen | II 7 | | 15 days D/C Reprimand 4/c Class III |
| -11-95 | L. Cutman | II 2, 25 | | Reprimand Class III |
| -20-95 | L. Stewart | II 1 | | Verb Reprimand |
| -4-95 | C/O Jansen | II 7 | | Suspend 7 days D/C |
| -13-95 | C/O Brooks | II 7 | | 15 days D/C Suspend A/c |
| -23-95 | L. Messmith | II 1, 14 | | 15 days D/C |
| -4-95 | Sgt. Leslie | II 7, 8 | | 15 days D/C Reprimand A/c |
| -9-95 | L. Scruggs | II 1(9 N/G* | | 7 days D/C |
| -4-95 | C/O Hicks | II 8 | | Class II Verb Reprimand |
| -18-95 | C/O Hicks | II 1 | | Class III Verb Reprimand |
| -18-95 | C/O Jansen | II 1 | | Class III Verb Reprimand |
| -28-95 | C/O Shelton | II 1 | | |

2027

# OFFENSE RECORD

Name: **Riggins**    Number: **188-083**

| Date | Officer Making Report | Character Of Offense | Disposition |
|---|---|---|---|
| -6-90 | | II R12, R19 | R12-NG, R19-5 days r/s to AC/LL comm job + lock sep. from Slepko 181-657 |
| 3-90 | Armstrong | IIR-1 | IIR-1 No Ho Carbon copy signed |
| 2-90 | McPhail | IIR-1, 3 | IIR-3 10 days DC Ret to AC IIR-1 > IIIR-12 VR Ho |
| 6-90 | Pagues | IIR-1, IIR-6 | IIR-6 VR Ho IIR-8 5 days DC / 10 days X |
| -90 | Castle | IIR-8, 28 | IIR-28 5 days DC / Ret to AC |
| 12-3-90 | modify to time served - Ret to AC | | ↑ |
| 13-90 | | II-15 | VR Ret to GP |
| 18-90 | | II-18 | NG Ret to GP |
| 2-91 | | II-4 II-5 Job+Lock 5 days Sep. from Ballard 172-215 Class II R4 reduced to Class III R10 9-20-91 | 5 days Ret to GP |
| 21-91 | | II-5 | 6 Days (ref to AC/LC Comm |
| -27-91 | K. Stierman | II-19 | 4 days s/c, ref to AC AC comm sec AC luxe |
| -3-93 | Sgt. Herrell | II 1 | 14 days D/C |
| -19-93 | Sgt. Hurrell | II 1 | III Reprimand |
| -8-93 | Sgt Young | II 1, 4 | III Reprimand |
| -1-93 | C/O Akers | II 4 | III Reprimand |
| -8-93 | C/O Gilbert | II 15 | III Reprimand |
| -8-93 | C/O Rummell | II 1, 18 | |
| -8-93 | C/O Pivott | II 14, 12 | |
| -8-93 | C/O Gilbert | II 1, 28 | III Reprimand |
| -8-93 | C/O Killam | II 22 | |
| -8-93 | C/O Morrow | II 19 | |

