IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY RIGGINS,                             Case No. 1:01-CV-503

    Plaintiff,

Vs.                                          JUDGE DLOTT

HAROLD CARTER, et al.,

    Defendants.

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR WITNESS DARYLE HARRIS

Now come defendants, Forrest Hunt, Anthony Gannon, and Jerry Wells, to respectfully petition this Court for a writ ORDERING James Haviland, Warden of the Southern Ohio Correctional Facility, to transport Daryle Harris #276665 from Lucasville, Ohio to the U.S. District Court, Cincinnati, Ohio to attend the jury trial in the above captioned matter and to testify in this case which begins on November 17, 2003. Said case is scheduled until November 21, 2003. Mr. Harris will only be required to be present for at least one day during said time period. Mr. Harris has been subpoenaed to testify on November 18, 2003 through the conclusion of trial. As the trial progresses, counsel will contact the institution for actual date of transport.

Respectfully submitted,

_____
R. Tracy Hoover #0039610
Trial Attorney for Defendants
Marie Moraleja Hoover #0063254
Co-counsel for Defendants
621 7th Street
Portsmouth, Ohio 45662
(740) 354-1000

Fax: (740) 353-0661

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing has been served upon Marianne Pressman at mpressman@ag.state.oh.us, and Jennifer Branch at Jbranch@laufgerhard.com, on this 11th day of November, 2003.

R. Tracy Hoover #0039610
Attorney for Defendants