UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 NOV 12 AM 9:35

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| Plaintiff, | : | Judge Dlott |
| vs. | : | |
| HAROLD CARTER, et al., | : | NOTICE OF FILING DEPOSITION TRANSCRIPTS |
| Defendants. | : | |

Plaintiff hereby gives notice of filing the original deposition transcripts of:

Forrest Hunt
Anthony Gannon
Jerry Wells
Harold Carter

Respectfully submitted,

*[signature]*
Jennifer L. Branch (0038893)
Trial Attorney for Plaintiff
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
LAUFMAN & GERHARDSTEIN
617 Vine Street, Suite #1409
Cincinnati, Ohio 45202
(513) 621-9100

**CERTIFICATE OF SERVICE**

I hereby certify that on _Nov. 11, 2003_ a copy of the foregoing pleading was mailed to counsel for Defendants:

R. Tracy Hoover
Marie Moraleja Hoover
The Hoover Law Group
621 7th Street
Portsmouth, Ohio 45662

*[signature]*