UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
NOV 12 2003
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Dlott |
| | : | |
| vs. | : | |
| | : | NOTICE OF FILING |
| HAROLD CARTER, et al., | : | DEPOSITION TRANSCRIPTS |
| | : | UNDER SEAL |
| Defendants. | : | |

Plaintiff hereby gives notice of filing the original deposition transcripts under seal of Carole Chapman and Carol Distel.

Respectfully submitted,

Jennifer L. Branch (0038893)
Trial Attorney for Plaintiff
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
LAUFMAN & GERHARDSTEIN
617 Vine Street, Suite #1409
Cincinnati, Ohio 45202
(513) 621-9100

**CERTIFICATE OF SERVICE**

I hereby certify that on _Nov. 11, 2003_ a copy of the foregoing pleading was mailed to counsel for Defendants:

R. Tracy Hoover
Marie Moraleja Hoover
The Hoover Law Group
621 7th Street
Portsmouth, Ohio 45662