IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY RIGGINS

    Plaintiff(s)

v.

HAROLD CARTER, et al,

    Defendant(s)

Case No. 1:01cv503

District Judge Susan J. Dlott

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:    United States Marshal    James Haviland, Warden
    Southern District of Ohio    Southern Ohio Correctional Facility

You are commanded to have the person of DARYLE HARRIS (#276-665), a witness in this cause, currently restrained in your custody, conveyed under safe and secure conduct, to appear before this Court at the Potter Stewart United States Courthouse, **on Tuesday, November 18, 2003 at 8:30 a.m.** and to return said witness to the place from which said witness has appeared at the conclusion of each days proceedings in the above-captioned case, continuing thereafter day-to-day until there being no further orders of this Court to the contrary.

You are further commanded after the conclusion of all proceedings herein, to return him under safe and secure conduct to the above said place where he was originally detained.

*/s/ Susan J. Dlott*
Susan J. Dlott
United States District Judge