IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY RIGGINS,

    vs.                                                Case Number: 1:01cv503-SJD

HAROLD CARTER, Warden, et al,

Minutes: Trial to Jury - Day 1

Voir Dire conducted.

Preliminary Jury Charge given.

Opening statements of Counsel

Judge:               Susan J. Dlott

Courtroom Deputy:    Stephen Snyder

Court Reporter:      Betty Schwab, Official

Date:               November 17, 2003

C-1-01-503 RIGGINS C. CARTER
11/17/03 BEFORE JUDGE DLOTT

| NUMBER | | | CITY | ZIP CODE | |
|---|---|---|---|---|---|
| ~~1~~ D | 178* | Batson challenge - overruled | CINCINNATI | 45213 | |
| ~~2~~ D | 003* | | CHESAPEAKE | 45619 | |
| ~~3~~ C | 186* | | CINCINNATI | 45215 | |
| ~~4~~ C | 068* | | AMELIA | 45102 | |
| ~~5~~ P | 184* | | LOVELAND | 45140 | |
| 6 | 181 | | CINCINNATI | 45212 | |
| 7 | 173 | | WEST CHESTER | 45069 | |
| ~~8~~ C | 180* | | CINCINNATI | 45212 | |
| 9 | 009 | | CINCINNATI | 45212 | |
| ~~10~~ C | 175* | | BATAVIA | 45103 | |
| 11 | 170 | | CINCINNATI | 45223 | |
| ~~12~~ D | 088* | | HILLSBORO | 45133 | |
| ~~13~~ P | 191* | | CINCINNATI | 45241 | |
| ~~14~~ C | 179* | | CINCINNATI | 45212 | |
| 15 | 188 | | CINCINNATI | 45247 | |
| ~~16~~ C | 174 - | | PORTSMOUTH | 45663 | ~~A unrepresented family member~~ |
| 17 | 192 | | LOVELAND | 45140 | |
| 18 | 172 | | CINCINNATI | 45248 | |
| 19 | 091 | | CINCINNATI | 45229 | |
| ~~20~~ P | 183 | | AMELIA | 45102 | |
| ~~21~~ C | 078 | | WHEELERSBURG | 45694 | |
| 22 | 197 | | CINCINNATI | 45252 | |
| 23 | 071 | | CINCINNATI | 45237 | |
| ~~24~~ C | 195 | | TRENTON | 45067 | SEATED 8 |
| 25 | 084 | | CINCINNATI | 45245 | |
| ~~26~~ C | 002 | | CINCINNATI | 45204 | CHALLENGED 6 |
| 27 | 089 | | MIDDLETOWN | 45042 | |
| 28 | 185 | | MASON | 45040 | |
| ~~29~~ C | 176 | | NEW RICHMOND | 45157 | CAUSED 14 |
| ~~30~~ C | 015 | | LOVELAND | 45140 | |
| ~~31~~ C | 082 | | MIDDLETOWN | 45042 | |
| 32 | 189 | | CINCINNATI | 45242 | NOT USED 10 |
| ~~33~~ C | 075 | | CINCINNATI | 45246 | |
| ~~34~~ C | 014 | | IRONTON | 45638 | TOTAL 38 |
| 35 | 177 | | MIDDLETOWN | 45044 | |
| 36 | 194 | | WEST CHESTER | 45069 | |
| 37 | 008 | | CINCINNATI | 45211 | |
| 38 | 096 | | CINCINNATI | 45247 | |

\* excused currently in box

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CASE NO. C-1-00-503

DATE 11-17-03

**CHALLENGES**

PREEMPTORY  5/12/13/20

FOR CAUSE _____

**CHALLENGES**

PEREMPTORY  1/2/PASS/PASS

FOR CAUSE _____

| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|
| ~~180~~ | 009 | ~~175~~ | 170 | ~~088~~ | ~~191~~ | ~~179~~ |
| 19 | | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| ~~178~~ | ~~003~~ | ~~186~~ | ~~068~~ | ~~184~~ | 181 | 173 |
| 6 | 7 | 9 | 11 | 15 | 17 | 18 |