IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY RIGGINS,

    vs.                                                  Case Number: 1:01cv503-SJD

HAROLD CARTER, Warden, et al,

Minutes: Trial to Jury - Day 2

Plaintiff witnesses Called

Witnesses:

| | | |
|---|---|---|
| Anthony Gannon | AOC: | 3*, 13 (bates 8), 13 (bates 10)*, 13 (bates 22)*, 21* (played), depo, 9*, DD*, 23*, CC* |
| Jerry Wells | AOC: | 31(p1)*, 31(p2)*, 14, II*, CC*, 4, 8*, depo Vol I, DD |
| Lt. Distel | Dir: depo, 23*, 26* | Cross: O* |
| | Redir: CC*, 4, 10* | Recross: |
| Anthony Riggins | Dir: CC*, DD*, 26*, 29, 27(p1)*, 27(p2)* | |
| | Cross: 4(p344-348)* | Redir: 33(p3) |
| Mona Parks | Dir: 25(p1-36)* | Cross: 25* |
| | Redir:     25 | |

Judge:                Susan J. Dlott

Courtroom Deputy:    Stephen Snyder

Court Reporter:      Betty Schwab, Official

Date:               November 18, 2003