IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY RIGGINS,

    vs.                                               Case Number: 1:01cv503-SJD

HAROLD CARTER, Warden, et al,

Minutes: Trial to Jury - Day 3

Plaintiff witnesses Concluded

Defendants' motion for judgment as a matter of law - DENIED as to defendants Hunt and Wells and TAKEN UNDER SUBMISSION as to defendant Gannon

Defendant witnesses Called

Defendants rest.

Charge Conference held.

Witnesses:

| | | | |
|---|---|---|---|
| Harold Carter | Dir: | 20*, 4(281-283)*, 5(224-226)*, 22(1-2)*, 24(1-4)*, 3, 29 (p3)* | |
| | Cross: | 12(bates 110)*, 20 (bates 2)*, 15(p1)*, 15(p22)*, J(p5)*, D(p4)*, N(p5)*, 4(283)*, 5(224-226)*, 29(p18)*, 20(p2)* | |
| | Redir: | 29(p3)*, 29(p14)*, 5 | |
| | Recross: | 29(p14)* | |
| Daryle Harris | Dir: | 3 | |
| | Cross: | | |

Judge:                    Susan J. Dlott

Courtroom Deputy:    Stephen Snyder

Court Reporter:      Betty Schwab, Official

Date:                   November 19, 2003