IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY RIGGINS,

    vs.                                                        Case Number: 1:01cv503-SJD

HAROLD CARTER, Warden, et al,

Minutes: Trial to Jury - Day 4

Defendants' motion for judgment as a matter of law - same ruling as before.

Jury Charged

Closing Argument of counsel held.

Jury deliberated from 11:15 to 4:30 and Sent Home - Deliberations to continue

Plaintiff's motion for mistrial taken under submission.

Defendants' motion for mistrial - DENIED.

Judge:                Susan J. Dlott

Courtroom Deputy:    Stephen Snyder

Court Reporter:      Betty Schwab, Official

Date:               November 20, 2003

| # | | Letter | | Double | |
|---|---|---|---|---|---|
| 1 | | A | | AA | |
| 2 | | B | | BB | |
| 3 | ADM (p.1) | C | | CC | ADM |
| 4 | ADM (344-348)(281-283) | D | (p.4) ADM | DD | ADM |
| 5 | ADM (224-226) | E | | EE | |
| 6 | | F | | FF | |
| 7 | | G | | GG | |
| 8 | ADM | H | | HH | |
| 9 | ADM | I | | II | ADM |
| 10 | ADM | J | (p.5) ADM | JJ | |
| 11 | | K | | KK | |
| 12 | ~~B~~ ADM | L | | LL | |
| 13 | B-10/22 ADM | M | | MM | |
| 14 | ADM (pc-24) | N | (p.5) ADM | NN | |
| 15 | ADM (p.1/22) | O | ADM (p.1) | OO | |
| 16 | | P | | | |
| 17 | | Q | | | |
| 18 | | R | | | |
| 19 | | S | | | |
| 20 | ADM | T | | | |
| 21 | ADM (tabs) | U | | | |
| 22 | ADM (p.1-2) | V | | | |
| 23 | ADM | W | | | |
| 24 | ADM (Bates 1-4) | X | | | |
| 25 | ~~A~~ - ADM | Y | | | |
| 26 | ADM | Z | | | |
| 27 | ~~p~~ ADM | | | | |
| 28 | | | | | |
| 29 | ADM ~~(PE)~~ (p.3/14/18) | | | | |
| 30 | | | | | |
| 31 | p.1/2 ADM | | | | |
| 32 | | | | | |
| 33 | ~~p3-10~~ | | | | |
| 34 | | | | | |