IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY RIGGINS,

    vs.                                                          Case Number: 1:01cv503-SJD

HAROLD CARTER, Warden, et al,

Minutes: Trial to Jury - Day 5

Jury deliberated from 9:00 to 1:40 and returned with VERDICT.

Plaintiff's motion for mistrial taken under submission.

| | |
|---|---|
| Judge: | Susan J. Dlott |
| Courtroom Deputy: | Stephen Snyder |
| Court Reporter: | Betty Schwab, Official |
| Date: | November 21, 2003 |