# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **Anthony Riggins** | : | **Case No. C-1-01-503** |
| | : | |
| **Plaintiff** | : | **District Judge Susan J. Dlott** |
| | : | |
| **v.** | : | |
| | : | |
| **Forrest Hunt** *et al.* | : | |
| | : | |
| **Defendants** | : | |
| | : | |

---

**VERDICT FORM**

**November 20, 2003**

---

**The jury must unanimously agree on the answers to each question.**

1.    Do you find that Plaintiff Anthony Riggins has proven that Defendants Forrest Hunt, III, Anthony Gannon and Jerry Wells used excessive force on Plaintiff in violation of Plaintiff's Eighth Amendment rights?

    a.    Forrest Hunt, III          YES_____    NO___✓____

    b.    Anthony Gannon          YES_____    NO___✓____

    c.    Jerry Wells                YES_____    NO___✓____

**If you answered "yes" to any of the above questions, proceed to Question No. 2.  If your answer to all of the questions above is "no," stop here and sign and date the verdict form.**

2.    What amount of money is required to compensate Plaintiff Anthony Riggins for his injuries or damages?

    $_____ (Write in a dollar amount.)

3.    Is Plaintiff Anthony Riggins entitled to punitive damages?

    YES_____    NO_____

**If you answered "yes" to Question No. 3, then proceed to Question No. 4.  If your answer to Question No. 3 was "no," stop here and sign and date the verdict form.**