IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANTHONY RIGGINS,<br><br>    Plaintiff(s)<br><br>vs.<br><br>HAROLD CARTER, Warden, et al,<br><br>    Defendant(s) | Case Number: 1:01cv503-SJD<br><br>District Judge Susan J. Dlott |

JUDGMENT IN A CIVIL CASE

　　　Jury Verdict: This action came to trial before a jury. The issues have been tried and a decision rendered.

IT IS ORDERED AND ADJUDGED

. . . . . . that judgment is hereby entered for the defendants.

11/24/03                                                            TERRY DEINLEIN, ACTING CLERK


                                                                    ___s/Stephen Snyder__
                                                                    Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.