IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANTHONY RIGGINS, | : |
|     Plaintiff(s) | : |
| | :   Case No.    1:01cv503-SJD |
| v. | : |
| | :   District Judge Susan J. Dlott |
| HAROLD CARTER, Warden, et al, | : |
|     Defendant(s) | : |

**O R D E R**

The Clerk of this Court is hereby ordered to obtain lunch for the jury in the above captioned case for November 20, 2003 and November 21, 2003.

IT IS SO ORDERED.

   ___s/Susan J. Dlott_____
   Susan J. Dlott
   United States District Judge