## RECOMMENDATION FOR AWARD

For use of this form, see AR 600-8-22; the proponent agency is ODCSPER

For valor/heroism/wartime and all awards higher than MSM, refer to special instructions in Chapter 3, AR 600-8-22.

| 1. TO | 2. FROM | 3. DATE |
|---|---|---|
| ? - J-1 | COMPANY A 216TH ENGINEER BATTALION CHILLICOTHE, OHIO | 19 APR 03 |

### PART I - SOLDIER DATA

| 4. NAME | 5. RANK | 6. SSN |
|---|---|---|
| HUNT, FOREST E. | SPC | 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 |

| 7. ORGANIZATION | 8. PREVIOUS AWARDS |
|---|---|
| COMPANY A 216TH ENGINEER BATTALION CHILLICOTHE, OHIO | |

| 9. BRANCH OF SERVICE | 10. RECOMMENDED AWARD | 11. PERIOD OF AWARD | |
|---|---|---|---|
| | | a. FROM | b. TO |
| ARMY NATIONAL GUARD | AAM | 4 APR 03 | 20 APR 03 |

| 12. REASON FOR AWARD | | | 13. POSTHUMOUS | |
|---|---|---|---|---|
| 12a. INDICATE ACH, SVC, PCS, ETS, OR RET | 12b. INTERIM AWARD | YES | X NO | |
| ACH | IF YES, STATE AWARD GIVEN | YES ☐ | NO ☒ | |

### PART II - RECOMMENDER DATA

| 14. NAME | 15. ADDRESS |
|---|---|
| SCOTT, ROBERT E. | COMPANY A 216TH ENGINEER BATTALION CHILLICOTHE, OHIO 45601 |

| 16. TITLE/POSITION | 17. RANK |
|---|---|
| OPERATIONS NCO | SFC |

| 18. RELATIONSHIP TO AWARDEE | 19. SIGNATURE |
|---|---|
| PLATOON SERGEANT | |

### PART III - JUSTIFICATION AND CITATION DATA (Use specific bullet examples of meritorious acts or service)

**20. ACHIEVEMENTS**

*ACHIEVEMENT #1

?C HUNT PREPARED FOR THIS ANNUAL TRAINING PERIOD BY TAKING A WEEK OF VACATION FROM HIS CIVILIAN EMPLOYER AND REPORTING FOR DUTY AT THE CHILLICOTHE ARMORY TO FAMILIARIZE HIMSELF WITH THE DUTIES HE WOULD BE PERFORMING AS COMPANY SUPPLY SERGEANT.

ACHIEVEMENT #2

SPC HUNT ACTED AS THE COMPANY LIAISON BETWEEN THE TASK FORCE LOGISTICS STAFF AND THE PROJECT OIC/NCOIC'S WHICH SAVED AN ENORMOUS AMOUNT OF DOWN TIME ON THE PROJECT SITES.

ACHIEVEMENT #3

SPC HUNT PREFORMED DUTIES WELL ABOVE HIS GRADE AND EXPERIENCE LEVEL WITH AN EXCEPTIONAL ATTITUDE AND GREAT MOTIVATION WHICH WAS AN INSPIRATION TO HIS PEERS.

ACHIEVEMENT #4

**EXHIBIT**

**A**

**21. PROPOSED CITATION**

FOR EXCEPTIONALLY MERITORIOUS SERVICE DURING THE PERIOD OF 4 APR THRU 20 APR 2003. HIS DEDICATION TO THE MISSION AND COMMITMENT TO THE SOLDIERS OF ALPHA COMPANY CONTRIBUTED GREATLY TO THE SUCCESSFUL COMPLETION OF THE NEW HORIZONS MISSION. SPC HUNT'S SERVICE REFLECTS GREAT CREDIT ON HIMSELF, ALPHA COMPANY, AND THE OHIO ARMY NATIONAL GUARD.