**From:** cmecfhelpdesk@ohsd.uscourts.gov
**Sent:** Tuesday, November 25, 2003 2:00 PM
**To:** ecf.notification@ohsd.uscourts.gov
**Subject:** Activity in Case 1:01-cv-00503-SJD Riggins v. Hunt, et al "Judgment"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court [LIVE]

LIVE - U.S. District Court, Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from ss, entered on 11/25/2003 at 1:59 PM EST and filed on 11/24/2003

**Case Name:**      Riggins v. Hunt, et al
**Case Number:**    1:01-cv-503
**Filer:**
**Document Number:** 104

**Docket Text:**
JUDGMENT in favor of defendants against plaintiff (ss, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=11/25/2003] [FileNumber=83291-0]
[19497fdbec345c9f9150e579ca568d66b7fc9759f5558498456dd2a9043f949a4eee
97057decf0ee7f57f7b7dfd55e2fd9ee319cf2dd445be83a135c3f4e53c4]]


**1:01-cv-503 Notice will be electronically mailed to:**

Jennifer Lynn Branch     Jbranch@laufgerhard.com

Alphonse Adam Gerhardstein     agerhardstein@laufgerhard.com,

Marie Moraleja Hoover     hooverlawgroup@yahoo.com,

Todd Robert Marti     tmarti@ag.state.oh.us,

Marianne Pressman     mpressman@ag.state.oh.us,

David A Singleton     dsingleton@prisonreform.com,

**1:01-cv-503 Notice will not be electronically mailed to:**

Robert Tracy Hoover
The Hoover Law Group
621 Seventh Street
Portsmouth, OH 45662