OHIO ARMY NATIONAL GUARD
COMPANY A 216TH ENGINEER BATTALION, HEAVY
PO BOX 87
CHILLICOTHE, OHIO 45601-0087

13 March 2003

MEMORANDUM FOR Record

SUBJECT: Required Attendance for National Guard Training

1. Pursuant to section 2024 (d) of Chapter 43 of Part III of Title 38, United States Code and Chapter 5903 of the Ohio Revised Code, I hereby request a leave of absence for training in the Ohio Army National Guard for the individual and the period indicated below:

## NAME: SPC Forest Hunt

## Mobilization Prep: 10 March - 3 April 2003

PURPOSE: To perform scheduled military duty in Ohio.

2. Section 2024 (d) of Chapter 43 Part III of Title 38, United States Code and Chapter 5903 of the Ohio Revised Code provides a statutory leave of absence and reemployment for persons employed by private employed by private employers, state or local government employers, or federal government who positions other than temporary, and request leave or perform military training. If you desire information concerning the eligibility requirements or the rights to be accorded under the reemployment rights statutes, you may wish to contact the office Veteran's reemployment Rights, U.S. Department of Labor, 145 South Front Street, Columbus, Ohio 43216, or 500 C Street NW Room 108, Washington, D.C. 20001.

3. POC is the undersigned (740-772-1130).

ROBERT L. SCOTT
SFC, OHARNG
Readiness NCO


DEFENDANT'S EXHIBIT A

"Winning through Readiness"