```
                         STATE OF OHIO
                   ADJUTANT GENERAL'S DEPARTMENT
                   2825 West Dublin Granville Road
                       Columbus, Ohio  43235-2789

ORDERS 067-179                                          21 March 2003

HUNT FORREST E            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 SPC  CO A (-DET 1)216 ENGR BN
(PDKA0-742) PO BOX 87(CITY PARK)       CHILLICOTHE OH         45601

You are ordered to active duty for special work (ADSW) for the period shown
plus allowable travel time. Upon completion of the period of ADSW unless
sooner released or extended by proper authority, you will return to the place
where you entered ADSW and be released from such duty.

Period (TDY) : 28 March 2003     - 30 March 2003
Report to: Tarlton Armory, Tarlton, Ohio
Reporting time/date: NLT 0800 28 March 2003
Purpose: UNIT SRP
Additional instructions:
    (a) If Claim for travel reimbursement will not be submitted, complete statement
        below:
        Signature of traveler or unit representative_____
        Mail to AGOH-PF-COF for deobligation of travel funds.  However, if the
        soldier will not perform the duty, a request for revocation must be
        submitted to the issuing authority.
    (b) I certify that the travel herein was reviewed and determined to be
        essential for the accomplishment of Army National Guard Programs and
        Missions.
    (c) Submit a DD Form 1351-2 (Travel reimbursement claim form) to your reviewer
        within 5 days after completion of duty.  Failure to file a claim after a
        six month period will result in the deobligation (withdrawal) of funds.
    (d) The unit will submit/certify the payroll to AGOH-PF-COP-M.
        Soldier (will perform)(has performed) duty for the following dates
        _____, and is entitled to payment.  Print Name and Rank
        of certifying official:_____
        Signature and Date:_____
    (e) Government quarters are available.
    (f) Government meals are available.
    (g) Travel by POV is authorized as more advantageous to mission accomplishment.
        Justification is on file with the order/authorizing official.

FOR ARMY USE
Auth: Title 32 USC 503 and AGOH-DCSOPS
HOR: 255 CHEIFSOVER RD           BAINBRIDGE       OH45612
APC: E1EP01   Type duty code   P01 Pre-Deployment Costs
Acct clas:
  Enl pay/alw: 2132060 18-1033 P1Z30.1100-1198/1199/1210/1250 S33109 A4D PDKA0
  Enl tvl/pd:  2132060 18-1033 P1Z30.1100-21T2                S33109 A4D PDKA0
        SRN:  HUN72000671790  Cost Estimate: $     268
PEBD: 950917
Federal WE: M00
State tax code: OH
ORDERS  067-179  HQ OH NG, OTAG,  21 March 2003

Type of incentive pay: NONE
Type of special pay: NONE
Scty cl: NONE
Format: 282
```



DEFENDANT'S EXHIBIT B

DEC-14-2003 22:15       CO A 216 ENGR BN                      7407757638    P.04

```
FOR THE ADJUTANT GENERAL:
                                  \\\\\\\\\\\\//////////
                                  \\    HQ, OHARNG    //
                                  \\      OFFICIAL    //
                                  \\\\\\\\\\\\//////////
DISTRIBUTION:                     ALFRED C. FABER JR.
INDIV, UNIT, BN/SQDN,             COL, GS, OHARNG
GP, MSC, SPECIAL,                 Deputy Chief of Staff for Personnel
AGOH-OT-TR
```