Ohio Army National Guard
# Company A 216th Engineer Battalion (Combat Heavy)
PO Box 87
Chillicothe, Ohio 45601-0087

WPDKA0                                                                                                            23 December 2003

MEMORANDUM FOR RECORD

SUBJECT: Duty Status of SPC Forest Hunt

1. This is to certify the duty status of SPC Forest Hunt, beginning 26 Feb 03 through 20 April 2003.

2. SPC Hunt was originally called to duty to support the road clearing operations in Vinton county during / after the sever ice storms. Periods of duty for this activation was 26 Feb 03 through 9 Mar 03.

3. At the completion of the state active duty, our unit received an alert order for possible deployment to Iraq. Because most of the pre-deployment preparation is of a logistical nature, SPC Hunt was activated to support this operation as well. Periods of duty for this activation was 10 Mar 03 through 4 April 03.

4. SPC Hunt finished his extended tour of active duty after the completion of our deployment to Panama for annual training on 20 April 03.

5. Due to the type and importance of duties that SPC Hunt performed during the period indicated above, it became necessary for him to postpone any other type of obligations he may have had at the time.

6. I regret any inconvenient this may have caused you or your organization. If I can be of any assistance in this matter please feel free to contact myself or SGT Farrar at 740-772-1130 or 614-336-6830.

FOR THE COMMANDER:

ROBERT E. SCOTT
SFC, OHARNG
Company Operations NCO