STATE OF OHIO
ADJUTANT GENERAL'S DEPARTMENT
2825 West Dublin Granville Road
Columbus, Ohio  43235-2789

ORDERS 255-161                                              17 December 2003

HUNT FORREST E        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 SPC   CO A (-DET 1)216 ENGR BN
(PDKA0-742) PO BOX 87(CITY PARK)         CHILLICOTHE OH         45601

You are ordered to active duty as a member of your Reserve Component Unit for
the period indicated unless sooner released or unless extended. Proceed from
your current location in sufficient time to report by the date specified.
You enter active duty upon reporting to unit home station.

REPORT TO HOME STATION: 18 December 2003 , Chillicothe, Ohio
REPORT TO MOB  STATION: 04 January 2004  , CP Atterbury, IN
Period of active duty: Not to exceed  545 days
Purpose: SUPPORT OF CONTINGENCY OPERATION IRAQI FREEDOM
Mobilization Category Code: G
Additional instructions:
  (a) Sure Pay is mandatory. Soldier must bring appropriate documentation to
      support the requirement to authorize sure pay to the bank.
  (b) Not Authorized: Early reporting, rental car, unaccompanied baggage ship-
      ment, movement of household goods and dependents, travel by POV.
  (c) "Call 1-800-336-4590 (National Committee for Employer Support of the Guard
      and Reserve) or check on line at www.esgr.org if you have questions
      regarding your employment and reemployment rights."
  (d) Pursuant to Presidential Executive Order 13223 of 14 September 2001, you
      are relieved from your present reserve component status and are ordered to
      report for a period of active duty not to exceed 25 days for mobilization
      processing.
  (e) Proceed from your present location in sufficient time to report by the date
      specified. If upon reporting for active duty you fail to meet deployment
      medical standards(whether because of a temporary or permanent medical
      condition), then you may be released from active duty, returned to your
      prior reserve status and returned to your home address, subject to a
      subsequent order to active duty upon resolution of the medical condition.
  (f) If, upon reporting for active duty you are found to satisfy medical
      deployment standards, then you are further ordered to active duty for a
      period not to exceed 545 days, such period to include the period (not to
      exceed 25 days)required for mobilization processing.
  (g) Non-temporary storage of household goods is authorized. POV storage is
      authorized. Excess accompanied baggage is not to exceed 120 pounds
  (h) You will mobilize with the following: Protective mask, Individual Weapon,
      OCIE, and appropriate personal items. Personnel requiring eye protection
ORDERS  255-161  HQ OH NG, OTAG,  17 December 2003

Additional instructions (cont):
  (i) Bring copies of rental or mortgage agreement, marriage certificate, birth
      certificate, birth certificate of natural children, or documentation of
      dependency or child support. Bring copies of family care plans, wills,
      powers of attorney, and any other documentation affecting the soldier's
      pay or status.
  (j) Government quarters and mess will be used.
  (k) The soldier will be excluded from the Active Army end-strength per
      Section 138 Title 10, USC, and will not be placed on the active duty list
      (Section 641(1)(D) and 620(A), Title 10, USC).

FOR ARMY USE

DEFENDANT'S EXHIBIT NO. A

https://usnfo7/WebOrders/vieworder.asp?order=255161&orddate=031217                    12/21/03

```
Auth: Title 10 USC Section 12302
Acct clas:
  Enl pay/alw:  2142010.0000  01-1100 P2X2A00 11**/12**     VIRQ F9203 5570 S12120
  Enl tvl/pd:   2142020.0000  01-1100 P135198 21**/22**/25** VIRQ F9203 5570 S99999
  Enl pay/alw:  2152010.0000  01-1100 P2X2A00 11**/12**     VIRQ F9203 5570 S12120
  Enl tvl/pd:   2152020.0000  01-1100 P135198 21**/22**/25** VIRQ F9203 5570 S99999
Sex: M
MDC: PM
PMOS/AOS/ASI/LIC: 92Y1, YY   , YY
HOR: 255 CHEIFS COVE RD    , BAINBRIDGE        OH45612
DOR: 01-JUN-01
PEBD: 17-SEP-95
Security Clearance: N
Comp: ARNGUS
Format: 165

FOR THE ADJUTANT GENERAL:

                                    \\\\\\\\\\\\\////////////
                                    \\     HQ, OHARNG       //
                                    \\        OFFICIAL      //
                                    \\\\\\\\\\\\\////////////
                                    ALFRED C. FABER JR.
DISTRIBUTION:                       COL, GS, OHARNG
INDIV, UNIT, BN/SQDN,               Deputy Chief of Staff for Personnel
GP, MSC, SPECIAL,
AGOH-MPMO-MP-FA, AGOH-OT-MR-M
```



DEFENDANT'S EXHIBIT NO. A

https://usnfo7/WebOrders/vieworder.asp?order=255161&orddate=031217                  12/21/03