UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **ANTHONY RIGGINS,** | Case No. 1:01cv503-SJD |
| v. | **District Judge Susan J. Dlott** |
| **FORREST E. HUNT, et al.,** | INFORMATION TO THE COURT |

Now comes counsel for Forrest E. Hunt to respectfully submit documentation from the Ohio Army National Guard in support of his motion to stay proceedings.

Respectfully submitted,

s/ Marie Moraleja Hoover
Marie Moraleja Hoover #0063254
Attorney for Defendants
621 7th Street
Portsmouth, Ohio 45662
(740) 354-1000
Fax:  (740) 353-0661

## CERTIFICATE OF SERVICE

This is to certify that on April 1, 2004, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  This also certifies that the pleading has been served upon all other parties who have not filed a notice of appearance electronically.

s/ Marie Moraleja Hoover
Marie Moraleja Hoover #0063254
Attorney for Defendants