The Ohio Army National Guard
Headquarters 16th Engineer Brigade
2170 Howey Road
Columbus, Ohio 43211

April 1, 2004

The Hoover Law Group

Attention: Mrs. Marie Hoover

Dear Mrs. Hoover,

**Subject: SPC HUNT FORREST EDGAR III**

SPC Hunt is currently deployed into the CENTCOM Area of Operations in support of Operation Iraqi Freedom and is scheduled to return by May 2005, unless extended by the authority of the Secretary of Defense, which could extend his deployment up to 24 months from his departure date. SPC Hunt deployed with the 216th Engineer Battalion (Combat Heavy), as a member of A Co 216th along with over 650 of his fellow soldiers. I have included the First Army mobilization order 324-1 that identifies the 216th on the 3rd page of the total 7 page document. I have also included the FORSCOM order 488-04, which identifies the 216th on page 2 of the 4 page document.

I understand that you already have his individual mobilization order, and find it hard to believe that that document alone was not sufficient.

It is unlikely that he will be available to participate in any scheduled legal activites during this time. The communication ability of his unit is sporactic at best.

If you have any questions you may contact me at 614/336-6154 or via email at Ronald.carroll@oh.ngb.army.mil

Respectfully,

Ron Carroll
Major
Ohio Army National Guard

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*UNCLASSIFIED\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPARTMENT OF THE ARMY
Headquarters, First United States Army
4705 N. Wheeler Dr.
Fort Gillem, Georgia 30297-5000


PERMANENT ORDERS 324-1   20 November 2003

The Army National Guard of the United States unit(s) shown and its member(s) is/are ordered to active duty for the period shown unless sooner relieved by proper authority.

Authority: HQDA MSG 200346Z NOV 03/DAMO?ODOM/ORDTYP/MOBORD
HQDA ONE/OEF/OIF No. 488-04
Mobilization category code: G

Additional instructions:

a. Unit(s) is/are ordered to active duty on effective date as indicated below. Unit strengths will not exceed the authorized level below. Unit(s) is/are mobilized in support of Operation Iraqi Freedom (OIF).

b. All unit personnel and individuals are ordered to active duty in their current grade and in their current position for an initial period of up to 18 months, absent authorized extensions or reorders to active duty, under the provisions of DoD Directive 1235.10 or supplemental guidance.

c. Pursuant to Presidential Executive Order 13223, DTD 14 September 2001, you are relieved from your present reserve component status and are ordered to report for a period of active duty not to exceed 25 days for mobilization processing. Proceed from your present location in sufficient time to report by, (See Standard Name Line of Unit Home/Mobilization Station Arrival Dates). If upon reporting for active duty, you fail to meet deployment medical standards (whether because of a temporary or permanent medical condition), then you may be released from active duty, returned to your prior reserve status, and returned to your home address. You will be subject to a subsequent order to active duty upon resolution of the disqualifying medical condition. If upon reporting for active duty, you are found to satisfy medical deployment standards, then you are further ordered to active duty for a period not to exceed 18 months, such period to include the period (not to exceed 25 days) required for mobilization processing.

d. This order constitutes authority for movement. Support installations are directed to process requests from subject RC units pending receipt of hard copy orders to active duty when request can be validated by this order.

e. Following are instructions for funding for units involved:

   OMA appropriation funds unit costs incurred on and after date of mobilization. FORSCOM will send funds via funding authorization document to mobilization stations processing RC and NG units. Mobilization stations will coordinate funding requirements with FORSCOM. To obtain access to OMA

funds, the United States Property and Fiscal Office (USPFO) for mobilizing ARNG units and the Regional Support Command (RSC) for the mobilizing of USAR units will contact appropriate mobilization station for funding requirements. Mobilized units must contact the state USPFO or their RSC regarding funding issues.

MPA and OMA accounting citations for FY04 for call-up of reserve component personnel to support Operations Noble Eagle (ONE) Enduring Freedom (OEF) and Iraqi Freedom (OIF) are as follows:


(NOBLE EAGLE)
Mobilized National Guard and Reserve soldiers' pay and allowances (ONE):
(Officers ONE): 2142010.0000 01-1100 P1W1A00 11**/12** VTER F9FP2 5570 S12120.
(Enlisted ONE): 2142010.0000 01-1100 P2W2A00 11**/12** VTER F9FP2 5570 S12120.

