IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Anthony Riggins | : |
| : | Case No. C-1-01-503 |
| Plaintiff : | |
| : | District Judge Susan J. Dlott |
| v. : | |
| : | ORDER GRANTING |
| Forrest E. Hunt *et al.* : | MOTION TO STAY |
| : | |
| Defendants : | |

    This matter comes before the Court on Defendant's Motion to Stay Proceedings. (Doc. #117.) Defendant Forrest E. Hunt requests a stay of this action on the ground that he has been called to military service. Mr. Hunt has produced evidence that he has been deployed for military duty in the Middle East and "is scheduled to return by May 2005, unless extended by the authority of the Secretary of Defense." (Doc. #120 exh. 1.) The Court **GRANTS** Mr. Hunt's motion. Pursuant to the Servicemembers Civil Relief Act, 50 App. U.S.C. § 522, the Court stays this action for 90 days. The Court will hold a telephone status conference with counsel in this matter on July 6, 2004 at 4:45 p.m.

    IT IS SO ORDERED.

                                                                                    s/Susan J. Dlott
                                                                                    Susan J. Dlott
                                                                                    United States District Judge