IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Anthony Riggins : | |
| : | Case No. C-1-01-503 |
| Plaintiff : | |
| : | District Judge Susan J. Dlott |
| v. : | |
| : | ORDER |
| Forrest E. Hunt *et al.* : | |
| : | |
| Defendants : | |

    This matter came before the Court on a telephone status conference with counsel for the parties on July 6, 2004. On defense counsel's representation that Defendant Forrest E. Hunt remains in Iraq on military duty, the Court **ORDERS** counsel for Mr. Hunt to inform the Court of Mr. Hunt's whereabouts within thirty days of Mr. Hunt's return to the United States. Additionally, the Court will hold another telephone status conference with counsel in this matter on January 10, 2005 at 4:45 p.m.

    IT IS SO ORDERED.

                                                                                             s/Susan J. Dlott
                                                                          Susan J. Dlott
                                                                          United States District Judge

For the purposes of issuing this order, the file can be found at:

J:\Lawclerks\Stang\Civil\riggins.stay.2dord.wpd