IN THE UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF OHIO
WESTERN DISTRICT

| | |
|---|---|
| ANTHONY RIGGINS, | CASE NO. C-1-01-503 |
|     PLAINTIFF, | |
| -vs- | JUDGE DLOTT<br>MAGISTRATE SHERMAN |
| HAROLD CARTER, et al., | |
|     DEFENDANTS. | NOTICE TO COURT |

Now comes Defendant Forrest Hunt, by and through undersigned counsel, to respectfully notify the Court that Defendant Hunt has returned to the United States from his military duty.

Respectfully submitted,

/s/ Marie Moraleja Hoover
Marie Moraleja Hoover #0063254
R. Tracy Hoover #0039610
THE HOOVER LAW GROUP
621 Seventh Street
Portsmouth, Ohio 45662
740/354-1000
Fax: 740/353-0661

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served electronically upon Jennifer L. Branch and Alphonse A. Gerhardstein, Attorneys for Plaintiff.

/s/ Marie Moraleja Hoover
Marie Moraleja Hoover #0063254
R. Tracy Hoover #0039610
THE HOOVER LAW GROUP