UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Dlott |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S MOTION** |
| FORREST HUNT, et al., | : | **REQUESTING A TRIAL** |
| | : | **SETTING AND** |
| Defendants. | : | **MEMORANDUM IN SUPPORT** |

**MOTION AND MEMORANDUM IN SUPPORT**

Defendant Hunt has notified the court that he has returned from military duty.

Plaintiff requests that a trial date be set or a trial setting be scheduled.

    Respectfully submitted,

    s/ Jennifer L. Branch
    Jennifer L. Branch (0038893)
    Trial Attorney for Plaintiff
    Alphonse A. Gerhardstein (0032053)
    Attorney for Plaintiff
    LAUFMAN & GERHARDSTEIN
    617 Vine Street, Suite #1409
    Cincinnati, Ohio 45202
    (513) 621-9100

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2005, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the

2

foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Jennifer L. Branch<br>
Attorney for Plaintiff

Case 1:01-cv-00503-MRB    Document 124    Filed 03/10/2005    Page 2 of 2