UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY RIGGINS,

                V.

HAROLD CARTER, Warden, et al,

Case Number:   1:01cv503-SJD

District Judge Susan J. Dlott

NOTICE

**TAKE NOTICE** that the TRIAL in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #7 (Room 117) |
| | DATE AND TIME |
| | NOVEMBER 7, 2005 at 9:30 a.m. |

SPECIAL INSTRUCTIONS:

1. A final pretrial conference will be held on OCTOBER 11, 2005 at 2:00 p.m. by telephone.

2. Each counsel must prepare and submit a letter to the Court one week prior to the conference with the status of any settlement negotiations to date. These letters need not be filed with the Clerk's Office nor exchanged with opposing counsel.

JAMES BONINI, CLERK

   s/Stephen Snyder
Stephen Snyder
Case Manager
(513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.