Granted
Susan J. Dlott
10/5/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. C-1-01-503 |
| | : | |
| Plaintiff, | : | Judge Dlott |
| | : | |
| vs. | : | Magistrate Judge Sherman |
| | : | |
| HAROLD CARTER, et al., | : | **PLAINTIFF'S MOTION TO** |
| | : | **VACATE TRIAL DATE AND** |
| Defendants. | : | **SET NEW TRIAL** |

### MOTION AND MEMORANDUM IN SUPPORT

This case is scheduled for a three day jury trial on November 7, 2005. However, it has recently become clear that Plaintiff's counsel have an unavoidable trial conflict. Both Plaintiffs' counsel are scheduled to try a class action jury trial starting November 1, 2005 which will last at least two weeks. (*Chesher v. Neyer*, S.D. OH No. 1:01-CV-566 (Spiegel, J.).) Therefore, Plaintiff respectfully requests that the November 7, 2005 trial date be vacated and a scheduling conference be conducted by telephone.

Respectfully submitted,

s/ Jennifer L. Branch
Jennifer L. Branch (0038893)
Trial Attorney for Plaintiff
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
LAUFMAN & GERHARDSTEIN
617 Vine Street, Suite #1409
Cincinnati, Ohio 45202
(513) 621-9100

### CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2005, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has