AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

ANTHONY RIGGINS,

              V.

HAROLD CARTER, Warden, et al,

Case Number:  1:01cv503-SJD

District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE previously set for the place, date, and time set forth below will now be a telephone STATUS CONFERENCE:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | TO BE DONE BY TELEPHONE |
|  | DATE AND TIME<br>OCTOBER 11, 2005 at 2:00 p.m. |

SPECIAL INSTRUCTIONS:

JAMES BONINI, CLERK

    s/William Miller
William Miller
Case Manager
(513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.