IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANTHONY RIGGINS, | : |
| Plaintiff(s) | : |
| vs. | : Case Number: 1:01cv503-SJD |
| HAROLD CARTER, Warden, et al, | : District Judge Susan J. Dlott |
| Defendant(s) | : |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable Michael H. Watson.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge

_____
Michael H. Watson
United States District Judge