UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Riggins,

Plaintiff(s),

v.

Case No. 1:01cv503

(Judge Michael H. Watson)

Harold Carter, Warden, et al.,

Defendant(s).

---

**Notice**

---

Please take notice that the above-captioned case has been set for a final pretrial conference before the Honorable Michael H. Watson on:

Thursday, January 26, 2006, at 10:00 am
Room 815, Potter Stewart U.S. Courthouse

Parties shall submit a joint final pretrial order and jury instructions by January 19, 2006.

Michael H. Watson
United States District Judge

s/Barbara A. Crum
Courtroom Deputy

cc: All Counsel
bac November 29, 2005