UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Riggins,

    Plaintiff,

v.                                         Case No. 1:01cv503

Forrest E. Hunt, et al.,             Judge Michael H. Watson

    Defendants.

## ORDER

Pursuant to the pending motion in the above captioned matter, the final pretrial conference of January 26, 2006, and the trial date of February 13, 2006, are hereby **VACATED**. The Court will reissue a calendar when all motions have been considered.

**IT IS SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court

bac   January 19, 2006