UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Riggins,

    Plaintiff,

    v.                                                        Case No. 1:01cv503

Forrest E. Hunt, et al.,                          Judge Michael H. Watson

    Defendants.

**NOTICE**

Please take notice that the above-captioned case has been set for a status/scheduling conference by telephone before the Honorable Michael R. Barrett on:

**Tuesday, June 6, 2007, at 4:30 pm**

Parties shall initiate contact with the Court by calling 513-764-7660 five (5) minutes prior to 4:30 pm.

                                                           Michael H. Watson, Judge
                                                           United States District Court

                                                           *S/Barbara A. Crum*
                                                           Courtroom Deputy

cc:    All Counsel
BAC    June 5, 2006