UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

1:01cv503, Riggins v. Hunt, et al
1:02cv479, Jefferson-Pilot Life v. Kearney, et al
1:03cv553, Road Sprinkler Fitter v. Casco Fire Protection, et al
1:03cv558, Setzer v. Heartland Security, et al
1:03cv852, Burnam v. Howard
1:04cv512, Ayres v. Brewer Company
1:04cv661, Hillman Group, Inc. v. Diversified Group Administrators, Inc.
1:04cv742, Koehler v. Pepsi Americas, Inc.
1:04cv829, Strader v. American Federation of State et al
1:04cv846, Ison v. Javitch Block and Rathbone LLP et al
1:05cv154, Goederer v. Roman Catholic Archdiocese of Cincinnati et al
1:05cv260, Signature Construction, LLC et al v. Coomer
1:06cv075, Sunderman et al v. Regeneration Technologies Inc et al

Judge Michael H. Watson

## ORDER OF TRANSFER

The above-entitled cases are being transferred from the docket of The Honorable Michael H. Watson to the docket of the Honorable Michael R. Barrett.

**IT IS SO ORDERED.**

*s/Michael H. Watson*
Michael H. Watson, Judge
United States District Court

*s/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court