**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Anthony Riggins,

    Plaintiff,

v.                                          Case No. 1:01cv503

Forrest E. Hunt, III, *et al.*,              Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court following a status conference held on June 6, 2006. As indicated during the conference, the parties may file supplemental memoranda addressing Defendants' Motion to Dismiss (Doc. 132). Any such memoranda must be filed within ten (10) days of entry of this Order. This matter shall proceed as follows:

1. Final pretrial conference:      **July 17, 2006 at 11:00 a.m., Room 815**

2. Jury Trial:                     **August 21, 2006 at 9:30 a.m., Courtroom 836**

**IT IS SO ORDERED.**

                                                       */s/ Michael R. Barrett*
                                                  Michael R. Barrett, Judge
                                                  United States District Court