**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Anthony Riggins,

    Plaintiff,

    v.                                     Case No. 1:01cv503

Forrest Hunt, *et al.*,                Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court upon Plaintiff's Motion for Recess During Trial on August 25, 2006. (Doc. 138) The trial in this matter is currently set to commence on August 21, 2006. Plaintiff's counsel states that they anticipate that the trial of this matter will conclude on Thursday, August 24, 2006, but in the event that it does not, they have a conflict on Friday, August 25, 2006. Plaintiff's counsel explains that they are scheduled for a hearing before another court on that day.

For good cause shown, Plaintiff's Motion for Recess During Trial on August 25, 2006 (Doc. 138) is hereby **GRANTED**.

    **IT IS SO ORDERED.**

                                        *S/Michael R. Barrett*
                                        Michael R. Barrett, Judge
                                        United States District Court