UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| vs. | : | **PETITION FOR WRIT OF** |
| | : | **HABEAS CORPUS AD** |
| FORREST HUNT III, et al., | : | **TESTIFICANDUM FOR** |
| | : | **PLAINTIFF ANTHONY** |
| Defendants. | : | **RIGGINS** |

Plaintiff, hereby petitions this court for a writ ordering the Warden of the Southern Ohio Correctional Facility to transport Anthony Riggins # 188-083 from the Southern Ohio Correctional Facility, Lucasville, Ohio to the U.S. District Court, Cincinnati, Ohio to attend the Jury Trial and testify in this case starting August 21, 2006 until conclusion of trial. Trial is expected to last 4-5 days. Mr. Riggins will need to be present at 8:00 a.m. each day of the trial.

Furthermore, Plaintiff requests that counsel tables be skirted with material so as to conceal Mr. Riggins' leg shackles from the view of the jury.

Respectfully submitted,

s/ Jennifer L. Branch
Jennifer L. Branch (0038893)
Trial Attorney for Plaintiff
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
GERHARDSTEIN BRANCH &
LAUFMAN CO LPA
617 Vine Street, Suite #1409
Cincinnati, Ohio 45202
(513) 621-9100
jbranch@gblfirm.com
agerhardstein@gblfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2006, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

                                                       s/ Jennifer L. Branch
                                                      Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY RIGGINS,** | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| vs. | : | |
| | : | **WRIT OF HABEAS CORPUS** |
| **FORREST HUNT, III, et al.,** | : | **ANTHONY RIGGINS** |
| | : | |
| Defendants. | : | |

The President of the United States of America, to the Warden of the Southern Ohio Correctional Facility, or his assistant, GREETINGS:

We command that the body of inmate Anthony Riggins # 188-083 who is presently held under your custody at the Southern Ohio Correctional Facility, Lucasville, Ohio, be brought under safe and secure conduct before Judge Michael R. Barrett, United States District Court, Cincinnati, OH at 8:00 a.m. on August 21, 2006 and each day thereafter until conclusion of trial.  Upon conclusion of the trial each day, the inmate shall be returned to your custody.

_____
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY RIGGINS,** | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| vs. | : | **ORDER INSTRUCTING** |
| | : | **CLERK TO ISSUE WRIT OF** |
| **FORREST HUNT, III, et al.,** | : | **HABEAS CORPUS FOR** |
| | : | **ANTHONY RIGGINS** |
| Defendants. | : | |
| | : | |

Pursuant to the petition filed by plaintiff,

**IT IS ORDERED** that the Clerk of this Court is instructed to issue a writ of habeas corpus ordering the Warden of the Southern Ohio Correctional Facility, to transport inmate Anthony Riggins # 188-083 who is presently held under his custody at the Southern Ohio Correctional Facility, Lucasville, Ohio to the U.S. District Court, Cincinnati, Ohio at 8:00 a.m. on August 21, 2006 and each day thereafter until conclusion of trial. Upon conclusion of the trial each day, the inmate shall be returned to the Warden's custody.

                                    _____
                                    JUDGE MICHAEL R. BARRETT
                                    UNITED STATES DISTRICT JUDGE