UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Riggins,

        Plaintiff,

v.

        Case No.   1:01cv503

Forrest Hunt, et al.,

        Judge Michael R. Barrett

        Defendants.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    To the United States Marshal for the Southern District of Ohio; and the Warden of the Southern Ohio Correctional Institution, P.O. Box 45699, Lucasville, Ohio 45699.

    You are commanded to have the person of Anthony Riggins, Inmate No. 188-083, a party-in-interest in this case, currently restrained in Southern Ohio Correctional Institution, to be transported to the Lebanon Correctional Institution, P.O. Box 56, Lebanon, Ohio 45036, on August 20, 2006, and to remain placed there until the conclusion of his trial. Inmate Riggins is scheduled to appear before this Court in Courtroom 3, Room 836, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio, on August 21, 2006, at 8:00 a.m. before the Honorable Michael R. Barrett all mornings of his trial there being no further orders of this Court to the contrary. You are further commanded after the conclusion of all proceedings herein, to return him under safe and secure conduct to the above said place where he was originally detained.

    In the event said inmate is no longer in your custody, please notify the Court immediately.

    **IT IS SO ORDERED.**

                                          */s/ Michael R. Barrett*
                                          Michael R. Barrett, Judge
bac    August 14, 2006                            United States District Court