UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ANTHONY RIGGINS,**                                              Case No. C-1-01-503

    **Plaintiff,**

Vs.                                                               JUDGE BARRETT

**FORREST HUNT, et al.,**

    **Defendants.**                                          JOINT FINAL PRETRIAL ORDER

**FINAL PRETRIAL ORDER**

This action came before the Court at a Final Pretrial Conference held on the 17th day of July 2006, pursuant to Rule 16 of the Federal Rules of Civil Procedure.

I.    **APPEARANCES**
For Plaintiff Anthony Riggins:
    Jennifer L. Branch

For Defendants Forest Hunt, Anthony Gannon and Jerry Wells:
    R. Tracy Hoover
    Marie M. Hoover

II.    **NATURE OF ACTION AND JURISDICTION**

    A.    This is an action for damages brought under 42 U.S.C. §1983 for alleged violations of Plaintiff's Eighth Amendment rights while Plaintiff was confined in the Southern Ohio Correctional Facility ("SOCF"). Plaintiff seeks compensatory and punitive damages and attorney fees.
    B.    The jurisdiction of the Court is not disputed.

III.    **TRIAL INFORMATION**

    A.    The estimated length of trial is five days
    B.    Trial to a jury has been set for August 21, 2006

IV. **<u>AGREED STATEMENT AND LISTS</u>**

A.  **General Nature of the Claims of the Parties**
    **(1)  PLAINTIFF CLAIMS:**

Plaintiff claims that defendants Forest Hunt, Anthony Gannon, and Jerry Wells used excessive force on Mr. Riggins in violation of his Eighth Amendment right to be free from cruel and unusual punishment.  Mr. Riggins seeks compensatory and punitive damages for his injuries and attorneys fees.

    (2) DEFENDANT CLAIMS:
        a)  The Defendants deny all allegations of the plaintiff; the defendants deny the facts of the subject lawsuit as plaintiff sets them forth in his complaint.
        b)  The Defendants claim that plaintiff's claim was not brought within the time applicable by law.

B.  **Uncontroverted Facts**

The following facts are established by admissions in the pleadings or stipulations of counsel.
    (1)  The parties stipulate to the authenticity of the joint exhibits listed herein.
    (2)  The parties will attempt to reach stipulations before trial.

C.  **Issues of Fact and Law**

    (1)  CONTESTED ISSUES OF FACT:
    The contested issues of fact remaining for decision are:
        (a)  Whether Defendant Hunt used excessive force.
        (b)  Whether Defendant Gannon used excessive force.
        (c)  Whether Defendant Wells used excessive force.
        (d)  The amount of compensatory damages.
        (e)  The amount of punitive damages plaintiff shall be awarded.
    (2)  CONTESTED ISSUES OF LAW:
    The contested issues of law in addition to those implicit in the foregoing issues of fact are:
        (a)  None

D.  **Witnesses**
    (1)  In the absence of reasonable notice to opposing counsel to the contrary, plaintiff will call:
        a)  Anthony Riggins
        b)  Forest Hunt
        c)  Anthony Gannon
        d)  Jerry Wells
        e)  Carole Chapman
        f)  Carl Distel

  g) Harold Carter
  h) Jonathan W. Hall
  i) Gregory Johnson
  j) Any treating medical personnel since the assault
  k) Mona Parks: Records custodian for medical records
  l) Records custodian for ODRC records

(2) In the absence of reasonable notice to opposing counsel to the contrary, defendant will call, or will have available at trial:
  a) Carl Distel
  b) Daryle Harris
  c) Carol Chapman
  d) Anthony Gannon
  e) Jerry Wells
  f) Forest Hunt
  g) Harold E. Carter
  h) Medical records custodian
  i) Witness to authenticate criminal records
  j) Anthony Riggins (as if on cross)
  k) Any surrebuttal witness, if necessary, which are unable to be determined at this time

(3) The parties reserve the right to call any of the opposing parties as witnesses as part of their case.

(4) There is reserved to each of the parties the right to call such rebuttal witnesses as may be necessary, without prior notice thereof to the other party.

**E. Expert Witnesses**

Plaintiff: NONE

Defendant:
 NONE

**F. Exhibits**

Appendix B: Joint Exhibits
Appendix C: Plaintiff's Exhibits
Appendix D: Defendant's Exhibits

4
Submitted 8-14-06

G. **Depositions**

Testimony of the following witnesses will be offered by deposition/video tapes:

Daryle Harris, if he cannot be subpoenaed.

H. **Discovery**

None Pending.

I. **Pending Motions**

Any Motions in Limine that shall be filed on or before August 11, 2006.

J. **Miscellaneous Orders**

None.

V. **MODIFICATION**

This final pretrial order may be modified at the trial of this action, or prior thereto, to prevent manifest injustice. Such modification may be made by application of counsel, or on motion of this Court.

VI. **SETTLEMENT EFFORTS**

This case has been tried once before, so the settlement efforts have been exhausted.

