**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Anthony Riggins,

    Plaintiff,

v.                                              Case No. 1:01cv503

Forrest E. Hunt, III, *et al.*,             Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court upon Defendants Hunt, Gannon, and Wells' Motion for Jury View. (Doc. 146) Defendants seek a jury view of the Southern Ohio Correctional Facility in Lucasville, Ohio. This Motion was discussed during the August 14, 2006 telephone conference. Plaintiff Riggins stated that he has no opposition to the Motion if other inmates were not present during the jury view. For the reasons stated during the phone conference, Defendants' Motion for Jury View (Doc. 146) is hereby **DENIED**. Specifically, the Court finds that the potential for prejudice to either side outweighs any benefit; and the jury view could not be considered as evidence by the jury. Furthermore, the Court finds that on balance, the jury view would not save any time in the presentation of this case, given the travel time to Lucasville.

    **IT IS SO ORDERED.**

                                                          */s/ Michael R. Barrett*
                                                          Michael R. Barrett, Judge
                                                          United States District Court