UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Barrett |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S MOTION TO** |
| FORREST HUNT, et al., | : | **SEPARATE WITNESSES** |
| | : | |
| Defendants. | : | |

**MOTION AND MEMORANDUM IN SUPPORT**

Plaintiff moves to separate the witnesses from hearing or discussing the testimony in the case. Plaintiff further requests that no witness Plaintiff subpoenaed be released from his/her subpoena until after Plaintiff completes his rebuttal case. Therefore the separation of witnesses order should remain in effect until after the close of Plaintiff's rebuttal case.

Respectfully submitted,
s/ Jennifer L. Branch
Jennifer L. Branch (0038893)
Trial Attorney for Plaintiff
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
GERHARDSTEIN BRANCH & LAUFMAN CO., LPA
617 Vine Street, Suite #1409
Cincinnati, Ohio 45202
(513) 621-9100

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2006, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Jennifer L. Branch
Attorney for Plaintiff