UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Riggins,

    Plaintiff,

v.                                                    Case No.   1:01cv503

Forrest E. Hunt, III, et al.,                          Judge Michael R. Barrett

    Defendant(s).

**Criminal Minutes**
Jury Trial (Day   1 )
before the

**HONORABLE MICHAEL R. Barrett, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara A. Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Maryann Maffia, Official Court Reporter   1:56 - 5pm = 2:35 mins.
**DATE:** August 21, 2006                              **TIME:** 9:25am - 1:56pm = 2:53 mins.

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Jennifer Branch | Marie Hoover |
|  | R. Tracy Hoover |
|  | Marianne Pressman |

**WITNESSES**

Harold E. Carter
Anthony Riggins

**PROCEDURES**

| | |
|---|---|
| ✓ Counsel present | ✓ Voir Dire held |
| ✓ Jury selected and sworn | ✓ Opening Statements |
| ✓ Plaintiff calls witnesses | ___ Plaintiff admits exhibits |
| ___ Plaintiff rests | ___ Defendant moves for Rule 50 Motion |
| ___ Judge Grants/Denies Rule 50 Motion | ___ Defendant calls witnesses |
| ___ Defendant admits exhibits | ___ Defendant rests |
| ___ Defendant renews Rule 50 Motion | ___ Judge Grants/Denies Rule 50 Motion |
| ___ Plaintiff's rebuttal | ___ No rebuttal |
| ___ Jury Charge conference held | ___ Jury charged |
| ___ Closing Arguments | ___ Jury deliberates |

Court adjourned or (in recess) until _____.

**Remarks:** Oral orders granting Motion to Separate Witnesses (Doc 158) and granting Motion in Limine (Doc 159)