# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Anthony Riggins,

      Plaintiff,

      v.                           Case No.   1:01cv503

Forrest E. Hunt, III, et al.,               Judge Michael R. Barrett

      Defendants.

## Civil Minutes
### Jury Trial (Day 2)

**HONORABLE MICHAEL R. Barrett, U.S DISTRICT JUDGE**
**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Maryann Maffia, Official Court Reporter
**DATE:**  August 22, 2006      **TIME:** 10am – 12:47pm = 2:22
                                    1:30 – 4:47pm = 2:48 } 5:10

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Jennifer Branch | R. Tracy Hoover |
|  | M. Hoover |

### WITNESSES

| | |
|---|---|
| Anthony Riggins | |
| Gerry M. Wells | |
| Carole Chapman | |
| Carl Distel | |
| Mona Parks | |
| Forrest E. Hunt, III | |

### PROCEDURES

| | | | |
|---|---|---|---|
| ✓ | Counsel present | ✓ | Plaintiff calls witnesses or continues |
| ✓ | Plaintiff admits exhibits | | Plaintiff rests |
| | Defendant moves for Rule 50 Motion | | Judge Grants/Denies Rule 50 Motion |
| | Defendant calls witnesses or continues | | Defendant admits exhibits |
| | Defendant rests | | Defendant renews Rule 50 Motion |
| | Judge Grants/Denies Rule 50 Motion | | Plaintiff's rebuttal |
| | No rebuttal | | Jury Charge conference held |
| | Jury charged | | Closing Arguments |
| | Jury deliberates and returns a verdict. | | |

Court adjourned or in recess until   9:30 am  8/23/06  .

Remarks: