UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Riggins,

    Plaintiff,

          v.                     Case Number: 1:01cv503

Forrest E. Hunt, III, et al.,         Judge Michael R. Barrett

    Defendants

## ORDER

Meals were provided for Jurors while deliberating in the above captioned case on August 23, 2006. The cost of this expenditure shall be paid by the Clerk for the United States District Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

                                        *S/Michael R. Barrett*
                                        Michael R. Barrett, Judge
                                        United States District Court

J:\Barbara\Civil\Notices by Case Number\2001\01-503.wpd