UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Riggins,

    Plaintiff,

v.   Case No. 1:01cv503

Forrest E. Hunt, III, et al.,   Judge Michael R. Barrett

    Defendants.

## Civil Minutes
### Jury Trial (Day 3)

**HONORABLE MICHAEL R. Barrett, U.S DISTRICT JUDGE**
**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Maryann Maffia, Official Court Reporter
**DATE:** August 23, 2006    **TIME:** 9:40 am – 11:52
    1:12 pm – 4:57  > 5:55

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Jennifer Branch | R. Tracy Hoover |
|  | Marie Hoover |

**WITNESSES**

Anthony Gannon
Darryle Harris

### PROCEDURES

- ✓ Counsel present
- ✓ Plaintiff admits exhibits
- ✓ Defendant moves for Rule 50 Motion
- ✓ Defendant calls witnesses or continues
- ✓ Defendant rests
- ✓ Judge Grants/(Denies) Rule 50 Motion
- ✓ No rebuttal
- ✓ Jury charged
- ✓ Jury deliberates and returns a verdict.
- ___ Plaintiff calls witnesses or continues
- ✓ Plaintiff rests
- ✓ Judge Grants/(Denies) Rule 50 Motion
- ✓ Defendant admits exhibits
- ✓ Defendant renews Rule 50 Motion
- ___ Plaintiff's rebuttal
- ✓ Jury Charge conference held
- ✓ Closing Arguments

Court adjourned (or in recess) until  8/24/06 @ 8:30 am.

Remarks: