## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Anthony Riggins,

    Plaintiff,

    v.                                                                      Case No. 1:01cv503

Forrest E. Hunt, III, Jr.,                                               Judge Michael R. Barrett

    Defendant.

### ORDER

    Meals were provided for Jurors while deliberating in the above captioned case on August 24, 2006. The cost of this expenditure shall be paid by the Clerk for the United States District Court for the Southern District of Ohio.

    IT IS SO ORDERED.

                                             *S/Michael R. Barrett*
                                             Michael R. Barrett, Judge
                                             United States District Court

J:\Barbara\Civil\Notices by Case Number\2001\01-503.wpd