UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Riggins,

    Plaintiff,

v.                              Case No. 1:01cv503

Forrest E. Hunt, III, et al.,          Judge Michael R. Barrett

    Defendants.

## Civil Minutes
### Jury Trial (Day 4)

**HONORABLE MICHAEL R. Barrett, U.S DISTRICT JUDGE**
**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Maryann Maffia, Official Court Reporter
**DATE:** August 24, 2006        **TIME:** 8:45 - 2:30 pm = 1:32 mins.

Attorney for Plaintiff(s): Jennifer Branch

Attorney for Defendant(s): R. Tracy Weaver / M. Hoover

### WITNESSES

### PROCEDURES

✓ Counsel present
___ Plaintiff admits exhibits
___ Defendant moves for Rule 50 Motion
___ Defendant calls witnesses or continues
___ Defendant rests
___ Judge Grants/Denies Rule 50 Motion
___ No rebuttal
___ Jury charged
✓ Jury deliberates and returns a verdict.

___ Plaintiff calls witnesses or continues
___ Plaintiff rests
___ Judge Grants/Denies Rule 50 Motion
___ Defendant admits exhibits
___ Defendant renews Rule 50 Motion
___ Plaintiff's rebuttal
___ Jury Charge conference held
___ Closing Arguments

Court adjourned or in recess until _____.

Remarks: Jurors have 4 questions they wish the Court to address; Court convenes and addresses the jury questions.