**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Anthony Riggins,                                    Case No.1:01cv503

      Plaintiff                                       Judge Michael R. Barrett

v.

Forrest Hunt *et al.*,

      Defendants

**VERDICT FORM**

August 23, 2006

## The jury must unanimously agree on the answers to each question.

1.    Do you find that Plaintiff Anthony Riggins has proven that Defendants Forrest Hunt, III, Anthony Gannon and Jerry Wells used excessive force on Plaintiff in violation of Plaintiff's Eighth Amendment rights?

   a.    Forrest Hunt, III        YES____✓____    NO_____

   b.    Anthony Gannon        YES_____    NO____✓____

   c.    Jerry Wells        YES____✓____    NO_____

**If you answered "yes" to any of the above questions, proceed to Question No. 2. If your answer to all of the questions above is "no," stop here and sign and date the verdict form.**

2.    What amount of money is required to compensate Plaintiff Anthony Riggins for his injuries or damages?

   $__25,000_____ (Write in a dollar amount.)

3.    Is Plaintiff Anthony Riggins entitled to punitive damages?

   YES____✓____    NO_____

**If you answered "yes" to Question No. 3, then proceed to Question No. 4. If your answer to Question No. 3 was "no," stop here and sign and date the verdict form.**

4.  What amount of money, if any, should each Defendant pay as punitive damages?

Defendant Forrest Hunt, III    $ _75,000_ (Write in dollar amount)

Defendant Anthony Gannon    $_____—_____ (Write in dollar amount)

Defendant Jerry Wells    $ _25,000_ (Write in dollar amount)

# EACH JUROR SHOULD SIGN BELOW.

The above are the jury's unanimous verdict and answers to the special interrogatories.  Signed:


____s/_____
Foreperson

_____s/_____        _____s/_____

_____s/_____        _____s/_____

_____s/_____        _____s/_____

_____s/_____

Date:_____8/24/2006_____