<b>UNITED STATES DISTRICT COURT<br>
FOR THE SOUTHERN DISTRICT OF OHIO<br>
WESTERN DIVISION</b>

Anthony Riggins,

    Plaintiff,

    v.                                        Case No. 1:01cv503

Forrest E. Hunt, III, Jr.,                 Judge Michael R. Barrett

    Defendant.

<b><u>JUDGMENT IN A CIVIL CASE</u></b>

**[X]**    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ ]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: That the jury finds for Plaintiff in the above captioned matter and against Defendants Hunt and Wells. The jury does not find against Defendant Gannon.

Date: August 24, 2006                                   James Bonini, Clerk<br>
                                                                   Clerk

                                                             By:       S/Barbara A. Crum<br>
                                                             Deputy Clerk