UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**BENCH TRIAL
EXHIBIT LIST
before Judge Michael R. Barrett
beginning August 21 and ending August 24, 2006**

Anthony Riggins,

    Plaintiff,

    v.                                            Case No.  1:01cv503

Forrest E. Hunt, III, et al.,                    Judge Michael R. Barrett

    Defendants.

| Caption | | | | | | Docket Number | |
|---|---|---|---|---|---|---|---|
| Anthony Riggins. V. Forrest E. Hunt, III, et al. | | | | | | 1:01cv503 | |
| *Plaintiff's Attorney* Jennifer Branch | | | | *Defendaynt's Attorney* R. Tracy Hoover & Marie Hoover Marianne Pressman, Intervener | | *Trial Dayte(s)* August 21, 2006 | |
| *Presiding Judge* Michael R. Barrett | | | | *Courtroom Deputy* Barbara Crum | | *Court Reporter Name & Date(s)* Maryann Maffia, Official Court Reporter, 8/21-24/2006 | |
| Plf. # | Def.# | Date Shown (2006) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses | |
| P14 |  | 8/21 |  |  | Branch, Esq. / M. Hoover, Esq. | PR 24 - Opening Statements | |
| P20 |  | 8/21 | X | X | Carter/Branch/M. Hoover | ODRC policies and procedures on use of force | |
|  |  | 8/21 |  |  | Carter/Branch | Carter depo, Pg 18, Ln 6; Pg 65, Ln 18 | |
| P13 |  | 8/21 |  |  | Carter/Branch | Post Orders | |
| J3 |  | 8/21 | X | X | Carter/Branch | Video tape of SOCF cell block J | |
| P3 |  | 8/21 | X | X | Carter/Branch | Diagram of SOCF J cellblock & version with markings (Pgs 1 & 2) | |
|  | DNN | 8/21 |  |  | Carter/Branch | Photo of Holding Cell | |
|  |  | 8/21 |  |  | Carter/M. Hoover | Diagram of J Block | |
|  | J1 | 8/21 |  |  | Carter/M. Hoover | Photographs of SOCF cell block J | |
|  |  |  |  |  |  | Plaintiff offered P3; Court admits; Plaintiff offered P3 with markings; P3 admitted with markings | |
| P26 |  | 8/22 | X | X | Riggins/Branch/M. Hoover/Branch | Photographs of Plaintiff's injuries | |
|  |  |  |  |  |  | Plaintiff Offers Exhibit P26; no objection; Court admits P26 with markings made by Plaintiff | |
| P27 |  | 8/22 | X | X | Riggins/Branch | Grievances filed by Plaintiff | |
| P21 |  | 8/22 |  |  | Riggins/M. Hoover | Administrative Rule 5120-9-01 through 03 | |
|  | J1 | 8/22 | X | X | Riggins/M. Hoover/Branch | Photographs of SOCF cell block J | |
|  |  |  |  |  |  | Dft offers J1; Court admits J1 with markings | |
|  | DNN | 8/22 | X | X | Riggins/M. Hoover | Photo of Holding Cell | |
|  |  |  |  |  |  | Dft offers DNN; Court admits DNN | |
|  | DYY | 8/22 | X | X | Riggins/M. Hoover | Wall of Holding Cell | |
|  |  |  |  |  |  | Court admits DYY; Dft to lay the foundation with another witness. Foundation laid with Witness Distel | |
| P5 |  | 8/22 |  |  | Wells/Branch | Use of Force Report 10/11/2000 (000237) (000245) | |
| P14 |  | 8/22 | X | X | Wells/Branch | PR24 | |

