UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY RIGGINS,** | : | **Case No. 1:01-CV-503** |
| | : | |
| **Plaintiff,** | : | **Judge Barrett** |
| | : | |
| **vs.** | : | |
| | : | **DECLARATION OF JENNIFER** |
| **FORREST HUNT, et al.,** | : | **L. BRANCH IN SUPPORT OF** |
| | : | **PLAINTIFF'S MOTION FOR** |
| **Defendants.** | : | **ATTORNEY FEES** |

I, Jennifer L. Branch, pursuant to 28 U.S.C. §1746, declare under the penalty of

perjury under the United States of America that the following is true and correct.

1.      I was the lead trial attorney in this case.  This declaration is submitted in

support of the plaintiffs' application for fees.  Exhibit B sets forth all hours incurred by

Alphonse A. Gerhardstein, our law clerks, paralegals, law graduate and myself and it sets

forth all expenses and costs.

2.      The time sheets attached are an accurate representation of the services

performed on behalf of the plaintiffs in this action by Alphonse A. Gerhardstein, our

paralegal, our law clerks, our law graduate and myself.  Time records were kept

contemporaneously with the services being rendered.

3.      I received my undergraduate degree from New York University in 1984,

graduating with honors.  I am a graduate of the Case Western Reserve University School

of Law, graduating *cum laude.*  I received my J.D. degree in 1987 and have been

admitted to practice in Ohio and the Southern District of Ohio since 1987.  Since 1987,

my practice has been dedicated to poverty law and civil rights litigation.  In 1998 I was

admitted the Sixth Circuit Court of Appeals and in 2005 I was admitted to practice in the

U.S. Supreme Court.

4.      I served as a Senior Attorney at the Legal Aid Society of Cincinnati from 1992 – 1996 and as a staff attorney for that same organization from 1987-1992.  At Legal Aid my practice included discrimination, housing, and prison litigation.  I co-counseled six class actions or complex cases at Legal Aid.

5.      In July 1997 I joined the private law firm of Laufman & Gerhardstein, as an attorney.  Laufman & Gerhardstein concentrates its practice on civil rights litigation.  I have co-counseled with Alphonse Gerhardstein and Robert Laufman on several dozen civil rights cases.  In January 2005 I became a partner in the firm.

6.      A list of the significant cases I have litigated is contained in my resume, attached as Ex. A.

7.      In the vast majority of my cases, including this case, my fee is contingent or dependent on success.

8.      My billing rate was $250 per hour since January 2002.  I have been awarded fees at that rate, settled cases at that rate, and had clients pay me at that rate for two years.  In 2004 I increased my billing rate to $275 per hour and have settled cases and had clients pay me at that rate since 2004.

9.      The billing rate for our law graduate Michele Berry is $85 per hour.  Out law clerks and paralegal rates are billed at $65 per hour.  The paralegal is a college graduate and has more than two years experience as a litigation paralegal.  The paralegal rate of $65 per hour is reasonable in light of the fees awarded to the paralegals, which ranged from $60 to $85 per hour in *McDaniel and Kammer v. City of Cincinnati*, U.S.D.C. No 99-CV-325, (Judge Susan Dlott).

2

10.     I served as lead attorney on this case. I investigated the case, conducted all paper discovery, took numerous depositions of defendants and witnesses, and defended Plaintiff's deposition. I drafted most pleadings and directed all support staff work on the case. In addition, I co-counseled the first trial and tried the second trial without assistance. Mr. Gerhardstein edited pleadings, was involved in trial strategy throughout the litigation, and was lead trial lawyer in the first trial. His current billing rate is $375 per hour.

11.     I exercised billing judgment at the time the time was recorded and have deleted entries from the time sheets, so compensation is not sought for all the work performed.

12.     Our firm has incurred expenses connected with this litigation. Attached hereto is a summary of those expenses. I request an award of $6,311.33 to cover the expenses in this litigation. Invoices and receipts will be made available to opposing counsel upon request.

Jennifer L. Branch

Date:     8/30/06

**JENNIFER L. BRANCH**
**GERHARDSTEIN BRANCH & LAUFMAN CO. LPA**
617 Vine Street, Suite 1409
Cincinnati, OH 45202
513-621-9100 ext. 13
fax: 513-345-5543
jbranch@GBLfirm.com

## EDUCATION

May 1987   **CASE WESTERN RESERVE UNIVERSITY SCHOOL OF LAW**
Cleveland, Ohio
J.D. Degree; *cum laude*
Health Law Journal Editor; Moot Court Board
Honors: Order of the Barrister; American Jurisprudence Awards for
Trial Practice, Administrative Law, and Conflict of Laws
Publication:   "The Right to Withdraw Life-Sustaining Medical Treatment,"
*Health Matrix* Vol. III, No. 4 (1986)

May 1984   **NEW YORK UNIVERSITY**
New York, New York
B.A. Degree with Honors in Politics
Majors: Politics and Philosophy

## LEGAL EMPLOYMENT

Jan. 2005- present   **PARTNER**
**GERHARDSTEIN BRANCH & LAUFMAN CO. LPA**
Gerhardstein Branch & Laufman Co. LPA is a private civil rights litigation
firm. We represent plaintiffs discriminated against on the basis of age, race,
gender, sexual orientation, and disability in the areas of private and public
employment. We also litigate prisoner civil rights cases, police misconduct
cases, and women's reproductive rights issues.

June 1997- 2004   **ATTORNEY**
**LAUFMAN & GERHARDSTEIN**

Sept. 1992-June 1996 **SENIOR ATTORNEY**
Sept. 1987-Sept. 1992 **STAFF ATTORNEY**
**LEGAL AID SOCIETY OF CINCINNATI**
Represented low income clients in prison litigation, subsidized and private
housing cases, utility rate cases, race, gender, handicap and familial
discrimination, special education, and benefits.

## LITIGATION
I have litigated cases in federal and state court trial courts, Ohio Courts of Appeals, Ohio Supreme
Court, Sixth Circuit Court of Appeals, and Ohio administrative agencies. Below is a partial list of
significant cases:

EXHIBIT
A

*Riggins v. Hunt*, (S.D. Ohio 2006) (Judge Barrett) jury verdict for Plaintiff for $125,000 in prisoner civil rights action against state prison corrections officers for using excessive force.

*Cundiff v. Mueller*, (S.D. Ohio settled 2006) excessive force case against New Vienna police officer who shot and killed client and against Village and officers for covering up his crime. Case settled for $950,000.

*Kemper v. City of Milford*, (S.D. Ohio settled 2005), substantive due process case on theory of state created danger against police officer who sent husband to home of man sleeping with the husband's wife. Summary judgment denied; case settled for $200,000.

*Jack Doe v. Butler County, Ohio* (S.D. Ohio settled 2005), prisoner civil rights case for failure to protect boy raped at the Butler County Juvenile Detention Center; case settled for $250,000.

*Spencer v. Blackwell*, (S.D. Ohio 2004) (Judge Dlott) elections case enjoining Republican challengers to democratic voters in African American precincts in Cincinnati in the presidential 2004 election and challenging the constitutionality of Ohio's challenger law. Injunction stayed on appeal 388 F.3d 547 (6th Cir.), stay affirmed *Spencer v. Pugh*, 125 S.Ct. 305 (2004)(Justice Stewart)

*Meyers v. Booher*, (Hamilton County Common Pleas Court 2004) (Judge Martin) bench verdict of $130,000 for parents and teenage daughter who was seduced by her boss and harbored from her parents.

