```
 1                 UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF OHIO
 3                      WESTERN DIVISION
 4                          - - -
 5
    ANTHONY RIGGINS,              .  CASE NO. 1:01-CV-00503
 6                                .
              Plaintiff,           .  Excerpts of Trial
 7                                .
            - v -                  .  Wednesday, August 23, 2006
 8                                .
    FORREST E. HUNT, III,          .
 9  et al.,                        .
                                  .  Cincinnati, Ohio
10        Defendant.               .
    . . . . . . . . . . . . . .
11
                  TRANSCRIPT OF PROCEEDINGS
12       BEFORE THE HONORABLE MICHAEL R. BARRETT and JURY

13  For the Plaintiff:     JENNIFER L. BRANCH, ESQ.
                           Gerhardstein Branch & Laufman Co., LPA
14                         617 Vine Street
                           Suite 1409
15                         Cincinnati, Ohio   45202

16

17  For the Defendants:    MARIE M. HOOVER, ESQ.
                           ROBERT T. HOOVER, ESQ.
18                         The Hoover Law Group
                           621 Seventh Street
19                         Portsmouth, Ohio   45662

20  Law Clerk:             Grace Royalty, Esq.

21  Courtroom Deputy:      Barbara Crum

22  Also Present:          Marianne Pressman, Esq.

23  Court Reporter:        Maryann T. Maffia, RMR
                           U.S. Potter Stewart Courthouse
24                         100 E. Fifth Street
                           Cincinnati, Ohio 45202
25
```

Proceedings recorded in stenotype, transcript produced by computer.

```
 1                    WEDNESDAY, AUGUST 23, 2006
 2          THE COURT:  All right.  Let's get going then.
 3          MS. BRANCH:  So is the plan maybe to do the charge
 4  conference and do closings after lunch?
 5          THE COURT:  Let's see how long it takes.
 6          THE CLERK:  All rise for the jury.
 7      (The jury entered at 9:42 a.m.)
 8          THE COURT:  Good morning everybody.  How are you
 9  doing today?  Sorry to keep you a couple extra minutes, but we
10  were reviewing plaintiff's exhibits out of your presence.
11      The exhibits as tendered and offered by plaintiff will be
12  admitted.
13      Miss Branch, do you have any further testimony by way of
14  documentation or exhibits you wish to present to the jury at
15  this time?
16          MS. BRANCH:  No, Your Honor.  At this time, the
17  plaintiff rests.
18          THE COURT:  Okay.  Thank you.
19      Miss Hoover, the plaintiff having rested, do you wish to
20  present any testimony or documentary evidence at this time?
21          MS. HOOVER:  Yes, Your Honor.  Also, just for the
22  record, I'd like to make a Rule 50 motion.  I don't need to
23  argue, I just --
24          THE COURT:  It will be denied, but we'll deal with
25  that later.
```

```
 1        MS. HOOVER.  Yes.  We'd like to call Lieutenant
 2 Gannon.
 3                          * * *
 4
 5        THE CLERK:  This court is in recess until 1:00 p.m.
 6     (At 11:50 a.m., the jury was excused.)
 7        MS. HOOVER:  At this time, I'd just like to renew my
 8 motion for a Rule 50 verdict.
 9        THE COURT:  And it will be overruled.  Thank you.
10     Do you want to make a motion?
11        MS. BRANCH:  Yeah.  Would you grant my motion?  No?
12 Off the record.
13        THE COURT:  Not at this time.
14     (At 11:55 a.m., the luncheon recess was taken.)
15                          * * *
16                REQUESTED EXCERPTS CONCLUDED
17                          * * *
18
19                   C E R T I F I C A T E
20     I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM
21 THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
22
23   _____      Sept 25, 2006
     MARYANN T. MAFFIA, RMR               DATE
24   Official Court Reporter
25
```