# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Anthony Riggins,

      Plaintiff,

      v.                            Case No. 1:01cv503

Forrest E. Hunt, III, Jr., et al.,            Judge Michael R. Barrett

      Defendants.

## <u>NOTICE</u>

Please take notice that the above-captioned case has been set for a status

conference by telephone before the Honorable Michael R. Barrett on:

### Friday, October 27, 2006, at 10:30 am

Parties shall initiate contact with the Court by calling 513-564-7660 five (5)

minutes prior to 10:30 am.

                             Michael R. Barrett, Judge
                             United States District Court

                                *S/Barbara A. Crum*
                             Courtroom Deputy

cc:    All Counsel
BAC       October 19, 2006