**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**ANTHONY RIGGINS,**                                   **Case No. 1:01-CV-503**

                    **Plaintiff,**

**Vs.**                                                       **JUDGE BARRETT**

**FORREST HUNT, et al.,**

                    **Defendants.**                         **MOTION TO WITHDRAW**

        Now come counsels, Marie Moraleja Hoover and R. Tracy Hoover, to respectfully

move this Court for an ORDER permitting them to withdraw as counsel of record for

defendant Forrest Hunt.  This motion is being made due to the fact that a conflict of

interest has arisen which makes it impossible to proceed as counsel of record for

defendant Hunt.  In support of this motion, Forrest Hunt has executed a release which

would relieve counsels of any further responsibilities in the within matter.  Please see

attached.

        For the foregoing reasons, counsels respectfully move this Court to allow them to

withdraw and to grant the requested relief.

                                        Respectfully submitted,


                                        /s/  Marie Moraleja Hoover_____
                                        Marie Moraleja Hoover #0063254
                                        Attorney for Defendant

                                        /s/ R. Tracy Hoover_____
                                        R. Tracy Hoover #0039610
                                        Attorney for Defendant
                                        621 7th Street
                                        Portsmouth, Ohio 45662
                                        (740) 354-1000
                                        Fax:  (740) 353-0661

**NOTICE OF ELECTRONIC FILING**

This is to certify that the foregoing was served electronically upon all parties who have entered an appearance electronically in the ECF system of the United States District Court for the Southern District of Ohio, Western Division on this ___3rd___ day of _____November_____, 2006. All other parties who may not have entered an appearance electronically shall be served by regular U.S. mail on same date.

/s/ Marie Moraleja Hoover
Marie Moraleja Hoover #0063254
Attorney at Law