# RELEASE

State of Ohio   )
                )ss:
County of Scioto)

    Now comes Forrest Hunt III after being duly sworn according to law and states that he understands that a conflict of interest has arisen which makes joint representation of all three defendants (Hunt, Gannon, and Wells) impossible. Forrest Hunt III also states that he desires to release attorneys Marie Moraleja Hoover and R. Tracy Hoover as his legal representatives and attorneys of record in the matter <u>Anthony Riggins vs. Forrest Hunt, et al.</u>, Case No. 1:01-CV-503.

*/s/ Forrest Hunt III*
Forrest Hunt III

    Sworn to and subscribed in my presence on this __2__ day of __November__, 2006.

*/s/ Marie Moraleja Hoover*
Notary Public

Marie Moraleja Hoover
Attorney at Law
Notary Public  State of Ohio
My Commission Does Not Expire
Pursuant to ORC 147.03