UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ANTHONY RIGGINS,**                             Case No. 1:01-CV-503

      **Plaintiff,**

Vs.                                              JUDGE BARRETT

**FORREST HUNT, et al.,**

      **Defendants.**                         MOTION TO WITHDRAW

      Now come counsels, Marie Moraleja Hoover and R. Tracy Hoover, to respectfully move this Court for an ORDER permitting them to withdraw as counsel of record for defendant Jerry Wells. This motion is being made due to the fact that a conflict of interest has arisen which makes it impossible to proceed as counsel of record for defendant Wells. In support of this motion, Jerry Wells has executed a release which would relieve counsels of any further responsibilities in the within matter.

      For the foregoing reasons, counsels respectfully move this Court to allow them to withdraw and to grant the requested relief.

      Respectfully submitted,

/s/ Marie Moraleja Hoover
Marie Moraleja Hoover #0063254
Attorney for Defendants

/s/ R. Tracy Hoover
R. Tracy Hoover #0039610
Attorney for Defendants
621 7th Street
Portsmouth, Ohio 45662
(740) 354-1000
Fax: (740) 353-0661

# RELEASE

State of Ohio  )
                )ss:
County of Scioto)

      Now comes Jerry Wells after being duly sworn according to law and states that he understands that a conflict of interest has arisen which makes joint representation of all three defendants (Hunt, Gannon, and Wells) impossible. Jerry Wells also states that he desires to release attorneys Marie Moraleja Hoover and R. Tracy Hoover as his legal representatives and attorneys of record in the matter <u>Anthony Riggins vs. Forrest Hunt, et al.,</u> Case No. 1:01-CV-503.

_____
Jerry Wells

Sworn to and subscribed in my presence on this ___6th___ day of ___November___, 2006.

_____
Notary Public

Bernice L. Roe
Notary Public, State of Ohio
My Commission Expires May 1, 2010

## NOTICE OF ELECTRONIC FILING

This is to certify that the foregoing was served electronically upon all parties who have entered an appearance electronically in the ECF system of the United States District Court for the Southern District of Ohio, Western Division on this ___7th___ day of _____November_____, 2006. All other parties who may not have entered an appearance electronically shall be served by regular U.S. mail on same date.

/s/ Marie Moraleja Hoover
Marie Moraleja Hoover #0063254
Attorney at Law