UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Riggins,

    Plaintiff,

    v.                                                   Case No. 1:01cv503

Forrest E. Hunt, III, *et al.*,                  Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court upon Defendants Hunt and Wells' Motion to Withdraw. (Docs. 181, 182) Counsel state that a conflict of interest has arisen which makes it impossible to proceed as counsel of record. For good cause shown, the Court hereby **GRANTS** Defendants' Motions to Withdraw (Docs. 181, 182). It is hereby ordered that:

1. Defendants are deemed to be proceeding *pro se*, and are instructed to make arrangements to obtain their files from their attorneys.

2. Because counsel failed to provide the Court with Defendants' current addresses, counsel is ordered to serve this Order upon Defendants immediately by certified mail.

3. Counsel shall file proof of service in the Record by filing a copy of the return receipt.

4. This matter is scheduled for a status conference by telephone on **November 20, 2006 at 1:30 p.m.** Parties shall contact the Court five minutes prior to the conference at 513-564-7660. <u>Defendants shall participate *pro se* or with replacement counsel</u>.

**IT IS SO ORDERED.**

                                                                      */s/ Michael R. Barrett*
                                                                      Michael R. Barrett, Judge
                                                                      United States District Court