FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

06 NOV 16 AM 11: 18

**ANTHONY RIGGINS,**   Case No. 1:01-CV-503

      **Plaintiff,**

**Vs.**

**FORREST HUNT, et al.,**

      **Defendants.**

# NOTICE OF APPEAL

Notice is hereby given that Forrest Hunt hereby appeals to the United States Court of Appeals for the Sixth Circuit from the ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL AND MOTION FOR JUDGMENT NOTWITHSTANDING THE VERICT as well as the verdict entered in this case and any and all attorney fees ordered to be paid in this case. Said ORDER was entered in this action on the 19th day of October, 2006.

                                              */s/ Forrest Hunt*
                                              Forrest Hunt, III

                                              Address: 255 Chiefs Cove Rd
                                              Bainbridge OH 45612