U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postmark
Here

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total

Sent *To* C.O. Wells
*Street,* 275 Mill Branch
*or PO* Greenup, Kentucky 41144
*City, St*

PS Form 3800, April 2002    See Reverse for Instructions

7002 0860 0000 1409 483B
7002 0860 0000 1409 483B

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7002 0860 0000 1409 483B

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Po  Forrest E Hunt, III
*Sent To*  255 Chiefs Cove Road
*Street, Ap*   Bainbridge, OH 45612
*or PO Box*
*City, State*

PS Form 3800, April 2002        See Reverse for Instructions

7002 0860 0000 1409 4643
7002 0860 0000 1409 4643

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7002 0860 0000 1409 4643