**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forrest E Hunt, III
255 Chiefs Cove Road
Bainbridge, OH 45612

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kim Hunt_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Kim Hunt                          11.23.06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7002 0860 0000 1409 4843

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-2509