```
Wed Nov 29 12:03:04 2006

    UNITED STATES DISTRICT COURT
        CINCINNATI, OH

Receipt No.    106 432400
Cashier            sel

Check Number:  9062

DO Code      Div No
 4661          1

Sub Acct Type Tender       Amount
1:086900  N     2          105.00
2:510000  N     2          150.00
3:086400  N     2          200.00

Total Amount        $      455.00
HOOVER LAW GROUP/NOTICE OF APPEAL

1:01-CV-503/455.00
```