**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: December 8, 2006

Forrest E. Hunt III
255 Chiefs Cove Road
Bainbridge, OH 45612

Re: No. 06-4584
<u>Riggins vs. Hunt</u>
District Court Case No. 01-00503

Dear counsel,

This appeal has been docketed as case number **06-4584** The case caption is enclosed on a separate page. It and the case number must appear on all documents submitted for filing to the court.

Our review of the district court docket shows that you have not responded to that court's deficiency notice by either paying the $455 appellate filing fee in full at the district court or moving for leave to proceed in forma pauperis, attaching a financial affidavit and a certified copy of your prison trust account statement. The motion must be filed in the district court; the court of appeals does not consider motions for pauper status in civil cases.

If you do not respond by the deadline set by the district court, the court of appeals will dismiss your appeal for want of prosecution and the district court will assess the entire filing fee. Once dismissed under these circumstances, the appeal will not be reinstated, even if the filing fee is subsequently paid.

Michelle M. Davis
Case Manager

cc:
Mr. Alphonse A. Gerhardstein
Mr. James Bonini
Honorable Michael R. Barrett

## OFFICIAL COURT OF APPEALS CAPTION FOR 06-4584

ANTHONY RIGGINS

        Plaintiff - Appellee

  v.

FORREST E. HUNT, III

        Defendant - Appellant