# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**LEONARD GREEN**
**CLERK**

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**MS. MICHELLE M. DAVIS**
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: December 8, 2006

Jerry Wells
275 Mill Branch Road
Greenup, KY  41144

Re: No. 06-4585
 Riggins vs. Hunt
 District Court Case No. 01-00503

Dear counsel,

This appeal has been docketed as case number **06-4585**  The case caption is enclosed on a separate page. It and the case number must appear on all documents submitted for filing to the court.

Our review of the district court docket shows that you have not responded to that court's deficiency notice by either paying the $455 appellate filing fee in full at the district court or moving for leave to proceed in forma pauperis, attaching a financial affidavit and a certified copy of your prison trust account statement.  The motion must be filed in the district court; the court of appeals does not consider motions for pauper status in civil cases.

If you do not respond by the deadline set by the district court, the court of appeals will dismiss your appeal for want of prosecution and the district court will assess the entire filing fee.  Once dismissed under these circumstances, the appeal will not be reinstated, even if the filing fee is subsequently paid.

Michelle M. Davis
Case Manager

cc:
 Mr. Alphonse A. Gerhardstein
 Mr. James Bonini
 Honorable Michael R. Barrett

## OFFICIAL COURT OF APPEALS CAPTION FOR 06-4585

ANTHONY RIGGINS

        Plaintiff - Appellee

  v.

FORREST E. HUNT, III;

        Defendant

JERRY WELLS

        Defendant - Appellant