R&C 2027

## OFFENSE RECORD

# 188083

Name: **RIGGINS**  Number: **188083**

| Date | Officer Making Report | Character Of Offense | Disposition |
|---|---|---|---|
| 7-26 | Indiana | [illegible] on [illegible] | [illegible] |
| 26-86 | Welch | OOP | 5 Day DC, susp 2 DC |
| | | | 15 day DC susp 5 [illegible] modified to 15 day susp 10 day DC |
| | Welch | [illegible] [illegible] | |
| | | ↓ | |
| 2-1-86 | Jackson, McCown | S.C.C, Stealing, [illegible] of contraband lying [illegible] | 15 days DC, susp [illegible] modified to [illegible] |
| 1/29/84 | McElwain | C+D | 5 days DC susp 5 15 day DC [illegible] |
| 6-87 | Feldman | Fighting | |
| 9-87 | Ferguson | Contraband | 3 days CC susp 3 C1 |
| | Cooley | [illegible] | [illegible] |
| -19-87 | Davis | It rule 3 contraband | warning C/D |
| -14-87 | Pankake, Turner | Reading OOP | 10 days DC susp 5 C1 |
| 1-13-87 | Snyder | [illegible] B.B.O | 5 days R.C. susp 1 day |
| -10-88 | Saylor | O.O.O | Modified: 15 day DC |
| -7-88 | Hall | O.O.O. | susp. 6 day |
| -9-88 | McNamara | O.O.O. | TOTAL = 9 days |
| 5-9-88 | Franklin | O.O.O. | 15 days DC cc D. [illegible] From Hamilton 195-2 |
| 7-19-88 | Mulholland, Perkins | Contraband, Assault | 5 days D.C. susp 5 |
| 11-23-88 | Thompson, Boz | O.O.O | 13.00 speeding fine held as a cl. 3 Warning |
| 2-22-88 | | II #5 | Held as a Cl. 3 |
| 11-7-88 | | II #25 | Held 12 10 day lock |
| 11-15-88 | | II #25 | Held as Cl.3 #12 20 hrs X-duty [illegible] |
| 12-10-88 | | II #1 II #25 | Held as 3, 12 15 day lockdown |
| 12-19-88 | | II #25 | Warning |
| -11-89 | | II 12 | 30 hrs X-[illegible] |
| -17-89 | | II #8 #4 #228 II | 15 days, susp 10 days to limit - Rec CC |
| -31-89 | | | |
| 6-28/89 | | II-5 | separate LEE 152 |

DR&C 2027

## OFFENSE RECORD

**Name:** RIGGINS  **Number:** 188083

| Date | Officer Making Report | Character Of Offense | Disposition |
|---|---|---|---|
| 4-86 | Anderson | Disrespect to an Officer | 5 das DC |
| 26-86 | Welch | DDP | 5 Days DC, susp 2 D... |
| 2-86 | Welch | Dis O, Disrespect | 15 das UC susp 5 das modified to 15 das susp 10 das UC |
| 21-86 | Pickens, Messenger | G.O., Stealing, Poss. of Contraband, Lying, Being out of Place | 15 days DC susp 8 days Rec. DC modified to UC L |
| 1/28/87 | McElvain | DDO | 5 days DC susp 2 13 das UC P/U 2 das UC, Total 15 |
| 6-87 | Faldman | Fighting | |
| 9-87 | Ferguson | Contraband | 3 days DC susp 3 Cl. |
| -10-87 | Corbin | It rule 1 DDO | 15 days DC susp 5 D |
| -15-87 | Davis | It rule 8 contraband | warning c/o |
| -14-87 | Pankake, Turner | Reading DDP | 10 days DC susp 5 Cl. |
| -13-87 | | J.B.O. | 5 days DC susp 1 day |
| -10-88 | Sayler | D.D.D. | Modified |
| 9-88 | Saylor | | 15 days DC, |
| -7-88 | Hall | D.D.O. | susp 6 days |
| -9-88 | McNamara | D.D.O. | Total = 9 days |
| -9-88 | Franklin | D.D.O. | 15 days DC C+D From Hamilton 195-7 |
| -19-88 | Mulholland, Oskins | Contraband, Assault | 5 days D.C. susp 5 |
| 1-23-88 | Thompson, Boy | D.D.O. | Not guilty |
| 1-13-89 | Goldsmith | D.D.O. | 5 days DC |
| 1-3-89 | Kessler | DDP | 5 days DC |
| 3-11-89 | Crawford, Wells | disrespect | 15 days DC susp 10 in UC s.o.f. LEE 152-6 |
| 5-24-89 | Knaul | Fighting | Not guilty |
| 5-22-89 | Wilkerson | aiding & abetting, assault | 15 days DC NO LC |
| 7-15-89 | Gaffar, Vogel | Threats, Disrespect | C+O Contraband |
| 7-16-89 | Spillman, Risner | DDO, cust. a disturb., contraband, threats | enter LC 7-10-89 |
| 6-26-89 | Turner, Albright, Fox | assault | Transfer to map. |