(ENDURING FREEDOM)
(Officers OEF): 2142010.0000 01-1100 P1W1C00 11**/12** VFRE F3203 5570 S12120
(Enlisted OEF): 2142010.0000 01-1100 P2W2C00 11**/12** VFRE F3203 5570 S12120

(IRAQI FREEDOM)(FOR USE ON ALL RELATED ORDER AFTER 17 MAR 03)
(Officer): 2142010.0000 01-1100 P1X1A00 11**/12** VIRQ F9203 5570 S12120
(Enlisted): 2142010.0000 01-1100 P2X2A00 11**/12** VIRQ F9203 5570 S12120

Mobilized Guard and Reserve Soldiers Fund Cites for Travel and Per Diem:
(RC/NG) 2142020.0000 01-1100 P135198 21**/22**/25** VTER F9FP2 5570 S99999 (ONE)
(RC/NG) 2142020.0000 01-1100 P135198 21**/22**/25** VFRE F3203 5570 S99999 (OEF)
(RC/NG) 2142020.0000 01-1100 P135198 21**/22**/25** VIRQ F9203 5570 S99999 (OIF)

   OMA Fund Cites for Mobilized Units: All Army personnel, except SOCOM assets, ordered to deploy in support of OPERATION NOBLE EAGLE AND/OR ENDURING FREEDOM will contact the respective Resource Management Office for fund cites. All units, except SOCOM Units, contact the servicing installation resource management office at the designated mob station for travel and transportation fund cites. FORSCOM POC: LTC Johnnie Beale, DSN 367-7422, DSN 376-7290 or (440) 464-7422/7290. SOCOM POC is Ms. Bette Otts, DSN 239-4146 or (910) 432-4146 3471. Travel advance accounting citations must cite a specific Fiscal Station Number (FSN). Reserve Component personnel will mobilize and demobilize at the same station. Cite the Fiscal Station Number of the station where mobilization/demobilization occurs (The station that issues the advance). For additional guidance refer to DFAS-IN Reg 37-1, Advances and Progress Payments.

   f. Commander, First U. S. Army will exercise general court-martial jurisdiction from the time the unit is mobilized until it is released from active duty. Mobilization Station (MS) commanders will exercise UCMJ jurisdiction from the time forces depart their home station until they depart from their air or seaport of embarkation. The MS commander's general court-martial jurisdiction will be exercised subject to the superior

competent GCMCA of the Commander, First. U.S. Army. The Commander, First U.S. Army may withhold the authority of the MS commander to dispose of charges in individual cases, types of cases, or generally. In cases where authority has not been withheld, the MS commander should exercise GCMCA. In addition, the Commander, First U.S. Army will serve as the next superior commander to the MS commander for the general administration of military justice to include relief-for-cause, non-judicial punishment, and other adverse administrative actions.

g. Unit(s) will use below listed date as base date for Mobilization Station Arrival Date (MOBSAD). Unit(s) should arrive at Mobilization Station Not Later Than dates indicated below. The Mobilization Station has the authority to, in coordination with the USAONE; modify the MOBSAD as circumstance may dictate without interference with deployment date as established.

Mobilization Stations will provide a copy of the unit's/TCS/Movement Order(s) to Headquarters, First U. S. Army. Preferred method of transmission - mail to: Lorne.Browne@First.Army.mil or Fax DSN 797-5743/7761 COMM: (404) 469-5743/7761.
Standard Name Line of Unit   Pax Effective Date   (HS) Effective Date
(MS)   Mobilization   Station
0216 EN BN HVY (WPDKAA)  645  18 DEC 03  21 DEC 03  CP ATTERBURY, IN
Note: Per DA MSG DTG 272111Z JUN 03), effective 01 July 2003, only Unit(s) Identification Code(s) (UICs) and Derivative Unit Identification Code(s) (DUICs) listed on HQDA Mobilization Orders will be accepted by Defense Finance and Accounting Service (DFAS) for payment of Mobilizing Reserve Component (RC) Soldier(s). All other agencies and commands should also accept only UICS/DUICS listed on HQDA Mobilization Order(s). Consistent with this directive, Major Commands, Regional Support Commands, State Area Commands, OCONUS Commands, headquarters and unit(s) is/are directed to only use UICS/DUICS listed on published HQDA Mobilization Orders to process individual RC Soldier(s) mobilization orders and to conduct Soldier Readiness Processing (SRP).

h. CG, Forces Command approves these units to exceed 220 days of Personnel Tempo, but the unit will not exceed Partial Mobilization (Title 10 USC Section 12302) of 24 months.

i. Files/Records disposition will be in accordance with AR 600-8-104, paragraph 10-4, Table 10-1(3).
Records will continue without cutoff.

j. Unit(s) is/are assigned to U.S. Forces Command (MACOM CODE FC) on effective date (Home Station).

k. Unit personnel will mobilize with Organizational Clothing Issue and equipment. Unit will
process on active duty at their assigned mobilization station.

l. POC for personnel issues is Mr. Mike Moseley (G1) DSN 979-7609.