**IT IS SO ORDERED.**

                                             */s/ Michael R. Barrett*
                                             **UNITED STATES JUDGE**
                                             **MICHAEL R. BARRETT**

*/s/ R. Tracy Hoover (per tel. auth.)*
R. Tracy Hoover #0039610
Trial Attorney for Defendants

*/s/ Jennifer L. Branch (per tel. auth.)*
Jennifer L. Branch #0032053
Trial Attorney for Plaintiff

5
Submitted 8-14-06

## **APPENDIX B**

### **JOINT EXHIBITS OF PLAINTIFF AND DEFENDANTS**

| Designation(white labels) | Description | Identified/Admitted |
|---|---|---|
| JX 1 | Photographs of Anthony Riggins' cell J-73 | |
| JX 2 | Photographs of SOCF cell block J | |
| JX 3 | Video tape of Anthony Riggins' cell J-73 | |
| JX 4 | Video tape of SOCF cell block J | |

Submitted 8-14-06

## APPENDIX C Plaintiff's EXHIBITS

| Designation(yellow labels) | Description | Identified/Admitted | |
|---|---|---|---|
| PX 1001 | Blueprint of SOCF J cellblock | | |
| PX 1002 | Diagram of SOCF J cellblock | | |
| PX 1003 | Diagram of SOCF Cell # J-73 | | |
| PX 1004 | Use of Force Report dated May 12, 2000 | | |
| PX 1005 | Use of Force Report dated October 11, 2000 | | |
| PX 1006 | Ohio Highway Patrol Report | | |
| PX 1007 | Defendant Hunt's incident reports | | |
| PX 1008 | Defendant Well's incident reports | | |
| PX 1009 | Defendant Gannon's incident reports | | |
| PX 1010 | Carl Distel's incident reports | | |
| PX 1011 | Carole Chapman's incident reports | | |
| PX 1012 | Job description ODRC Corrections Officer | | |
| PX 1013 | Post Orders | | |
| PX 1014 | PR-24 | | |
| PX 1015 | PR-24 Manual | | |
| PX 1016 | ODRC Report Regarding Representation for Forest Hunt | | |
| PX 1017 | ODRC Report Regarding Representation for Anthony Gannon | | |
| PX 1018 | ODRC Report Regarding Representation for Jerry Wells | | |
| PX 1019 | ODRC policies and procedures on cell extractions | | |
| PX 1020 | ODRC policies and procedures on use of force | | |
| PX 1021 | Administrative Rules 5120-0-01 through 03 | | |
| PX 1022 | Grievance and Discipline records for Forest Hunt | | |
| PX 1023 | Grievance and Discipline records for Anthony Gannon | | |
| PX 1024 | Grievance and Discipline records for Jerry Wells | | |
| PX 1025 | Plaintiff's medical records which show his physical and psychological injuries | | |
| PX 1026 | Photograph of Plaintiff's injuries | | |
| PX 1027 | Grievances filed by Plaintiff | | |
| PX 1028 | Log books SODF May 12, 2000 | | |
| PX 1029 | RIB Record for May 12, 2000 | | |
| PX 1030 | Personnel file for Forest Hunt | | |
| PX 1031 | Personnel file for Anthony Gannon | | |
| PX 1031 | Personnel file for Jerry Wells | | |
| PX 1032 | Second shift assignment record May 12, 2000 | | |
| PX 1033 | Food menu for May 11-13, 2000 | | |
| PX 1034 | | | |
| PX 1035 | | | |

### DEFENDANT'S EXHIBITS

| DESIGNATION | DESCRIPTION | MARKED | OFFERED | ADMITTED |
|---|---|---|---|---|
| DX A | Well's Certificates | | | |
| DX B | Well's Application | | | |

7
Submitted 8-14-06

| | | | | |
|---|---|---|---|---|
| DX C | Well's Notification of Employment | | | |
| DX D | Well's Performance Reviews | | | |
| DX E | Position Description | | | |
| DX F | Photos of Well's Injuries | | | |
| DX G | Gannon's Certificates | | | |
| DX H | Gannon's Application | | | |
| DX I | Gannon's Notice of Employment | | | |
| DX J | Gannon's Performance Review | | | |
| DX K | Hunt's Certificates | | | |
| DX L | Hunt's Letters of Commendation | | | |
| DX M | Hunt's Application | | | |
| DX N | Hunt's Notification of Employment | | | |
| DX O | Hunt's Performance Reviews | | | |
| DX P | Photo's of Hunt's Injuries | | | |
| DX Q | Post Orders | | | |
| DX R | Notices of Intent to Sue | | | |
| DX S | Attempts to Establish Relationships | | | |
| DX T | Assaultive Behavior | | | |
| DX U | Spitting & Bodily Fluids | | | |
| DX V | Food & Food Trays | | | |
| DX W | Interoffice Memo | | | |
| DX XYZ | Note Showing Limp/Shorter Leg | | | |
| DX AA | Photo of Riggins' Cell | | | |
| DX BB | Photo of Riggins' Shoulder | | | |
| DX CC | Photo of Position of Officer | | | |
| DX DD | Photo of Hands Through Bars | | | |
| DX EE | Photo of View of Bars | | | |
| DX FF | Photo of Front View of Bars | | | |
| DX GG | Photo of View of Range | | | |
| DX HH | Photo of View of Range with Arms | | | |
| DX II | Photo of Hall | | | |
| DX JJ | Photo of View of Length of Range | | | |
| DX KK | Photo of Monitor Room | | | |
| DX LL | Photo of Wall in Holding Cell | | | |

8
Submitted 8-14-06

| | | | | |
|---|---|---|---|---|
| DX MM | Photo of Wall in Holding Cell | | | |
| DX NN | Photo of Holding Cell | | | |
| DX OO | Photo of Holding Cell | | | |
| DX PP | Indictment and Guilty Verdict in Assault Case | | | |
| DX QQ | Records on Riggins' pre-existing broken finger | | | |
| DX RR | Recent Incident Reports Involving Riggins | | | |

9
Submitted 8-14-06