| Caption | | | | | | Docket Number | |
|---|---|---|---|---|---|---|---|
| Anthony Riggins. V. Forrest E. Hunt, III, et al. | | | | | | 1:01cv503 | |
| Plf. # | Def.# | Date Shown (2006) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses | |
| | | | | | | Plaintiff offers Exhibit P14; Court admits Exhibit P14 | |
| P8 | | 8/22 | | | Wells/Branch | Defendant Wells Incident Report | |
| | | 8/22 | | | Chapman/Branch | Chapman Depo Pg 15, Ln 21; Pg 18, Ln 25; Pg 71, Ln 16; Pg 69 (ex 3 to depo); Pg 36, Ln 11; Pg 51, Ln 9 | |
| P4 | | 8/22 | | | Chapman/Branch | Use of Force Report dated 5/22/00 (000362-000368) | |
| P6 | | 8/22 | | | Chapman/Branch | Ohio Highway Patrol report (Pg 21, 23) | |
| P3 | | 8/22 | X | X | Chapman/M. Hoover | Diagram of SOCF J Cellblock | |
| J1 | | 8/22 | X | X | Chapman/M. Hoover | Photographs of SOCF cell block J (Pg 4 & 5) - with markings | |
| P26 | | 8/22 | X | X | Distel/Branch/M. Hoover | Photographs of Plaintiff's injuries | |
| | DP | 8/22 | X | X | Distel/M. Hoover | Photo's of Hunt's Injuries | |
| | | | | | | Dft offers Dft's Exhibit P; no objections; Court admits Dft's Ex P | |
| | DF | 8/22 | X | X | Distel/M. Hoover | Photos of Well's Injuries | |
| | | | | | | Dft offers Dft's Exhibit F; no objections; Court admits Dft's Ex F | |
| | DYY | 8/22 | X | X | Distel/M. Hoover/Branch | Wall of Holding Cell | |
| | DSS | 8/22 | X | X | Distel/M. Hoover/Branch | Photo of Distel standing in holding cell | |
| | | | | | | Dft offers Exhibit SS; no objections; Exhibit SS admitted. | |
| | J2 | 8/22 | X | X | Distel/M. Hoover | Photos of Anthony Riggins' cell J71 (000001 & 000002) | |
| | | | | | | Dft offers Exhibit J2; no objections; Exhibit J2 admitted by the Court. | |
| P15 | | 8/22 | | | Distel/Branch | PR24 Manual (Pg 5) | |
| | DWW | 8/22 | | | Distel/Branch/M. Hoover | Photo of Holding Cell | |
| P25 | | 8/22 | X | X | Parks/Branch | Plaintiff's medical records which show his physical and psychological injuries (Pg 1, 10, 2, 5, 16, 22, 23, 27 | |
| | | | | | | Plaintiff offers pages from exhibit P25; no objection; Court admits pages to be used from exhibit P25 | |
| | DP | 8/22 | X | X | Parks/M. Hoover | Photo's of Hunt's Injuries ( 000002) | |
| | | 8/22 | | | Hunt/Branch | Hunt Depo, Vol 2, Pg 154, Ln 21; Pg 63, Ln 7; Pg 121, Ln 10; Pg 129, Ln 18, Ln 24; Pg 130, Ln 1, Ln 19 | |
| J1 | | 8/22 | X | X | Hunt/Branch | Photographs of SOCF cell block J | |

| Caption | | | | | | Docket Number | |
|---|---|---|---|---|---|---|---|
| Anthony Riggins. V. Forrest E. Hunt, III, et al. | | | | | | 1:01cv503 | |
| Plf. # | Def.# | Date Shown (2006) | Offered | Court Admits | Witness/Attorney | Description of Exhibits or Witnesses | |
| | | | | | | Plaintiff offers all previously offered and admitted Exhibits (P3, pgs 1 & 2; P14; P20; P25 pgs 1, 2, 5, 10, 16, 22, 23, 27; P26 with markings; J1 and J3); P27 offered; no objections; Court admits P27 with redaction<br><br>Plaintiff Rests. | |
| P3 | | 8/23 | X | X | Gannon/M. Hoover | Diagram of SOCF J cellblock & version with markings | |
| | | 8/23 | | | Gannon/Branch | Gannon Depo Pg 188, Ln 7; Ln 5; Pg 112; Pg 154, Ln 3; Pg 121, Ln 15 | |
| P3 | | 8/23 | X | X | Harris/M. Hoover | Diagram of SOCF J cellblock & version with markings | |
| | DWW | 8/23 | X | X | Harris/M. Hoover | Photo of Holding Cell | |
| | | | | | | Dft offers all previously offered and admitted Exhibits (J2; DF; DP (report of injuries); DNN; DSS; DYY and DWW<br><br>Defendant Rests. | |
| J1 | | 8/23 | X | X | Branch | Closing | |