*Herbert v. Milford Towing*, (S.D. Ohio 2003) (Judge Hogan) jury trial on behalf of male employee sexually harassed by male supervisor (settled before verdict).

*Johnny Roe v. Butler County, Ohio* (S.D. Ohio 2003) (Judge Beckwith) settlement for $200,000 in prisoner civil rights case on behalf of 11 year old boy raped at the Butler County Juvenile Detention Center.

*Women's Professional Medical Corp. v. J. Nick Baird*, 277 F. Supp.2d 862 (S.D. Ohio 2003) (Judge Marbley), Permanent Injunction obtained for abortion provider who was ordered by the Ohio Department of Health to cease and desist operations. ODH was undue burden on a woman's right to choose and a violation of due process. Attorney fees awarded. Affirmed in part 438 F. 3d. 595 (6th Cir. 2006)

*Pancake v. McGowan*, 64 Fed. Appx. 464 (6th Cir. 2003) (Judge Dlott), due process challenge to Lawrence County, Ohio judge's practice to grant *ex parte* TROs granting marital residence and property to first party in divorce case to file motion. Case was dismissed on *Rooker-Feldman* abstention grounds.

*Philecia Barnes formerly known as Phillip Barnes v. City of Cincinnati*, jury verdict for plaintiff ($150,000 compensatory damages, $30,000 back pay and $120,000 front pay) February 26, 2003(S.D.OH) (Judge Dlott), for employment discrimination against transsexual police officer. Jury found City discriminated against transsexual police officer in violation of Title VII because of gender stereotyping and in violation of the Equal Protection clause for discrimination based on

perceived sexual orientation, cross dresser, transgender, or non conformity with sex stereotypes. Attorney fees with 1.75 multiplier for extraordinary results awarded. Affirmed 401 F.3d 729 (6th Cir. 2005), rehearing en banc denied (Jun 08, 2005), cert. denied 126 S.Ct. 624, summary judgment denied at 2002 U.S. Dist. LEXIS 26207.

*In re Founder's Women's Health Center v. Ohio Department of Health*, 2002-Ohio-4295 (10th Dist. Court of Appeals 2002), 2002 WL 1933886 (Ohio App. 10 Dist.). Administrative challenge to ODH requirement that doctor owned abortion clinics must be licensed as Ambulatory Surgical Facilities.

*Greene v. Bowles,* case settled after summary judgment for warden reversed by 361 F.3d 290 (6th Cir. 2004); jury verdict for defendant April 2002 (S.D.OH) (Judge Beckwith), transsexual prisoner beaten by inmate lost at trial on claim against officer for failure to protect her from harm. Qualified immunity denied to officers. *Doe v. Bowles*, 254 F.3d 617 (6th Cir. 2001).

*Riester v. Riverside Community School*, charter school teacher sued for violation of her first amendment rights, court held charter school and charter school principal are state actors reported at 257 F.Supp.2d 968 (S.D.OH 2002) (Judge Spiegel). Case settled for an undisclosed amount.

*Women's Medical Professional Corporation v. Taft,* trial 2001, successful constitutional challenge to Ohio House Bill 351, the "partial birth abortion" law reversed on appeal. Decisions reported at 199 F.R.D. 597 (S.D. Ohio 2001) (Judge Rice) (extending TRO); 114 F. Supp.2d 694 (S.D.OH 2000) (preliminary injunction); 162 F. Supp.2d. 929 (S.D. OH 2001) (permanent injunction); 353 F.3d 436 (6th Cir 2003) reversed.

*Culberson v. Doan,* 1997 – 2001, civil rights claim against police chief and village for violating parent's property rights by failing to secure the scene where their daughter's body was hidden. Jury verdict for $3.75 million February 1, 2001. Case settled after trial for $2 million. Pre-trial decisions: 65 F.Supp.2d 701 (S.D. OH 1999) (Judge Spiegel) (motion to dismiss denied); 72 F.Supp.2d 865 (S.D. OH 1999); 125 F. Supp.2d. 252 (S.D. OH 2000) (summary judgment denied).

*In Re: Northeast Ohio Correctional Center*, (N.D. OH 1997 – 2001) (Judge Polster) federal class action litigation on behalf of Washington D.C. inmates housed in a private for-profit prison in Youngstown, Ohio on Eighth Amendment medical, use of force, and failure to protect claims. Case settled for $1.75 million to be distributed to all 2,000 inmates and a three year agreement to monitor prison conditions. Prison closed in July 2001.

*Jane Roe v. Simon Leis,* trial 2000, assisted female incarcerated at the Hamilton County Jail in obtaining right to have an abortion in jail by securing injunction in federal Court (S.D. OH) (Judge Dlott) and obtaining written policy change.

*Jane Doe v. River City Correctional Center,* (S.D. OH 1999) (Judge Dlott), assisted female prisoner in obtaining right to have an abortion by securing TRO in federal court for client to be transported from local correctional center to abortion clinic. Decision at 92 F. Supp.2d 694 (S.D. OH 1999).

*McIntyre v. Shea*, jury verdict 2000 (S.D. OH) (Judge Perelman), jury did not find that corrections officer watched and failed to protect inmate while he was stabbed several times by another inmate.

*Morrison v. Davis*, jury verdict 1999, (N.D. OH) (Judge Marbley), Eighth Amendment excessive force case where jury returned $15,000 verdict for prisoner against corrections officers who beat prisoner. PLRA fee decision reported at 195 F.Supp.2d 1019 (SD. OH 2001).

*Glover v. Williamsburg Local School District*, trial 1998, federal court trial decision found plaintiff school teacher was fired because of his sexual orientation and ordered reinstatement as a teacher and $75,000 in compensatory damages. Decision reported at 20 F. Supp.2d 1160 (S.D. OH 1998) (Judge Dlott).

*Weil v. Postmaster General*, jury trial 1998, (S.D. OH) (Judge Hogan), co-counseled jury trial in sexual harassment case where jury found plaintiff was discriminated against and awarded $175,000 in compensatory damages.

*Partridge v. Fath*, jury trial 1994, (S.D. OH) (Judge Rubin), federal race discrimination jury trial on behalf of African-American tenants.

*Daugherty v. Wallace*, 1992-1993, statewide class action in state court against Ohio Department of Human Services to reinstate General Assistance benefits.

*In Re Cincinnati Gas & Electric Co.* 1991 & 1993, administrative litigation on behalf of low-income ratepayers in electric rate increase cases. Appeal reported at 67 Ohio St.3d 531, 1993.

*Henry v. Korte*, 1989-1991, state court class action on behalf of subsidized housing tenants against landlord for violation for substandard housing conditions, and *In Re Korte*, 1991-1993, bankruptcy class action on behalf of class of subsidized tenants to obtain security deposits and new management.

*Wells v. CMHA*, 1989-1991, (S.D. OH) (Judge Spiegel), obtained consent decree in class action against the metropolitan housing authority to provide federally mandated grievance hearings to tenants.

*Heath v. De Courcy*, 1989 – 1996, (S.D. OH) (Judge Weber), class action on behalf of local jail prisoners on Eighth Amendment claims and enforcement of consent decree.