DR&C 2027

## OFFENSE RECORD

# 173275

Name: RIGGINS   Number: _____

| Date | Officer Making Report | Character Of Offense | Disposition |
|---|---|---|---|
| 3/83 | R. Voet | Class II, Rules 4, 14 | 10-10 days D.C. 5 days D/C & credit 4 days |
| -84 | J. | II, Rule 22 | Ran # w/warning |
| | | II, Rule 25 | |
| 3-84 | Jones | II, Rule 8 | 7 day D/C 2 day St Cad |
| 24-84 | Gerstner | II-26 | Withdrawn |
| -84 | Odom | II, Rule 25 | II to III w/ 10 hrs. E/O. |
| -16-84 | Upthegrove | II, Rule 25 | 3 days D/C, credit 3 days |

## OFFENSE RECORD

Name _Biggs_    Number __R-112883__

| Date | Officer Making Report | Character Of Offense | Disposition |
|---|---|---|---|
| /80 | C/o Adams | Class 2 Rule 8 | 7 days CC + Credit PWD |
| 31-80 | Buckman | Destr. of St. Prop. | Pay $5.00 |
| 17-81 | Grenet | Theft | 10 day D/C |
| 19-81 | Purell | Riot | Guilty retd to "C" |
| 2-81 | Abner | Disob. of dir. Order | 14 dy D/C |
| 29-81 | Duff | Stealing | 30 dy counsels |

Class-2C (OSR B9-12)

## OFFENSE RECORD

Name: **Riggins**     Number: **188-083**

| Date | Officer Making Report | Character Of Offense | Disposition |
|---|---|---|---|
| 1-22-98 | J. Hughes RN | 12 JR / 14 5days | (5days DC) 1-22 1-22 |
| 3-29-99 | C/O D. Cooper  3-24-99 | II-4 Not Guilty / II-19 Guilty 15 days DC | Return To AC |
| 7-6-99 | Ms J. Grant  5-28-99 | II-30 Guilty 15 days DC | Return To AC |
| 7-6-99 | C/O M. Rucker  7-1-99 | II-8 Guilty 5 days / II-14 Guilty 10 days | Return To AC |
| ~~7-9-99~~ | ~~L. Stone  7-9-99~~ | | |
| 8-9-99 | C/O S. Smith  7-25-99 | II-8 Guilty 15 days DC / II-15 NG II-19 NG | Return To AC |
| 8-9-99 | Nurse L. Stone  7-9-99 | II-12 G 5 days  II-29 G 5 days / II-14 G 5 days | Return To AC |
| 9-1-99 | C/O J. George  8-19-99 | II-7 Guilty 15 days DC | 2nd offence Drug Sanction Return To AC |
| 10-4-99 | C/O D. Madden  9-29-99 | II-14 Guilty 5 days DC / II-19 Guilty 10 days DC | Return To AC |
| 11-24-99 | C/O L. Hawk  11-23-99 | II-4 Not Guilty / II-15 Guilty 15 days DC | $10.22 for Food Trays  Return To AC |
| 12-7-99 | C/O A. Simpson  11-29-99 | II-8 Guilty 15 days DC / II-15 NG inclusive | Return To AC |
| 1-6-00 | SGT. Clagg  1-5-00 | II-1 Guilty 15 days DC | Return to AC |
| 1-6-00 | C/O Spears  12-28-99 | II-19 Guilty 15 Days DC | " " " |
| 5-1-00 | Mrs Grant  12-5-8 | II-14 Guilty 5 days DC / II-30 Guilty 10 days | Level III Placement 5-1 Return to AC |
| 5-1-00 | C/O Hann  1-17-00 | II Rule 14 10 Days DC / II Rule 15 5 Days DC | Level III Placement Jd Return to AC |
| 5-1-00 | Nurse Ham  2-22-00 | II Rule 30 Guilty | Return to |
| 7-28-00 | C/O F. Hunt | II-12 5DC / II-19 2903.13 10DC) 15 Days | Recomm AC Level III |
| 8-25-00 | C/O A. Gleim  8-22-00 | II-14 Inclusive In 8-25 out 11-25 / II-19 (2921.38) G 15 Days DC | Rec. Rest. 8-25 To 11-25  Ref. To O.S.P |
| 9-14-00 | Ms. S. Wellman  9-11-00 | II-12 Guilty 15 Days / II-14 Incl. In 9-11 out 9-25 | Ret To A.C Level III |
| 2-26-00 | C/O D. Rogers  5-13-00 | II-8 (weapon) Guilty In 9.26 15 Days DC out 10-10 | Ret To A.C Level III |