   (1). Unit stop loss applies as described in MILPER MSG 03-041 issued 21 Nov 2002

(2). Unit commander is authorized to appoint rear detachment personnel (1 soldier per company-80 or more personnel and 2 per battalion headquarters) for units deploying overseas or out of state only if the deploying unit meets all theater-directed personnel strength requirements, exclusive of rear detachment personnel-unit is not authorized additional personnel above the HQDA-directed mobilization requirement. Rear detachment personnel will go to the mobilization station and complete mobilization processing and training. Personnel on medical hold will not perform these duties. Upon validation of a unit, the mobilization station will cut TCS orders attaching selected rear detachment personnel to the 218th eSB (UIC WVBQY2) at Fort Jackson, South Carolina, with duty at the home station selected by their commander. The TCS orders for the rear detachment soldiers should include the following: Soldiers will be attached to the 218th eSB for UCMJ/courts-martial jurisdiction and the general administration of military justice, including Article 15 authority, and related adverse administrative actions. The General Court-Martial convening authority for all soldiers assigned or attached to the 218th eSB is Commanding General, First U.S. Army. The Special Court-Martial Convening Authority is the Commander, 218th eSB. Personnel will remain assigned to their parent UIC throughout their mobilization.

(3). If upon reporting for duty, unit personnel fail to meet deployment medical standards based on a temporary profile or a temporary medical condition, individuals may be released from active duty and returned home, subject to subsequent order to active duty upon resolution of the temporary profile or condition.

(4). Unit personnel must have copies of marriage license, birth certificate of children, rental or mortgage agreements and other documents necessary for pay entitlements to be processed by the mobilization station. The Installation travel office should make travel arrangements to accommodate excess baggage. If commercial mode of travel is used, individual soldier's orders should reflect authorization for excess baggage. PER FORSCOM Reg 500-3-1 para 8.1(2) states: "Soldiers called to Active Duty are not authorized dependent travel AND the shipment of personal property is limited to baggage."

(5). POV Authorization for Operation Noble Eagle and CONUS based Operation Enduring Freedom units only: Commanders will coordinate with the gaining site/installation commander to determine number of POVs the site/installation can accommodate. Commanders can then designate that number of unit members to use their POV with the following stipulations:

(6). Personnel on TCS orders to Operation Noble Eagle and CONUS based Operation Enduring Freedom units may use their POV as transportation under JFTR, Para U3310 as not being more advantageous to the Government. This means total payment of travel will not exceed the Government's cost had the Government procured transportation been used between the ordered points. There is no authorization for in and around mileage under this authorization.

(7). All soldiers traveling thru Turkey en-route to the AOR are reminded to remain within the controlled customs area. The Government of Turkey requires all personnel who do not have Turkey listed on their orders and/or departs this controlled area to purchase a Turkish Visa ($45.00). If

required to leave the Customs Controlled Area, soldiers will be reimbursed this fee. Commanders are to ensure that all soldiers deploying outside the United States acquire a passport immediately upon deployment notification.

m. Reserve Component (RC) Physicians (MC), Dentists (DC) and Nurse Anesthetists (CRNA) will be involuntarily mobilized in their current grade and employed or deployed for 90-days in a theater of operations (Boots-on-the-Ground (BOG) exclusive of any required pre-and post-deployment periods in concert with operational requirements. The above medical personnel may voluntarily extend beyond the 90-day period within the theater of operations with written approval by command authority. RC Medical personnel assigned to divisional MTO&E units or serving in leadership positions (i.e. commander, Deputy Chief for Clinical Services, Deputy Commander for Nursing) are excluded from the 90-days in theater of operations (BOG).

(1). Unit commander will ensure that Health Care Provider Credential Files (PCFS) are current and complete prior to departing home station. Health Care Providers (HCP) are responsible for providing current PCF Documentation to their Unit PCF Custodians. PCF Custodians will ensure compliance with FORSCOM Regulation 500-3-3, Chapter 5, Task 22. Any HCP who cannot be clinically privileged within their AOC to meet mission requirements will be so notified in writing by the privileging authority and will be Released From Active Duty (REFRAD) with orders stating "Declared non-deployable due to denial of clinical privileges".