## OTHER LEGAL EXPERIENCE
Summer 1986  **Law Clerk for S.D.N.Y. U.S. Attorney's Office (Rudolph Giuliani)**
                   Civil Rights and Appellate Divisions
Summer 1985  **Law Clerk for Federal Magistrate Ila Jean Sensenick (W.D.PA)**
                   Worked on prisoner rights and social security cases
Summer 1982  **Congressional Intern**
                   Congressman Austin J. Murphy (S.W. PA)

## BAR ADMISSIONS

U.S. Supreme Court (2005)
Ohio Supreme Court (1987)
U.S. District Court for the Southern District of Ohio (1988)
U.S. District Court for the Northern District of Ohio (2004)
U.S. Court of Appeals for the Sixth Circuit (1991)

## PROFESSIONAL MEMBERSHIPS
Cincinnati Bar Association
     -Grievance Committee (2004-present)
     -Labor and Employment Law Committee
     -CBA- Black Lawyer's Association Roundtable
     -Health Law Committee
     -Civil Rights Committee
Cincinnati Employment Lawyer's Association
ACLU Southwest Ohio Chapter Board Member 1993-1996

## CIVIC ACTIVITIES
Cincinnati Women's Political Caucus Board Member and Treasurer (1996-1999)
Community Shares Board Member (2005)
Democratic Precinct Executive Cincinnati 14-E (1998-2003), 14-G (2005-present)
Hamilton County Democratic Forum Board Member, Steering Committee Member, Secretary,
    and President (1992-1998)
Kennedy Heights Citizens on Patrol (2001-2005)
Kennedy Heights Community Council Beautification Committee
Woman's City Club Board Member (1989-1991)

**GERHARDSTEIN BRANCH & LAUFMAN**
**A Legal Professional Association**
**617 Vine Street, Suite 1409**
**Cincinnati OH 45202**
**(513) 621-9100**

ANTHONY RIGGINS

Page: 1
08/30/2006
Account No:      6061-00
STATEMENT NO:        1

Interim Statement

| | | | Hours |
|---|---|---|---|
| 06/28/2001 | | | |
| | LC | Research - went thru riggins documents from oshp; highlighted materials w/potential evidentiary value; composed index of files, emailed to jb.   klk | 4.00 |
| 06/29/2001 | | | |
| | JLB | Discovery review OHP records, letter to client | 0.60 |
| 07/09/2001 | | | |
| | PAR | attempt to download docket sheet | 0.30 |
| 07/12/2001 | | | |
| | PAR | Call Columbus District Clerk to get copy of complaint, fax request, d/l docket | 0.50 |
| | JLB | Review client documents read client letter and docs and respond | 0.30 |
| 07/19/2001 | | | |
| | JLB | Draft -- Riggins memo re: no restraints at trail -- bmcg | 1.20 |
| 09/04/2001 | | | |
| | AAG | General Issues - telephone conference with court re status of riggins, review file, draft notice of appearance and mot ext of time | 0.40 |
| 10/04/2001 | | | |
| | JLB | Draft respond to show cause, letter to client, draft declaration | 0.90 |
| 10/24/2001 | | | |
| | JLB | Draft letter to client, AP , meet with paralegal re: service of complaint | 0.50 |
| 10/26/2001 | | | |
| | PAR | prepare waivers of service, notice of law suit forms. draft correspondence, mail to complete service | 1.50 |
| 11/30/2001 | | | |
| | JLB | Draft letter to client | 0.20 |

EXHIBIT

B

ANTHONY RIGGINS

| | | Hours |
|---|---|---|
| **12/14/2001** | | |
| JLB | Draft ltr to client | 0.30 |
| **01/28/2002** | | |
| JLB | Draft memo opp to summary judgment, letter to client | 1.70 |
| **02/02/2002** | | |
| JLB | Draft letter to client, stipulation | 0.60 |
| **03/01/2002** | | |
| AAG | General Issues - review mot to dismiss counterclaim | 0.30 |
| **03/28/2002** | | |
| JLB | Research counterclaim motion to dismiss and meet with law clerk | 0.20 |
| **03/29/2002** | | |
| JLB | Draft motion to dismiss counterclaim | 2.20 |
| **06/26/2002** | | |
| JLB | Discovery prepare for depositions, draft subpoena, initial disclosures, ltr to cl. | 2.20 |
| **07/08/2002** | | |
| JLB | Travel to and from Lucasville for depositions (220 miles) | 5.00 |
| JLB | Discovery meet with client, review subpoened documents, attend deposition of client | 6.50 |
| **07/18/2002** | | |
| LC2 | Office conference with Jennifer re: 404(b) admissibility of prison tickets. DLB | 0.60 |
| LC2 | General Issues - review prior research on 404(b). DLB | 0.60 |
| LC2 | General Issues - email Lisa Meeks re 404(b) research. DLB | 0.10 |
| **07/22/2002** | | |
| LC2 | Research FRE 404(b) admissibility of prior bad acts. DLB | 0.40 |
| **07/23/2002** | | |
| JLB | Discovery draft motion to compel to Warden, draft agreed protective order, draft cover letters | 2.50 |
| LC2 | Office conference with JB re 404(b) research. DLB | 0.20 |
| LC2 | Research 404(b) other acts. DLB | 7.60 |
| **07/24/2002** | | |
| JLB | Discovery draft discovery requests to defendants and produce initial disclosures, draft motion to compel, review discovery recevied. | 5.30 |
| LC2 | Office conference with JB re 404(b) research. DLB | 0.20 |
| LC2 | Research FRE 404(b) - other acts evidence. DLB | 6.80 |
| PAR | Discovery - meeting with Jennifer Branch regarding preparing discovery documents for depositions DD | 0.60 |

ANTHONY RIGGINS

| | | Hours |
|---|---|---|
| PAR | General Issues - look up inmate names and addresses for Hall and Johnson DD | 0.30 |
| PAR | General Issues - telephone call to SOCF regarding depositoin of witness Carloe Chaplman DD | 0.20 |
| **07/25/2002** | | |
| LC2 | Research FRE 608(b) disciplinary record admissibiity.  DLB | 6.00 |
| PAR | General Issues - filing protective order DD | 0.40 |
| **07/26/2002** | | |
| LC2 | Draft research memo re 404(b) admissibility of prison disciplinary record. DLB | 2.10 |
| **07/29/2002** | | |
| LC2 | Draft research memo re 404(b).  DLB | 2.50 |
| **07/30/2002** | | |
| PAR | Discovery - reviewing discovery documents received from SOCF in response to subpoena to Warrden, bates numbers documents and logging documents into discovery table DD | 4.00 |
| LC2 | Draft  - finish draft of 404(b) admissibility of prison tickets memo.  DLB | 5.00 |
| **07/31/2002** | | |
| LC2 | Telephone conference with JB re drafting first amended complaint.  DLB | 0.20 |
| LC2 | Telephone conference with JB re summarizing prison tickets.  DLB | 0.20 |
| LC2 | Draft first amended complaint.  DLB | 3.80 |
| LC2 | Review client documents - create summary of offense record.  DLB | 2.10 |
| **08/09/2002** | | |
| PAR | General Issues - reviewing documents and entering into Discovery table re: Depositions DD | 1.00 |
| **08/11/2002** | | |
| JLB | Discovery prepare for depositions of defendants | 4.00 |
| **08/12/2002** | | |
| JLB | Travel to and from Portsmouth for depositions of defendants | 4.00 |
| JLB | Discovery depose W & G | 7.00 |
| **08/13/2002** | | |
| JLB | Office conference with AAG re: depos | 0.20 |
| **08/14/2002** | | |
| JLB | Draft letter to AP re: photos, research same | 1.10 |
| **09/03/2002** | | |
| JLB | Draft letter to client | 0.10 |
| **09/15/2002** | | |
| JLB | Draft letter to warden | 0.20 |