RC 2027

| Date | Offense Report | | Disposition |
|---|---|---|---|
| | | 183-083 | |
| 1 2-11-93 | II 1 | Sgt Huseell | Guilty II 1 14 days D/C. In 2-11-93 Out 2-25-93 |
| 12-28-93 | II-1-19 | C/O Hoard + Cantrell | G-1-19- 10 days DC No credit SC IN 12-28-93 out 1-7-94 (Minor Issault) |
| 1-20-94 | II-5-1 | C/O Mullins | G-5-1- 7 days DC No credit SC IN 1-20-94 out 1-27-94 |
| 4-7-94 | II-1-5 | C/O Jacobs | G-1-5= 7 days DC No credit SC IN 4-7-94 out 4-14-94 ✓ |
| 4-11-94 | II-1 | C/O Bricker | G-1- 3 days DC to be ran conc. with last disp IN 4-11-94 out 4-14-94 |
| 7/29/94 | II 14+29 | C/O Holland | 5 days D/C in 7/29/94 out 8/3/94 |
| 8/18/94 | II-25 | Ingram Sr. | 7 days D/C credit S/C time in 8/11/94 out 8/18/94 |
| 9-28-94 | II-5 | C/O Foster | G II-5 6 days DC 4 days credit SC IN 9-24-94 OUT 9-30-94 ✓ |
| 11/29/94 | II-7 | Chew | Suspend 7 days D/C |
| 12/8/94 | II 7+7 | Jansen | 7 days D/C No credit A.D.A.P in 12/8/94 out 12/15/94 |
| 1/3/95 | II-7 | Jansen | N-G insufficient evidence |
| 1-12-95 | II-7 | Jansen | 15 days D/C In 1-12-95 out 1-27-95 Recommend L/C |
| 3-7-95 | II 7 | Jansen | Suspend 7 days D/C |
| 3-14-95 | II 7 | Brooks | 15 days D/C in 3-14-95 out 3-29-95 Suspend A/C |
| 3-27-95 | II 14+14 | Messersmith | 15 days D/C in 3-27-95 out 4-11-95 |
| 4-19-95 | II 7+8 / II 1+7 | Sgt Leclair / C/O Scruggs | 15 days D/C in 4-19-95 out 5-4-95 Recommend A/C |
| 5-9-95 | II 8 | T Hinkle | 7 days D/C in 5-9-95 out 5-16-95 |
| 10-12-95 | II 11 | C/O Ackerson | II 11 GUILTY 10 DAYS DISP OUT 10-12-95 RETURN TO CELL K-1 RANGE SEP SHARROCK 255-718 |
| 8/29/96 | CII R 1 | C/O Evans 8/27/96 | CII R1 · G/ 2 days D.C. 8/27-8/29 return to AC (K2) |
| 10-28-96 | CII 3 | C/O Conley 10-30-96 | II 3 G 3 days In 10-28-96 out 11-3-96 return to GP |
| 3-12-97 | RII 5, 12 | C/O J. Spradlin | II 5 G 3 days In 3-16-97 II 12 G 3 days out 3-17-97 return to AC Range Sep Gether 280351 |
| 5-23-97 | CII 14,19 | C/o Bowling Partially Expunged 5/5/97 | II 14 NG II 19 G 5 days in 5/5 out 5/9/97 ret to K-2 g/a Sep Coleman 199-764 assault 2903.13 |
| 5-23-97 | CII 14, 30 5-9-97 | Nurse Stone | II 14 G 7 days DC. in 5-9-97 time served II 30 G 8 days DC out 5/23/97 return to A.C |