(2). All units who have RC Health Professionals assigned: RC Health Professionals special pays applies to those officers ordered or called to Active Duty (AD) greater than 30-consecutive days (37 Title USC Section 302F). Required documents: Copy of mobilization/active duty orders; Inter-facility credentials transfer & privileging brief (ICTPB); If available, documents of previous extended active duty periods - DD 214s & chronological statement of retirement points (ARPC 249-2-E). Consolidate documentation at unit and forward to: AMEDD Special Pay Branch, Office of the Surgeon General, ATTN: DASG-PTP, 200 Stovall Street, Alexandria, VA 22332-0417, or FAX DSN: 221-2326 or Com (703) 325-2326. OTSG sends individual rates authorized to RC DFAS-Indianapolis Center for payment. DFAS pays on prorated basis starting after first 30-days, retroactive to entry date.

(3). HQDA, FORSCOM, USARC, CONUSA will plan/schedule/execute extraordinary efforts to ensure mobilization/post-deployment events minimize wasted time and ensure MC, DC and CRNA personnel are quickly returned to health care practice.

n. POC at First United States Army to address equipment issues is Mr. George Crawford, (G-4), DSN: 797-7775 or 404-469-7775

(1). Training Ammunition Management Information System (TAMIS) policy on mobilized/deployed units is the responsibility of the parent MACOM. Original MACOM will retain training ammunition management responsibilities for deployed/mobilized units unless directed otherwise by HQDA, DAMO-TR. Receiving MACOM is responsible for processing all training ammunition requests and ensuring they are properly inputted into TAMIS System. Both original and receiving MACOMs will coordinate to ensure adequate ammunition allocations are available to support all units that are deployed/mobilized.

Units will ensure that all appropriate DA Forms 581 are completed, authorized and approved prior to arriving at the Mobilization/Training Site. Units must coordinate with servicing Ammunition Supply Points immediately in reference Units Basic Load/operational ammunition requirements.

(2). Upon receipt of this order, Force Package (FP) 2, Force Support Package (FSP) 2 and FP 3 units requiring CDE must order CDE through the Soldier Biological Command website, http://aeps.ria.army.mil. Requested delivery date and location may be for Home Station or Mobilization Station and should allow for at least 5 days order to delivery time.

(3). All soldiers deployed to Afghanistan, Pakistan, and Uzbekistan will be equipped with bullet-stopping body armor. Unit/soldiers that have already been fielded Interceptor Body Armor (IBA) or the SOF-Specific Body Armor/Load Carrying System (BALCS) will deploy with issued equipment. Soldiers processing through the Fort Benning CONUS Replacement Center (CRC) will draw IBA at the CRC prior to deployment. Units or individuals not otherwise equipped with Bullet-Stopping Body Armor will draw this equipment within 24 hours in the AOR from sources designated by the CJTF-180 CJ4 from stock prepositioned within the CENTCOM AOR. When these stocks controlled by CJTF-180 are drawn down past stockage reorder points, HQDA will direct replenishment, once requested by CJTF-180. IBA drawn from the CRC or prepositioned stocks will be returned to the issuing facility upon redeployment.

(4). CJTF-180 will maintain prepositioned stocks in theater and advise the HQDA CAT on the sufficiency of available stocks.

o. Demobilization of unit(s) is/are prohibited without prior approval of HQDA. Individual members of the unit will demobilize with the unit unless provisions of AR 600-8-24 or AR 635-200 apply.

p. Commanders will ensure appropriate in-transit security measures are developed and implemented prior to movement to mobilization station and deployment. Commanders will develop formal in-transit security plans as an Annex to the overall movement order. Planning will be based on both a threat assessment and vulnerability assessment of the route of travel.

q. Upon mobilization, unit commander will provide telephonic report to First U.S. Army DCSOPS with the following information: Unit name, phone number, name and rank of commander, number of soldiers present/not present for duty. Report will be made by 1000 hours on the effective date of mobilization. POC and telephone numbers for reports are listed in paragraph s.

r. Direct coordination with Mobilization Station is authorized: POC at Camp Atterbury, IN is CPT Dale Lyles, (812) 526-1600, DSN 569-2600/2601 email: Roger.lyles@in.ngb.army.mil.

s. POC at First U.S. Army Mobilization Division is SFC Browne or MSG Jones, DSN: 797-7343/7934, Commercial: (404) 469-7934/7343.