ANTHONY RIGGINS

|  |  | Hours |
|---|---|---|
| **10/14/2002** | | |
| JLB | Discovery, review docs, plan for add'l discovery | 5.70 |
| **10/15/2002** | | |
| JLB | Draft to do list, letter to Marianne re: documents | 0.50 |
| **10/18/2002** | | |
| JLB | Draft letter to MAP and motion for extension of time to take depos, review discovery | 8.20 |
| **10/21/2002** | | |
| JLB | Discovery draft letter to MAP re: subpoena and set up depositions | 1.00 |
| **10/30/2002** | | |
| PAR | General Issues - filed Chapman Subpoena DD | 0.30 |
| **11/04/2002** | | |
| JLB | Telephone conference with pressman, draft letter to pressman and witness | 0.90 |
| JLB | Telephone conference with pressman, draft letter to pressman and chapman | 0.90 |
| JLB | Discovery prepare for depositions | 0.50 |
| **11/05/2002** | | |
| JLB | Discovery prepare for depositions | 1.20 |
| JLB | Telephone conference with court, draft memo opp mot to quash, t/c ct, discuss with AAG | 1.10 |
| JLB | Discovery prepare for depositions | 4.90 |
| PAR | General Issues - filing response to Pressman's motion to quash subpoena of Chapman DD | 0.50 |
| JLB | Discovery prepare for deps | 3.30 |
| **11/06/2002** | | |
| JLB | Discovery Depose W & H, prepare for same | 5.00 |
| JLB | Travel to and from Portsmouth for depos | 4.00 |
| **11/07/2002** | | |
| PAR | General Issues - filed motion to extend discovery ddl DD | 0.50 |
| **12/03/2002** | | |
| PAR | General Issues - reviewing , bates numbering  documents and logging into discovery table. DD | 2.50 |
| **01/21/2003** | | |
| JLB | Draft response to client's mail, draft motion. discovery to do list | 1.80 |
| PAR | General Issues - preparing Writ of Habeas Corpus for Riggins to attend FPTC on 2/28/03 DD | 0.50 |

ANTHONY RIGGINS

Page: 5
08/30/2006
Account No:        6061-00
STATEMENT NO:           1

|  |  |  | Hours |
|---|---|---|---|
| 01/22/2003 | | | |
| | PAR | General Issues - filing Writ of Habeaus of Corpus DD | 0.30 |
| 01/23/2003 | | | |
| | PAR | General Issues - telephone call from Steve Snyder re: plaintiff present for FPPTC DD | 0.10 |
| | PAR | General Issues - t/c to Steve Snyder re: Riggins present at FPPTC and status of order to take depositions past discovery ddl DD | 0.10 |
| 01/25/2003 | | | |
| | JLB | Draft letter to client, research judgments, read cl letter, create to do list | 1.10 |
| 02/05/2003 | | | |
| | JLB | Draft Order, supp motion. t/c AL | 0.70 |
| 02/06/2003 | | | |
| | PAR | General Issues - filing sup. motion to extend discovery ddl DD | 0.50 |
| 02/19/2003 | | | |
| | JLB | Draft final pretrial order | 0.50 |
| 02/20/2003 | | | |
| | JLB | Draft pretrial order, memo re: stay | 2.50 |
| | JLB | Draft letter to client, read cl mail | 0.30 |
| 02/21/2003 | | | |
| | JLB | Draft letter to counsel re: depositions | 0.60 |
| | AAG | Trial/hearing - attend conf with court re final pretrial and inmate attendance | 0.50 |
| 02/28/2003 | | | |
| | JLB | Trial/hearing prepare for final pretrial | 1.00 |
| | JLB | Trial/hearing attend pretrial | 2.10 |
| 03/03/2003 | | | |
| | PAR | General Issues - filing notice of appearance of JB as counsel with Sixth Cir. Court of Appeals DD | 0.20 |
| 03/04/2003 | | | |
| | PAR | General Issues - t/c to Ms. Pressman re: setting time for depositions DD | 0.10 |
| 03/05/2003 | | | |
| | PAR | General Issues - T/c from Ms. Pressman re: setting time of depositions for 3/17/03 DD | 0.10 |
| 03/07/2003 | | | |
| | JLB | Draft letter to client | 0.30 |
| | PAR | General Issues - preparing subpoena's and letters for depos on March 17, 2003 DD | 0.80 |

Page: 6
08/30/2006
Account No:    6061-00
STATEMENT NO:    1

ANTHONY RIGGINS

| | | Hours |
|---|---|---|
| **03/16/2003** | | |
| JLB | Discovery prepare for Distel and Carter depo | 2.80 |
| JLB | Discovery prepare for depositions warden and distel, and Chapman, review discovery | 3.00 |
| **03/17/2003** | | |
| JLB | Travel to and from Portsmouth for depos | 4.00 |
| JLB | Discovery prepare for and depose Carter and Distel and Chapman | 8.00 |
| **04/07/2003** | | |
| PAR | General Issues - creating deposition chart for case DD | 0.50 |
| **05/12/2003** | | |
| LC | Research statute of limitations (mailbox rule). dc. | 1.50 |
| **05/16/2003** | | |
| JLB | Draft letter re: setting depo fo Hunt | 0.60 |
| **05/19/2003** | | |
| LC | Research effect on improper venue on statute of limitations. dc. | 1.00 |
| JLB | Office conference with law clerk re: research on admissibility of use of force report, email to Steve, t/c to David, draft notice of appearance, letter to client | 1.10 |
| LC2 | Research admissibility of use of force committee report for jennifer- dd | 8.00 |
| **05/20/2003** | | |
| LC | Research statute of limitations issue. dc. | 1.50 |
| LC2 | Research westlaw searches for 'trustworthiness' in use of force cases for Riggins case (for Jennifer)- dd | 3.50 |
| **05/21/2003** | | |
| LC | Draft -- finish researching & draft memo regarding statute of limitations. dc. | 3.50 |
| LC2 | Research -Riggins, Use of Force admissibility- dd | 3.50 |
| **05/22/2003** | | |
| JLB | Office conference with law clerk re: evidence research on 803(8) | 0.40 |
| LC | Research when pro se complaint was filed. dc. | 1.00 |
| LC2 | Research -Riggins case for Jennifer, admissibility of the Use of Force Committee Report. dd | 6.00 |
| **05/28/2003** | | |
| LC | Telephone conference with Mary Highfield (twice) regarding status of client's account when he was at OSP. dc. | 0.20 |
| **06/18/2003** | | |
| JLB | Draft edit subpoena | 0.30 |
| **06/24/2003** | | |
| PAR | General Issues - indexing depo of Gannon DD | 4.50 |