7/97

INMATE NUMBER(S): 188-083        INMATE NAME(S): Riggins

S.O.C.F.
**RULES INFRACTION BOARD DISPOSITION SHEET:**            **CLASS II AND CLASS III OFFENSES:**

| VIOLATION(S) AND DATE: | | DATE HEARD: | DISPOSITION BY R.I.B: |
|---|---|---|---|
| C/2 R29 | 11/16/97 | 11/20/97 | G29 15 DC Ref. A.C. |
| C/2 R31 | 11/17/97 | 11/20/97 | G30 30 Day Rec. Rest. Remain AC |
| C/2 R29 | 1-16-98 | 3-6-98 | G29 15 Days DC in J-4-2 Ret TO A.C. |
| II-14, 29 | 7/11/98 | 7/24/98 | II-14 Inclusive  II-29 Guilty 15 Days DC To be served in A.C. Return To A.C. |
| II 1 | 9-29-98 | 10-2-98 | Ref to L.C.   15 Days DC |
| II 14, 30 | 9-16-98 | 10-26-98 | Ref to L.C. comm.  15 Days DC |
| II R 14, 30 | 10-25-98 | 10-28-98 | Ref to A/C comm  15 days DC   1st offence drug sanctions |
| II-7 | 12-14-98 | 1-22-99 | II-7 Guilty 15 days DC  Return To AC |
| II-5 | 1-10-99 | 1-22-99 | II-5 Guilty 15 days DC  Return To AC |
| C/2 14, 30 | 2-8-99 | 2-11-99 | II-14 G 5 days DC  II-30 G 10 days DC  Return To AC |

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment; implementation of treatment plan and response to treatment. Sign and title all notes. | Dept. or Discipline |
|---|---|---|
| 4/20/00 1:20pm | MHL note<br>S) Riggins seen in J3-71 for brief counseling to address problem #1 of treatment plan. He expressed no concerns other than request to see Dr. Bawazer. He said that he would not refuse the next evaluation.<br>O) Speech clear and of normal flow, A&O oriented, euthymic, thought processes appeared goal directed, concentration good, no objective symptoms of serious mental illness.<br>A) Riggins has dx of schizoaffective d/o and ASPD.<br>P) Continue to monitor.<br>— J. Matthews, PsyD, Psych Supervisor<br>Richard Stoner, PA2/Psy Trainee | |
| 4/25/00 | "PSYCHIATRIST NOTE" "PLEASE SEE DICTATION" Seen today, alert, cooperative and stable.<br>— D. Bawazer | |
| 5/5/00 | 4/25/00    Outpatient Psychiatrist's Progress Note    RIGGINS    A188-083<br>**Subjective:** 1) "I am staying out of trouble for the past two months. I have no tickets. In my cell I read. I would like to go to general population. Let me to go to Oakwood first." He was told there was no need to go to Oakwood, the team will decide whether he needs to go to Oakwood or not.<br>2) His medication is stabilizing him and he is okay, as he stated.<br>**Mental Status Examination:** Mr. Riggins is 6'4" tall, weighs 169 lbs., African-American male. He is clean in his appearance, alert, friendly and cooperative. Speech of normal flow, coherent and relevant. His affect is euthymic. Thinking process is goal directed. He is not confused, not delusional, not paranoid, no suicidal thinking. His judgment and insight both were limited.<br>**Assessment:** He carries the diagnosis of schizophrenia complicated by antisocial personality disorder, however, during this evaluation he is friendly, cooperative and seems stable.<br>**Tx Plan:** 1) Will continue his medication in the form of Loxitane 25 mg. at noon and Benadryl 50 mg. at noon. Those medications were to reduce his paranoid features and anxiety and impulsivity which apparently he is stabilized on.<br>2) Medication compliance for the month of February and March both 100%.<br>3) Will follow lab work closely.<br>4) Individual psychotherapy, supportive and directive.<br>5) Psychoeducation.<br>6) Continue counseling periodically.<br>7) His AIMS is zero.<br>8) Otherwise will see him in 90 days.<br><br>Abbas A. Bawazer, M.D.<br>Consulting Psychiatrist    cc: R. Stoner<br>AAB/dw - Trans. 5/1/00 9:14 a.m. | |