FORMAT: 150

FOR THE COMMANDER:

    JOHN R. HOLT
LTC, AR

Chief, Mobilization Division
Deputy Chief of Staff, G3

DISTRIBUTION:
CDR, 0216 EN BN HVY (WPDKAA), Hamilton, OH (1)
TAG State of Ohio, ATTN: AGOH-OT-MR
USPFO State of Ohio, (1)
SRAAG State of Ohio, (1)
Cdr, 3d Brigade 85th Div Harrison (1)
Cdr, 85th TSD, ATTN: G3-PS, 1515 W. Central Road, Arlington Heights, IL 60005-2475 (1)
Cdr, Cp Atterbury, ATTN: CA-DPTM-MOB, Edinburgh, IN 46124-1096
Cdr, 3 MEDCOM, ATTN: Ops Officer, 1650 Corey Blvd, Decatur, GA 30032
Cdr, FORSCOM, ATTN: AFOP-CAT, Ft. McPherson, GA 30330
HQDA (DAMH-HSO-U), Washington, DC 20314-0200
HQDA (DAAR-ODF-FD), Washington, DC 20310
HQDA (DASG-HCO), Washington, DC 20314
Director, US Army Force Management Support Agency (USAFMSA), ATTN: MOFI-FMA, Building 201, Fort Belvoir, VA 22060-5578
CDR, U.S. Army Medical Command, ATTN: MCOP-P-M, Bldg 2792, Rm 313 Ft. Sam Houston, TX
   78234-5000 (1)
Cdr, NARMC, Keilow.King@na.AMEDD.Army.Mil
Chiefs, General and Special Staff Agencies
Cdr, U.S. Army Reserve Command, ATTN: AFRC-OPO, Atlanta, GA 30331-5099 (2)
U.S. Army Center of Military History, ATTN: DAMH-FPO, 103RD Ave, Ft McNair, DC 20319
CDR, USARC (LNO)
Cdr, TRADOC
NGB
1A EOC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*UNCLASSIFIED\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBJ:DA MOB ORDER 488-04 ONE/OEF/OIF
1. REFERENCES
A. FORSCOM - 359 - OIF  1 UNIT 22 PAX
B. FORSCOM - 378 - OIF  23 UNITS 6050 PAX
C. UNDER SECDEF MEMO 20 SEP 01, MOBILIZATION/DEMOBILIZATION

PAGE 04 RUEADWD1615 UNCLAS
PERSONNEL AND PAY POLICY FOR RESERVE COMPONENT MEMBERS ORDERED TO ACTIVE DUTY IN RESPONSE TO THE WORLD TRADE CENTER AND PENTAGON ATTACKS.
D. SECDEF MSG 131954Z SEP 01, ATSD:PA/DPL, SUBJECT: PUBLIC AFFAIRS GUIDANCE (PAG) FOR PARTIAL MOBILIZATION OF THE RESERVE AND NATIONAL GUARD.
E. DA MSG 031739Z NOV 01, SUBJECT:ARMY FY03 FINANCIAL MGT GUIDANCE IN SUPPORT OF THE GLOBAL WAR ON TERRORISM OPNS NOBLE EAGLE/ENDURING FREEDOM.
F. DA MSG 220125Z JAN 03, SUBJECT: MODIFICATION OF ARMY ROTATION POLICY.
G. DA MSG 052324Z SEP 03, SUBJECT: OIF ROTATION AND MOBILIZATION POLICY.
2. THE PRESIDENT, PURSUANT TO TITLE 10, USC, SECTION 12302 AND EXECUTIVE ORDER 13223 IN SUPPORT OF THE WORLD TRADE CENTER AND PENTAGON ATTACKS, AUTHORIZED THE MOBILIZATION OF UNITS AND INDIVIDUALS OF THE READY RESERVE.
3. THIS MESSAGE PROVIDES AUTHORIZATION TO ORDER THE RC UNIT(S) LISTED IN PARA 5 BELOW TO ACTIVE DUTY UNDER PARTIAL MOBILIZATION AUTHORITY (TITLE 10, USC 12302).