ANTHONY RIGGINS

Account No:    6061-00
STATEMENT NO:    1

| | | | Hours |
|---|---|---|---|
| **07/08/2003** | | | |
| | JLB | Draft subpoena, ltr to Hoover, review subpoened records | 0.60 |
| | LC | Research -- talked w/ JB and began research for Riggins re: appearance in courtroom -- bmcg | 1.00 |
| **07/17/2003** | | | |
| | PAR | General Issues - t/c from Hoover Law offices re: setting Hunt depo DD | 0.10 |
| **07/18/2003** | | | |
| | PAR | General Issues - drafting notice of depo for Hunt on 8/19/03 DD | 0.10 |
| **08/01/2003** | | | |
| | PAR | General Issues - t/c from Wendy at Hoover's office re: resetting Hunt's Depo DD | 0.10 |
| **08/04/2003** | | | |
| | PAR | General Issues -  t/c to Wendy at Hoover Law Group re: reset Hunt Deposition DD | 0.10 |
| **08/06/2003** | | | |
| | PAR | General Issues - t/c to Wendy at Hoover law Group re: reset Hunt deposition DD | 0.10 |
| **08/07/2003** | | | |
| | PAR | General Issues - t/c from Vanessa at Hoover Law Group re: reset Hunt Deposition date DD | 0.10 |
| | PAR | General Issues - prepare notice of depo for Hunt on 9/17/03 DD | 0.10 |
| **08/28/2003** | | | |
| | JLB | Discovery review discovery, witnesses, ltr to counsel re: same, ltr to client | 1.40 |
| **08/29/2003** | | | |
| | JLB | Discovery review documents from defendants | 0.50 |
| | JLB | Draft letter to Hoover, review discovery | 0.70 |
| **09/02/2003** | | | |
| | PAR | General Issues - bates stamping and logging inmate account statement DD | 0.10 |
| | PAR | General Issues - preparing draft of Plaintiff exhibits and joint exhibits for trial DD | 0.90 |
| **09/08/2003** | | | |
| | LC2 | Discovery - depo index for Wells - cd | 6.00 |
| **09/11/2003** | | | |
| | JLB | Telephone conference with Carol Re: case plan | 0.60 |

ANTHONY RIGGINS

|  |  |  | Hours |
|---|---|---|---|
| 09/12/2003 |  |  |  |
| | LC | Review client documents -- reviewed medical and disciplinary file for memo on restraints in courtroom -- bmcg | 1.00 |
| | LC | Discovery - indexing Wells deposition - ckl | 1.50 |
| | LC | Discovery - indexed Well's deposition - cd | 3.00 |
| 09/15/2003 |  |  |  |
| | AAG | General Issues - conf on case with cocounsel | 1.30 |
| | LC2 | Discovery - index depostion for Garner - cd | 1.60 |
| | LC | Discovery - indexing Wells deposition - ckl | 1.50 |
| | JLB | Discovery prepare for Hunt depo and draft trial outline, meet with AAG and Carol re: plan | 6.00 |
| 09/16/2003 |  |  |  |
| | JLB | Telephone conference with Hoover re: change depo time | 0.30 |
| | JLB | Discovery prepare for deposition | 4.50 |
| | LC2 | Discovery - indexed Carter deposition - cd | 3.80 |
| 09/17/2003 |  |  |  |
| | JLB | Discovery depose Hunt (3), set trial date, discuss jt exhibits with counsel | 3.40 |
| | LC2 | Discovery - indexed Chapman deposition - cd | 1.80 |
| | LC | Discovery - indexing Distel deposition - ckl | 2.00 |
| 09/19/2003 |  |  |  |
| | LC2 | Discovery - worked on indexing Chapman deposition - cd | 1.50 |
| | LC | Discovery - indexing Distel deposition - ckl | 3.50 |
| 09/22/2003 |  |  |  |
| | LC | Discovery - indexing Distel deposition - ckl | 2.00 |
| | LC2 | Discovery - finished indexing Chapman deposition - cd | 4.40 |
| | LC | Discovery - indexing Hunt deposition - ckl | 2.00 |
| 09/24/2003 |  |  |  |
| | LC | Research on admissability of prior convictions and disciplinary actions while in prison for motion in limine - ckl | 3.00 |
| 09/25/2003 |  |  |  |
| | LC | Review client documents -- Riggins RIB file -- figure out what code infractions are -- bmcg | 1.00 |
| 09/26/2003 |  |  |  |
| | LC | Research and writing motion in limine on issue of admissability of prison disciplinary record - ckl | 4.00 |
| 09/29/2003 |  |  |  |
| | LC | Drafting motion in limine to keep out disciplinary record - ckl | 1.00 |
| 10/23/2003 |  |  |  |
| | JLB | Draft ltr to Pressman re: witnesses, ltr to inmates, ltr to Hoover, rcview inmate witness file and find current locks | 1.00 |

ANTHONY RIGGINS

|  |  |  | Hours |
|---|---|---|---|
| **10/24/2003** | | | |
| | LC | Discovery - indexing Hunt's Vol. II deposition - ckl | 3.80 |
| **10/27/2003** | | | |
| | LC | Discovery - completed index of Hunt Vol. 2 deposition - ckl | 4.60 |
| **11/03/2003** | | | |
| | JLB | Draft 4 subpoenas & witness ltr, t/c with MAP (.2), [total time 1.4 hours, billed only .5) | 0.50 |
| | JLB | Draft motion in limine re: convictions, RIB record, witness list and exhibits that were not produced, prepare trial plan | 2.30 |
| **11/04/2003** | | | |
| | JLB | Draft response to motion in limine on most of plaintiff's exhibits, draft jury instructions, | 3.00 |
| | JLB | Draft jury instructions | 1.00 |
| **11/05/2003** | | | |
| | JLB | Draft trial plan, create trial notebook, outline Distel DE | 1.90 |
| | AAG | General Issues - meet with jennifer re strategy and witness order and theory, review videos | 1.80 |
| | LC | Trial/hearing - creating exhibit file - ckl | 3.80 |
| | JLB | Office conference with AAG re: trial plan (2), create exhibits, review discovery, t/c with witness (.1), draft jury instructions, draft motion to change caption, draft habeas motion, ltr to counsel re: restraints, t/c MAP (.2) re: restraints, subpoenas, | 7.30 |
| **11/06/2003** | | | |
| | JLB | Trial/hearing meet with clerk re: medical records and exhibits | 0.40 |
| | JLB | Trial/hearing prepare DE client, finalize JI | 0.80 |
| | LC2 | Discovery - reviewed medical records for trial preparation- dld | 2.00 |
| **11/07/2003** | | | |
| | LC | General Issues -- re-batsed documents for exhibit folders; copied and compiled binder for AG -- bmcg | 4.00 |
| | LC | Review client documents -- copied and batsed medical records for exhibit folders; made chart for medical records -- bmcg | 1.20 |
| | JLB | Travel to and from SOCF to meet with client | 4.00 |
| | JLB | Meeting with client, prepare for meeting, | 3.00 |
| | JLB | Discovery digital photo review, t/c Pressman re: protective order | 0.40 |
| **11/10/2003** | | | |
| | JLB | Telephone conference with witness | |
| | JLB | Trial/hearing review client's medical records and summarize | 1.50 |
| | LC | General Issues - finishing exhibit books - ckl | 0.80 |
| | JLB | Draft memo in opp to  motion in limine | 2.30 |
| | JLB | Draft habeas Johnson | 0.40 |