DMH-MedR-1007

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment; implementation of treatment plan and response to treatment. Sign and title all notes. | Dept. or Discipline |
|---|---|---|
| 1/15/00 cont | In actuality he is in a strong cell for spitting on a C/O. <br><br> O) Speech clear and normal flow, mood euthymic, affect appropriate with mood, thought processes appeared logical and goal directed, antisocial attitudes, no apparent cognitive deficit of concentration, calculation, or comprehension, no objective symptoms of SMI, x3. <br> A) no dx of schizoaffective disorder <br> P) continue to monitor <br> *[signed]* Richard Comer PhD/Psych.Tr. | |
| 1/8/00 | 1/6/00  RIGGINS  A188-083 <br> I reviewed Mr. Riggins chart. It was brought to my attention that he remained on the list for inmates to possibly return to the RTU. I am very familiar with Mr. Riggins as I treated him as his attending psychiatrist for quite some time on the J4 SMI range. Mr. Riggins was discharged from that range because of his highly disruptive behavior and his extreme antisocial personality traits. On 9/30/99 the treatment team discussed his case and determined that principally this inmate was an inmate who exaggerated symptoms of mental illness but who in fact did not appear to be severely mentally ill. At the present time he is on Dr. Bawazer's caseload and is being prescribed Loxitane and Benadryl. Although I am highly suspicious this inmate is not actually severely mentally ill, I will defer to Dr. Bawazer's opinion at this time as he is on Dr. Bawazer's caseload list. Nevertheless, Mr. Riggins should not be returned to the RTU as the risk of him being transferred there and disrupting the entire therapeutic environment far outweighs any potential benefit Mr. Riggins would receive by being sent back there. <br><br> *[signed]* <br> Gary E. Beven, M.D. <br> Chief Psychiatrist <br> GEB/dw - Trans. 1/12/00 10:39 a.m. | |

DMH-MedR-1007

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during clients course of treatment; implementation of treatment plan and response to treatment. Sign and title all notes. | Dept. or Discipline |
|---|---|---|
| 2/1/00 cont. | S) Speech loud and of normal flow, angry, irritable, alert, antisocial attitudes.<br>O) Riggins has dx of schizoaffective D/O. Dr. Beven has stated that there is some doubt. Riggins have "extreme antisocial behavior traits" (1/6/00).<br>P) Continue to monitor.<br><br>_Richard Stower_ PA2/Psych. Trainee<br>R.O. SHELLENBERGER, Ph.D.<br>PSYCHOLOGIST II | |
| 2/11/00 | 188-083, RIGGINS - Average medication compliance for January 2000 was 98%. Detailed compliance was as follows: LOXITANE 97% BENADRYL 100%<br>Except as charted, no side effects reported or noted.<br>_P. Newsome_ P. Newsome, RN - Psych/MR | |
| 2/?/00 9:57 am | MHC note:<br>S) Riggins seen in J3-71 for brief counseling to address problem #1 of treatment plan. He reported no difficulties.<br>O) Speech clear and of normal flow, euthymic, x3 oriented, thought processes appear goal oriented, no objective symptoms of serious mental illness.<br>A) Riggins has "extreme antisocial traits."<br>P) Continue to monitor.<br><br>_Richard Stower_ PA2/Psych-Trainee<br>R.O. SHELLENBERGER, Ph.D.<br>PSYCHOLOGIST II | |

DMH-MedR-1007