PAGE 05 RUEADWD1615 UNCLAS
A. UNIT PERSONNEL ARE INVOLUNTARILY ORDERED TO ACTIVE DUTY IN THEIR CURRENT GRADES AND POSITIONS FOR AN INITIAL PERIOD OF UP TO 18 MONTHS MOBILIZATION ABSENT AUTHORIZED EXTENSIONS OR REORDERS TO ACTIVE DUTY, UNDER THE PROVISIONS OF DOD DIRECTIVE 1235.10 OR SUPPLEMENTAL GUIDANCE.
B. PERSUANT TO PRESIDENTIAL EXECUTIVE ORDER 13223 OF 14 SEPTEMBER 2001, YOU ARE RELIEVED FROM YOUR PRESENT RESERVE CONPONENT STATUS AND ARE ORDERED TO REPORT FOR A PERIOD OF ACTIVE DUTY NOT TO EXCEED 25 DAYS FOR MOBILIZATION PROCESSING. PROCEED FROM YOUR PRESENT LOCATION IN SUFFICIENT TIME TO REPORT BY THE DATE SPECIFIED. IF UPON REPORTING FOR ACTIVE DUTY YOU FAIL TO MEET DEPLOYMENT MEDICAL STANDARDS (WHETHER BECAUSE OF A TEMPORARY OR PERMANENT MEDICAL CONDITION), THEN YOU MAY BE RELEASED FROM ACTIVE DUTY, RETURNED TO YOUR PRIOR RESERVE STATUS AND RETURNED TO YOUR HOME ADDRESS, SUBJECT TO A SUBSEQUENT ORDER TO ACTIVE DUTY UPON RESOLUTION OF THE DISQUALIFYING MEDICAL CONDITION. IF, UPON REPORTING FOR ACTIVE DUTY, YOU ARE FOUND TO SATISFY MEDICAL DEPLOYMENT STANDARDS, THEN YOU ARE FURTHER ORDERED TO ACTIVE DUTY FOR A PERIOD NOT TO EXCEED 535 DAYS, SUCH PERIOD TO INCLUDE THE PERIOD (NOT TO EXCEED 25 DAYS) REQUIRED FOR MOBILIZATION PROCESSING.

PAGE 06 RUEADWD1615 UNCLAS
 C. UNLESS SPECIFICALLY STATED, THIS ORDER DOES NOT AUTHORIZE THE MOBILIZATION OF PROMOTABLE COLONELS OR GENERAL OFFICERS.
4. MOBILIZATION STATIONS (MS) ARE SHOWN IN PARA 5. THE UNIT(S) WILL

MOBILIZE AND MOVE TO ASSIGNED MS IAW TIME LINES ESTABLISHED IN THE FORSCOM MOBILIZATION AND DEPLOYMENT PLANNING SYSTEM (FORMDEPS) UNLESS OTHERWISE DIRECTED BY MACOM COMMANDER. UNIT STRENGTH WILL NOT EXCEED THE AUTHORIZED LEVEL STATED IN PARA 5.
5. THE FOLLOWING UNIT(S) IS/ARE HEREBY ORDERED TO ACTIVE FEDERAL DUTY UNDER TITLE 10 USC, SECTION 12302 EFFECTIVE:
A. MOBILIZATION DATE 18 DEC 03 AND MOBSAD 21 DEC 03
UIC   DESCRIPTION   COMPO PAX   HOME STA   MOB STA
WYJKAA   1310 EN TM TERRAIN DIV   2   6   NEW BROCKTON AL   FT BENNING GA
WYJFAA   1306 EN TM TERRAIN DIV   2   6   NEW BROCKTON AL   FT BENNING GA
WYJBAA   1302 EN TM TERRAIN DIV   2   6   NEW BROCKTON AL   FT BENNING GA
WTCKAA   0828 FI DET   2   27   LEBANON PA   FT DIX NJ
WPWFAA   0130 FA BN 2 MLRS   2   351   HIAWATHA KS   FT RILEY KS

PAGE 07 RUEADWD1615 UNCLAS
WPGQAA   0109 FA BN 01 155SP   2   596   WILKES BARRE PA   FT DRUM NY
WPGNAA   0107 FA BN 01 155SP   2   616   NEW CASTLE PA   FT DIX NJ
WPGJAA   1462 TC CO MDM TRK   2   169   HOWELL MI   FT MC COY WI
WPG6AA   0767 EN TM FFTG HQ   2   16   CP DODGE IA   FT RILEY KS
WPDTAA   0049 FA HHB   2   183   SAN ANTONIO TX   FT HOOD TX
WPDKAA   0216 EN BN HVY   2   645   HAMILTON OH   FT DIX NJ
WPDCAA   1171 TC CO MDM TRK   2   169   TIPTONVILLE TN   FT CAMPBELL KY
WPAJAA   0178 FA BN 04 155SP   2   374   GEORGETOWN SC   FT STEWART GA
WP8GAA   0116 EN CO   2   161   SPANISH FORK UT   FT LEWIS WA
WP43AA   0201 FA BN 1 155 SP   2   409   FAIRMONT WV   FT DIX NJ
WPDTAA   0049 FA HHB   2   183   SAN ANTONIO TX   FT HOOD TX
WPG6AA   0767 EN TM FFTG HQ   2   16   CP DODGE IA   FT RILEY KS