Page 16
08/30/2006

ANTHONY RIGGINS

Account No:     6061-00
STATEMENT NO:        1

|  |  | Hours |
|---|---|---|
| **11/11/2003** | | |
| JLB | Trial/hearing prepare DE client | 1.00 |
| JLB | Trial/hearing read def exhibit book, prepare depo transcript filing, double check pl. exhibit books | 1.00 |
| JLB | Trial/hearing prepare client DE | 1.40 |
| JLB | Trial/hearing prepare DE Johnson | 2.10 |
| JLB | Trial/hearing read Def oppositon to motion in limine | 0.60 |
| AAG | General Issues - review depositions and exhibits, review case theory and plan themes and outline witness ideas | 7.00 |
| **11/12/2003** | | |
| JLB | Trial/hearing review def exhibits, filings, organize def exhibit book | 1.50 |
| JLB | Trial/hearing prepare for trial, DE chapman, t/c AAG re: plan and strategy,  review research on evidence, draft objections | 6.40 |
| JLB | Draft rule 11 ltr, review documents in support | 1.10 |
| LC2 | Discovery - Putting in order, Indexing and tabbing defense exhibit book - trying to obtain information re: Hunt's assignment through the National Guard in March and April of 2003 - ckl | 3.40 |
| LC2 | Review client documents - looked through jury questionnaires to ensure they were all there- dld | 0.40 |
| **11/13/2003** | | |
| AAG | General Issues - conf with JB | 0.50 |
| AAG | General Issues - outline testimony for trial | 0.90 |
| JLB | Office conference with AG re trial plan | 0.50 |
| **11/14/2003** | | |
| LC | Discovery -- went to Kinkos to print pictures for Riggins Hearing -- bmcg | 1.00 |
| AAG | Trial/hearing - review issues for pretrial, examine deft book, participate in pretrial re motions in limine | 2.80 |
| LC | Review client documents -- went through exhibit binder to look for docs that had writing on them, and recopied clean docs as needed; went to Kinkos to make copies of pictures -- bmcg | 1.30 |
| LC | General Issues -- copied relevant pages for exhibit book; went to Fed Ct.House to update exhibit books w/ correct pages and return book to clerk -- bmcg | 0.70 |
| LC | General Issues -- went to Kinkos to copy pictures for exhibit books; copied Defense exhibit book for AG -- bmcg | 1.50 |
| LC | Discovery - organizing and indexing pleadings file - ckl | 0.60 |
| AAG | General Issues - trial prep - review defense exhibits, review witness order with jb | 2.00 |
| AAG | General Issues - READ EXHIBITS | 1.60 |
| JLB | Trial/hearing prepare for trial, review case plan with AAG, review Def exhibits book | 2.00 |
| JLB | Trial/hearing attend pretrial on def exhibits and mot in limine | 1.00 |
| JLB | Trial/hearing prepare for trial review def exhibtis, meet with AAG, review jury questionaires and take notes (2.5), read depos, prepare witness examinations | 7.60 |

Page: 11
08/30/2006
Account No:        6061-00
STATEMENT NO:

ANTHONY RIGGINS

|  |  | Hours |
|---|---|---|
| **11/15/2003** | | |
| JLB | Trial/hearing prepare for trial summarize jury info (.5), prepare witness DE, Chapman, Distel, Wells, Gannon, Hunt, cl DE, | 8.60 |
| AAG | General Issues - review use of force reports, read carter depo and outline ideas for carter and hunt | 2.50 |
| **11/16/2003** | | |
| JLB | Trial/hearing trial prep, XE ideas Carter, | 1.10 |
| AAG | General Issues - review memo from opposing counsel re new exhibit and memos from JB re trial ideas | 0.30 |
| AAG | General Issues - prep gannon, prep distel, start review of voir dire, prep carter outline, decide re video | 7.10 |
| JLB | Trial/hearing preparation, DE Carter, review psychology records, Def exhibits, draft memo opp to Def exhibits | 7.70 |
| JLB | Trial/hearing preparation - DE Wells, closing dies, draft memo opp to def exhibits, draft opening | 6.20 |
| **11/17/2003** | | |
| JLB | Trial/hearing prepare opening | 1.50 |
| LC | Research - copy exhibit book and tab new one - cd | 2.00 |
| AAG | Trial/hearing - prep for and attend day one of trial and meeting with client | 11.80 |
| AAG | General Issues - prep demo of cell, review def opening with JB and make adjustments, rework gannon direct, rework distel | 5.30 |
| JLB | Trial/hearing Attend day one trial - voir dire, do opening, argue exhibits. Meet with client (2). Meet with AAG re plan, witness DE, demonstrative evidence, edit DE Gannon, Wells, Riggins, review medical files, review Hunt depo | 14.70 |
| **11/18/2003** | | |
| JLB | Trial/hearing prepare for trial, edit Gannon DE, edit Riggins DE, read Hunt depo, edit Wells DE | 2.10 |
| AAG | Trial/hearing - prep for and attend day two of trial | 10.60 |
| JLB | Trial/hearing attend Day 2 of trial - Gannon, XE Wells, Distel, DE client, DE Parks, meet with client | 8.70 |
| JLB | Trial/hearing meet with AAG re: strategy | 1.50 |
| JLB | Trial/hearing read Hunt depo, prepare Chapman XE, Wells WE, Harris XE, Little XE | 1.60 |
| AAG | Trial/hearing - prep for wed witnesses | 6.20 |
| **11/19/2003** | | |
| JLB | Trial/hearing preparation for day 3 - prepare crosses of witnesses, thoughts on closing, review law for charge conference | 2.50 |
| AAG | Trial/hearing - prep for and attend day three of trial | 11.30 |
| JLB | Trial/hearing Day 3, Carter. XE Harris, rule 50 motion. Enter exhibits. Charge conference. Meet with client. Prepare for closing, research cases. meet with AAG. read trial notes and exhibits. Create admitted ex. books. | 14.80 |
| AAG | Trial/hearing - review all material and prep closing | 5.60 |

ANTHONY RIGGINS

|  |  | Hours |
|---|---|---|
| **11/20/2003** |  |  |
| JLB | Draft email of research assignment to clerk, ltr to Mary Highfield | 0.20 |
| JLB | Trial/hearing edit closing, read trial notes, research on JI | 1.30 |
| AAG | Trial/hearing - complete prep for last day trial, attend and do closing, meet with client | 7.70 |
| JLB | Trial/hearing Day 4 - JI, closing, wait for Jury, answer jury question, research mistrial, write and make proffer, move for mistrial, meet with client | 8.30 |
| AAG | Trial/hearing - respond to jury question, research motion mistrial and make proffer and motion with JB, conf client | 2.50 |
| LC | General Issues -- tried to find missing exhibit tape for trial -- bmcg | 0.80 |
| LC | Research -- re: FRCP 11 for Riggins -- bmcg | 0.50 |
| **11/21/2003** |  |  |
| AAG | Trial/hearing - research law re mistrial, go to court for question and argument on curative instruction, go to court for verdict | 4.30 |
| LC | Research -- FRCP 11 for Riggins -- bmcg | 1.00 |
| LC | Research -- various issues re: jury instructions/ curative instructions, etc. -- bmcg | 3.00 |
| JLB | Meeting with client before verdict re: mistrial and proffer | 0.70 |
| JLB | Trial/hearing question #2 from jury, currative instruction, await verdict, receive verdict, renew motion for mistrial, meet with client after verdict | 4.50 |
| **11/22/2003** |  |  |
| JLB | Office conference with AAG re: mistrial, new trial motion, whether to try case again | 1.00 |
| JLB | Draft memo in support of motion for mistrial, research same | 4.20 |
| AAG | General Issues - review issues re trial with JB, research mistrial, begin memo | 2.70 |
| AAG | Draft edits to memo and file same | 2.00 |
| **11/24/2003** |  |  |
| LC | Research and drafted motion for new trial - cd | 1.50 |
| LC | General Issues - tracked down Hunt's military service in the year 2003 (approx. 1.5 hours), wrote declaration re: what I found out about Hunt's service dates (.5 hours), researched Rule 11 and Section 1927 motions (approx. 1.9 hours) | 3.90 |
| **11/25/2003** |  |  |
| JLB | Draft ltr to client re motion for new trial | 0.30 |
| JLB | Office conference with AAG re: judgment, motion for new trial | 0.40 |
| JLB | Research motion for new trial | 0.40 |
| **11/26/2003** |  |  |
| LC2 | Researched for motion for new trial - cd | 5.00 |
| **12/01/2003** |  |  |
| JLB | Review client documents read client's letters | 0.40 |
| JLB | Office conference with clerk re: New trial research | 0.30 |
| LC | General Issues - closing file - ckl | 3.30 |