PAGE 08 RUEADWD1615 UNCLAS
WPGJAA   1462 TC CO MDM TRK   2   169   HOWELL MI FT MC COY WI
WPGNAA   0107 FA BN 01 155SP   2   616   NEW CASTLE PA   FT DIX NJ
WPGQAA   0109 FA BN 01 155SP   2   596   WILKES BARRE PA   FT DRUM NY
WP1QAA   0151 AV CO CO L MAINT   2   282   EASTOVER SC   FT BRAGG NC
W7TLAA   W7TL 1107 SPRINGFLD MO AVCRAD   2   322   SPRINGFIELD MO   FT LEONARD WOOD MO
WTCKAA   0828 FI DET   2   27   LEBANON PA   FT DIX NJ
B. MOBILIZATION DATE 08 JAN 04 AND MOBSAD 11 JAN 04
UIC   DESCRIPTION   COMPO   PAX   HOME STA   MOB STA
WZGPAA   AR TM REAR OPNS CENTER   2   22   TUPELO MS   FT HOOD TX
6. THE UNIT(S) LISTED IN PARAGRAPH 5 ABOVE WILL BE NOTIFIED OF THE

2

MOBILIZATION EFFECTIVE DATE WITHIN 24 HOURS OF RELEASE OF THIS
MESSAGE. THE MOBILIZATION PERIOD MAY BE ADJUSTED DEPENDING ON
MISSION REQUIREMENTS. COMMANDERS WILL INFORM SOLDIERS TO PLAN
ACCORDINGLY.
7. MACOMS WILL APPLY THE PROVISION OF AMOPES, FORMDEPS, AND AR

PAGE 09 RUEADWD1615 UNCLAS
600-8-101 FOR PERSONNEL PROCESSING.
8. THIS ORDER IS THE DA MOVEMENT DIRECTIVE. PROVISIONS OF AR 55-113
AND AR 55-355 APPLY. SUPPORT INSTALLATIONS ARE DIRECTED TO PROCESS
REQUESTS FROM SUBJECT RC UNIT PENDING RECEIPT OF HARD COPY ORDERS TO
ACTIVE DUTY.
9. MPA AND OMA ACCOUNTING CITATIONS FOR FY03 FOR CALL-UP OF RESERVE
COMPONENT PERSONNEL TO SUPPORT OPERATIONS NOBLE EAGLE, ENDURING
FREEDOM, AND IRAQI FREEDOM ARE AS FOLLOWS:
A. MPA ACCOUNTING CITATIONS: UNITS MOBILIZED FOR ENDURING FREEDOM
21 4 2010.0000 01-1100 P1W1C00 11**/12** VFRE F3203 5570 S12120
(OFFICER)
21 4 2010.0000 01-1100 P2W2C00 11**/12** VFRE F3203 5570 S12120
ENLISTED)
B. MPA ACCOUNTING CITATIONS: UNITS MOBILIZED FOR NOBLE EAGLE
21 4 2010.0000 01-1100 P1W1A00 11**/12** VTER F9FP2 5570 S12120
(OFFICER)
21 4 2010.0000 01-1100 P2W2A00 11**/12** VTER F9FP2 5570 S12120
(ENLISTED)
C. MPA ACCOUNTING CITATIONS: UNITS MOBILIZED FOR IRAQI FREEDOM
21 4 2010.0000 01-1100 P1X1A00 11**/12** VIRQ F9203 5570 S12120