|  |  | Hours |
|---|---|---|
| LC | General Issues - running - got cross-examination transcript for Dlott's chambers - ckl | 0.40 |
| **12/03/2003** |  |  |
| LC | Research - for motion for new trial - closing argument, cross-examination, and against the weight of the evidence - ckl | 3.30 |
| JLB | Research review new trial research | 0.30 |
| **12/04/2003** |  |  |
| JLB | Draft motion for new trial and research same | 4.20 |
| **12/05/2003** |  |  |
| JLB | Draft motion for new trial and research same | 1.10 |
| LC | Research on 2 Sixth Circuit cases in def. reply to motion for mistrial - ckl | 0.50 |
| AAG | Draft edits to mot for new trial | 0.40 |
| JLB | Draft motion for new trial | 7.10 |
| **12/09/2003** |  |  |
| JLB | Draft reply to memo on mistrial, draft motion for sanctions | 0.90 |
| **12/10/2003** |  |  |
| JLB | Draft reply on mistrial and mot sanctions | 2.10 |
| **12/11/2003** |  |  |
| JLB | Research motion for sanctions | 1.90 |
| **12/12/2003** |  |  |
| JLB | Draft edit motion sanctions and file | 0.40 |
| **12/29/2003** |  |  |
| JLB | Draft reply on sanctions motion, file, draft letter to client, read client letters | 1.20 |
| **01/27/2004** |  |  |
| LC | Research Rule 11 motion- rjm | 2.00 |
| LC | Draft rule 11 motion- rjm | 2.00 |
| **01/29/2004** |  |  |
| LC | Draft rule 11 motion-rjm | 2.00 |
| **02/13/2004** |  |  |
| LC2 | Research -- peremptory challenge--appeal?  DS | 3.00 |
| **02/23/2004** |  |  |
| JLB | General Issues read Order, draft ltr to client | 1.00 |
| **03/18/2004** |  |  |
| LC2 | Research and drafted a memo about defendant hunt's motion to stay proceeding under the "servicemembers civil relief act"- dld | 6.00 |

ANTHONY RIGGINS

|  |  | Hours |
|---|---|---|
| 03/25/2004 | | |
| PAR | Research -JAG Orders | 1.00 |
| 03/31/2004 | | |
| JLB | Draft memo opp motion for stay | 1.20 |
| 04/13/2004 | | |
| LC2 | Researched 1927 claims against defense attorneys for mistrial.--eqs | 3.00 |
| 07/06/2004 | | |
| AAG | Telephone conference with coourt re status of hunt in Iraq | 0.20 |
| 01/31/2005 | | |
| JLB | Draft ltr to Public defender | 0.30 |
| 05/04/2005 | | |
| JLB | Draft ltr to client, calendar dates | 0.20 |
| 10/11/2005 | | |
| AAG | Trial/hearing - conf with court | 0.20 |
| JLB | Telephone conference with court - set new trial date, ltr to client | 0.70 |
| 10/16/2005 | | |
| JLB | Draft ltr to client re effect of criminal case | 0.30 |
| 11/01/2005 | | |
| JLB | Draft ltr to client, fees, edit | 0.40 |
| 11/28/2005 | | |
| JLB | Draft ltr to client | 0.10 |
| 01/17/2006 | | |
| JLB | Draft memo opp motion to dismiss | 3.80 |
| LG | Research on Riggins motion in limine AP | 2.50 |
| 01/18/2006 | | |
| LG | research on motion in limine AP | 7.20 |
| 01/19/2006 | | |
| JLB | Review Wtson procedures, draft FPTO and enter deadlines in calendar | 2.20 |
| 01/24/2006 | | |
| LG | research on motion in limine AP | 3.80 |
| 01/25/2006 | | |
| LG | Research | 1.70 |
| 02/16/2006 | | |
| JLB | Discovery review trial notes and exhibits in prep for cell viewing | 0.80 |
| JLB | Discovery look at cell in storage | 2.00 |

Page. 15
08/30/2006
Account No:      6061-00
STATEMENT NO:         1

ANTHONY RIGGINS

|  |  |  | Hours |
|---|---|---|---|
| 02/24/2006 |  |  |  |
| PAR | General Issues chronology of incident |  | 1.10 |
| PAR | General Issues create chronology for re-enactment |  | 2.80 |
| 03/07/2006 |  |  |  |
| JLB | Telephone conference with Ray Hamilton re cell |  | 0.10 |
| 03/14/2006 |  |  |  |
| JLB | Trial/hearing review depo testimony and draft re-enactment |  | 1.50 |
| PAR | General Issues update chronology w/riggins testimony |  | 1.90 |
| PAR | General Issues re-enactment |  | 1.00 |
| AAG | General Issues - travel to cell and do reenactment |  | 1.60 |
| JLB | General Issues travel to cell and do re-eenactment |  | 1.50 |
| 03/23/2006 |  |  |  |
| PAR | General Issues update chronology |  | 1.50 |
| 03/27/2006 |  |  |  |
| PAR | General Issues update chronology |  | 0.20 |
| 03/30/2006 |  |  |  |
| PAR | General Issues update incident chronology |  | 1.10 |
| 03/31/2006 |  |  |  |
| JLB | Research evidence re action inside cell |  | 0.30 |
| 06/05/2006 |  |  |  |
| AAG | General Issues - prep for and conf court and defense counsel and conf branch |  | 1.00 |
| 07/05/2006 |  |  |  |
| PAR | General Issues copy and mail transcripts |  | 0.20 |
| 07/13/2006 |  |  |  |
| PAR | General Issues index trial testimony |  | 1.80 |
| 07/17/2006 |  |  |  |
| JLB | Trial/hearing prepare for and attend pretrial |  | 3.60 |
| 08/09/2006 |  |  |  |
| PAR | General Issues trial subpoenas, cover letters |  | 2.40 |
| 08/10/2006 |  |  |  |
| JLB | Draft and research pl motions in limine |  | 3.50 |
| 08/11/2006 |  |  |  |
| PAR | General Issues prrof and file pleadings, print docs |  | 1.60 |
| JLB | Draft read and respond to def mot in limined, draft Pl motions in limine, habeas |  | 3.00 |