PAGE 10 RUEADWD1615 UNCLAS
(OFFICER) (FOR USE ON ALL RELATED ORDERS AFTER 17 MAR 03)
21 4 2010.0000 01-1100 P2X2A00 11**/12** VIRQ F9203 5570 S12120
(ENLISTED) (FOR USE ON ALL RELATED ORDERS AFTER 17 MAR 03)
D. OMA FUND CITATIONS FOR MOBILIZED UNITS: ALL ARMY PERSONNEL,
EXCEPT SOCOM ASSETS, ORDERED TO DEPLOY IN SUPPORT OF
OPERATIONS NOBLE EAGLE AND/OR ENDURING FREEDOM WILL CONTACT THE
RESPECTIVE RESOURCE MANAGEMENT OFFICE FOR FUND CITES.
(1) ALL UNITS, EXCEPT SOCOM UNITS, CONTACT THE
SERVICING/INSTALLATION RESOURCE MANAGEMENT OFFICE AT THE DESIGNATED
MOB STATION FOR TRAVEL AND TRANSPORTATION FUND CITES.
(2) SOCOM POC: MS BETTE OTTS DSN 239-4146, COMMERCIAL (910)
432-4146.
E. MOBILIZED GUARD AND RESERVE SOLDIERS' FUND CITES FOR TRAVEL AND
PER DIEM:
21 4 2020.0000 01-1100 P135198 21**/22**/25** VTER F9FP2 5570 S99999
(ONE) (FOR USE ON ALL RELATED ORDERS AFTER 17 MAR 03)
21 4 2020.0000 01-1100 P135198 21**/22**/25** VFRE F3203 5570 S99999
(OEF) (FOR USE ON ALL RELATED ORDERS AFTER 17 MAR 03)
21 4 2020.0000 01-1100 P135198 21**/22**/25** VIRQ F9203 5570 S99999
(OIF) (FOR USE ON ALL RELATED ORDERS AFTER 17 MAR 03)

PAGE 11 RUEADWD1615 UNCLAS
F. TRAVEL ADVANCE ACCOUNTING CITATIONS MUST CITE A SPECIFIC FISCAL
STATION NUMBER (FSN). RESERVE COMPONENT PERSONNEL WILL MOBILIZE AND
DEMOBILIZE AT THE SAME STATION. CITE THE FISCAL STATION NUMBER OF

THE STATION WHERE MOBILIZATION/DEMOBILIZATION OCCURS (THE SAME STATION WHICH ISSUES THE ADVANCES). FOR ADDITIONAL GUIDANCE REFER TO DFAS-IN REG 37-1 (ADVANCES AND PROGRESS PAYMENTS).
10. DEMOBILIZATION OF UNITS IS PROHIBITED WITHOUT PRIOR APPROVAL OF DA. INDIVIDUAL MEMBERS OF THE UNIT WILL DEMOBILIZE WITH THE UNIT UNLESS PROVISIONS OF AR 600-8-24 OR AR 635-200 APPLY.
11. PUBLIC AFFAIRS GUIDANCE. SEE REF B, THIS MESSAGE, FOR SPECIFIC GUIDANCE.
12. ALL SOLDIERS DEPLOYING INTO AFGHANISTAN AND PAKISTAN WILL POSSESS INTERCEPTOR BODY ARMOR (IBA). IN AN EFFORT TO IDENTIFY INTERCEPTOR BODY ARMOR (IBA) FIELDING REQUIREMENTS, ALL UNITS DEPLOYING TO AFGHANISTAN AND PAKISTAN ISO OPERATION ENDURING FREEDOM AND NOT PROCESSING THROUGH THE FORT BENNING CONUS REPLACEMENT CENTER (CRC) WILL NOTIFY HQDA OF IBA REQUIREMENTS. HQDA CAT POC IS G8 WATCH OFFICER AT DSN 223-4827, CML 703-693-4827.
13. ACTION ADDRESSEE WILL ACKNOWLEDGE RECEIPT OF THIS ORDER TO DA (DAMO-ODM), LTC ANTHONY HYTER OR LTC RYAN PHONE: 703-693-8984 EMAIL:

PAGE 12 RUEADWD1615 UNCLAS
HYTERA@HQDA.ARMY.SMIL.MIL
14. PRIMARY ADDRESSEE WILL RESPOND BY EMAIL TO POC IN PARA 13 ABOVE.
BT

*DEDICATED TO *   $$$*EXCELLENCE IN *   $$$*COMMUNICATIONS*   $$$
************   FOR OFFICAL USE ONLY   ************

01 DA WASH DC                               5
ACTION  AAOC(*) DAMO-AAOC(*) DAMO-SSP-AMHS(1)   (A,6,8,F)
        AOC-AHS(1) DAMO-SSP(*)
INFO    DAAR/CHIEF OF RESERVES(*) DAMO(2) MARV(*) JDNI-PT(*)
        CMSDA(*) CMSDA-C(*) CMSDA-B(*) DAMO-SSR-NEA(*)
        DAMO-SSR-EUR(*) DAMO-SSR-MENA(*)
        DCSOPS SAT TERMINAL(1)
        +DA AMHS WASHINGTON DC//PTC READD//

03 COE                                      0
ACTION                          (A)
INFO    CEHECIM/COE(*)
                    TOTAL COPIES REQUIRED   5
#1615

NNNN
Received from AUTODIN 200614Z NOV 03
\PORCHE elosdata eed□3general 3241451.242

4

TOTAL P.12