ANTHONY RIGGINS

| | | Hours |
|---|---|---|
| **08/14/2006** | | |
| AAG | General Issues - conf JB re strategy | 1.00 |
| PAR | General Issues exhibit binders | 1.20 |
| JLB | Trial/hearing pretrial with court | 1.50 |
| JLB | Trial/hearing trial prep | 6.00 |
| **08/15/2006** | | |
| PAR | General Issues exhibit books | 3.90 |
| JLB | Trial/hearing trial prep, exhibits | 4.00 |
| **08/16/2006** | | |
| JLB | Draft memo on convictions | 1.00 |
| JLB | Trial/hearing TRIAL PREP, EXHIBITS, pretrial (1 hr), jury instructions, trial plan | 5.00 |
| PAR | General Issues redact exhibit 5, fix Judge's binder, redact photos | 3.40 |
| **08/17/2006** | | |
| PAR | General Issues video to Lintel, pix to mmp, redact exhibits, double check binders | 2.10 |
| **08/18/2006** | | |
| AAG | Draft edits to statement of case and think about us eof force | 0.30 |
| AAG | General Issues - trial plan discussion with JB | 1.10 |
| JLB | Trial/hearing exhibits, trial strategy mtg with AG, opening, DE cl, DE chapman, t/c MAP re witness order, travel to LeCi (1), Meet with client (3) | 12.50 |
| AAG | General Issues - trial prep - review warden cross, issues re riggins direct | 0.50 |
| AAG | General Issues - discuss case strategy - cross wells and facts re calls to distoll | 0.20 |
| **08/19/2006** | | |
| JLB | Trial/hearing prepare for trial, discuss strategy with AG, t/c MAP glasses, draft motions, edit DE carter, DE client, prepare XE defendants, DE Chapman, prepare closing, study jury instructions | 6.70 |
| **08/20/2006** | | |
| JLB | Trial/hearing opening, Carter DE, Riggins DE, jury slection, defendnatn XEs, Distel, Chapman, Medical, | 14.70 |
| **08/21/2006** | | |
| JLB | Trial/hearing prep - voir dire, opening, | 0.90 |
| JLB | Trial/hearing pack up, meet with client. Trial day 1 | 10.70 |
| JLB | Trial/hearing prepare for Day 2 | 1.20 |
| **08/22/2006** | | |
| JLB | Trial/hearing prep for day 2, day 2 of trial, prep for closing and XE Harris | 15.50 |
| **08/23/2006** | | |
| JLB | Trial/hearing prepare closing.  Trial Day 3 | 12.80 |

ANTHONY RIGGINS

|  |  | Hours |  |
|---|---|---|---|
| **08/24/2006** |  |  |  |
| JLB | Trial/hearing Jury Questions, verdict,talk to jury, travel to and from LeCI and meet with client | 4.50 |  |
| AAG | Trial/hearing - attend session with questions and receive verdict and talk to jury | 2.70 |  |
| **08/28/2006** |  |  |  |
| JLB | Draft motion for fees, review timesheets | 1.50 |  |
|  | For Current Services Rendered | 788.90 | 107,437.75 |

### RECAPITULATION

|  | Hours | Hourly Rate | Total |
|---|---|---|---|
| Gerhardstein, A.A. | 108.20 | $169.50 | $18,339.90 |
| LAW GRADUATE | 15.20 | 85.00 | 1,292.00 |
| Law Clerk | 80.00 | 65.00 | 5,200.00 |
| Law clerk 2 | 101.30 | 65.00 | 6,584.50 |
| Jennifer Branch | 426.30 | 169.50 | 72,257.85 |
| LAW CLERK | 8.70 | 65.00 | 565.50 |
| PARALEGAL | 49.20 | 65.00 | 3,198.00 |

| Date | Description | Amount |
|---|---|---|
| 07/23/2001 | TREASURER, STATE OF OHIO - COPY OF PUBLIC RECORDS REQUEST | 4.73 |
| 10/05/2001 | Filing Fee CLERK, U.S. DISTRICT COURT | 150.00 |
| 08/02/2002 | ROUND TRIP TO SOCF - JB | 79.35 |
| 10/22/2002 | Witness fee - CAROLE CHAPMAN |  |
| 11/04/2002 | SOUTHERN OHIO CORRECTIONAL FACILITY - COPIES OF POLICIES & VIDEO TAPES | 17.46 |
| 11/23/2002 | UPS - Overnight Mail | 10.88 |
| 11/23/2002 | COPIES & POSTAGE - SOUTHERN OHIO CORRECTIONAL FACILITY | 22.95 |
| 12/30/2002 | Mileage - 9/19/02 Travel to SOCF; 11/6/02 - Travel to Portsmouth - JENNIFER BRANCH | 140.04 |
| 02/10/2003 | Depositions: Jerry Wells, Anthony Gannon, Forrest Hunt, III - DRAPER & OESTREICHER | 1,251.20 |
| 03/03/2003 | UPS - Overnight Mail | 10.88 |
| 03/07/2003 | Witness fee - LT. CARL DISTEL | 53.14 |
| 03/07/2003 | Witness fee - HAROLD CARTER | 50.95 |
| 03/07/2003 | Witness fee - CAROLE CHAPMAN | 40.00 |
| 03/15/2003 | UPS - Overnight Mail | 10.91 |
| 05/03/2003 | Depositions: Harold Carter; Carole Chapman - DRAPER & OESTREICHER | 1,099.60 |
| 10/30/2003 | Depositions of Forest Hunt - DRAPER & OESTREICHER | 542.60 |
| 11/03/2003 | Witness fee - CAROLE CHAPMAN | 126.40 |
| 11/03/2003 | Witness fee - CARL DISTEL | 126.40 |
| 11/03/2003 | Witness fee - HAROLD CARTER | 126.40 |
| 11/03/2003 | Witness fee - RECORDS CUSTODIAN | 126.40 |
| 11/15/2003 | Exhibit book copies - MMP PRINTING MINUTE MAN PRESS | 208.65 |
| 11/25/2003 | BETTY SCHWAB - Transcript of opening statement | 39.60 |
| 11/25/2003 | UPS - Overnight Mail | 20.93 |

ANTHONY RIGGINS

Page: 18
08/30/2006
Account No:     6061-00
STATEMENT NO:         1

| Date | Description | Amount |
|------|-------------|--------|
| 12/02/2003 | Partial transcript of trial - BETTY J. SCHWAB | 110.00 |
| 12/02/2003 | KINKO'S | 196.89 |
| 12/02/2003 | Meals during trial | 211.72 |
| 12/11/2003 | UPS - Overnight Mail UNITED PARCEL SERVICE | 20.88 |
| 12/30/2003 | Meals - Trial | 64.59 |
| 12/30/2003 | Meals - Trial | 13.25 |
| 02/09/2004 | Mileage & copies - JB | 83.54 |
| 03/09/2004 | UPS - Overnight Mail | 11.29 |
| 03/15/2006 | Professional Services - ASSISTANT WITH STORAGE & ASSEMBLE JAIL CELL - RAY HAMILTON CO. MOVERS | 430.59 |
| 04/12/2006 | Professional Services - RAY HAMILTON CO. MOVERS | 39.00 |
| 06/26/2006 | Professional Services - trial transcript - CONNIE PORTER, COURT REPORTER | 210.00 |
| 08/09/2006 | Witness fee - Harold Carter | 126.29 |
| 08/09/2006 | Witness fee - Carol Chapman Roberts | 126.29 |
| 08/09/2006 | Witness fee - Carol Distel | 126.29 |
| 08/09/2006 | Witness fee - Mona Park | 126.29 |
| 08/24/2006 | CONNIE PORTER - COURT REPORTER - TRIAL TRANSCRIPT | 100.00 |
| 08/24/2006 | UPS - Overnight Mail | 54.82 |
| | TOTAL EXPENSES | 6,311.31 |
| | TOTAL CURRENT WORK | 113,749.08 |
| | Balance Due | $113,749.08 |