## Jennifer Branch

**From:** cmecfhelpdesk@ohsd.uscourts.gov
**Sent:** Friday, December 15, 2006 3:36 PM
**To:** ecf.notification@ohsd.uscourts.gov
**Subject:** Activity in Case 1:01-cv-00503-MRB Riggins v. Hunt, et al "USCA Appeal Fees"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from ph, entered on 12/15/2006 at 3:36 PM EST and filed on 12/15/2006
**Case Name:**     Riggins v. Hunt, et al
**Case Number:**   1:01-cv-503
**Filer:**
**WARNING: CASE CLOSED on 08/24/2006**
**Document Number:**

**Docket Text:**
USCA Appeal Fees received $ 455 receipt number 100 432706 re [186] Notice of Appeal, filed by C.O. Wells, (ph, )

The following document(s) are associated with this transaction:

**1:01-cv-503 Notice will be electronically mailed to:**

Jennifer Lynn Branch     jbranch@gbfirm.com

Alphonse Adam Gerhardstein     agerhardstein@GBfirm.com, marmor@GBfirm.com; mberry@gbfirm.com; jthompson@gbfirm.com

Marie Moraleja Hoover     hooverlawgroup@yahoo.com,

Robert Tracy Hoover     hooverlawgroup@yahoo.com,

Todd Robert Marti     tmarti@ag.state.oh.us,

Marianne Pressman     mpressman@ag.state.oh.us,

David A Singleton     dsingleton@prisonreform.com

1/2/2007

**1:01-cv-503 Notice will be delivered by other means to:**

Forrest E Hunt, III
255 Chiefs Cove Road
Bainbridge, OH 45612

C.O. Wells
275 Mill Branch
Greenup, KY 41144

1/2/2007

### Jennifer Branch

**From:** Hunt, Forrest [Forrest.Hunt@odrc.state.oh.us]
**Sent:** Monday, December 18, 2006 9:00 AM
**To:** Jennifer Branch
**Subject:** RE: Activity in Case 1:01-cv-00503-MRB Riggins v. Hunt, et al "USCA Appeal Fees"

Ms. Branch, I was busy with a situation in one of my blocks and did not get it resolved until almost 4:00 pm. I spoke with Jerry Wells,
This morning and he informed me that Judge Barrett had not made a decision on the attorney fees. Can you email me any information on what is now happening?

---

**From:** Jennifer Branch [mailto:JBranch@gbfirm.com]
**Sent:** Friday, December 15, 2006 3:43 PM
**To:** Wells, Jerry
**Cc:** Hunt, Forrest
**Subject:** FW: Activity in Case 1:01-cv-00503-MRB Riggins v. Hunt, et al "USCA Appeal Fees"

Sgt. Wells,

I called Judge Barrett's office and since the receipt has been docketed you do not need to file your copy of the receipt. It looks like the receipt was docketed while we were on the phone with the Judge.


Jennifer L. Branch
Attorney at Law
Gerhardstein & Branch Co. LPA
617 Vine Street #1409
Cincinnati, OH 45202
513-621-9100 ext. 13
513-345-5543 (fax)
jbranch@gbfirm.com


-----Original Message-----
**From:** cmecfhelpdesk@ohsd.uscourts.gov [mailto:cmecfhelpdesk@ohsd.uscourts.gov]
**Sent:** Friday, December 15, 2006 3:36 PM
**To:** ecf.notification@ohsd.uscourts.gov
**Subject:** Activity in Case 1:01-cv-00503-MRB Riggins v. Hunt, et al "USCA Appeal Fees"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Southern District of Ohio

Notice of Electronic Filing

1/2/2007

The following transaction was received from ph, entered on 12/15/2006 at 3:36 PM EST and filed on 12/15/2006
**Case Name:** Riggins v. Hunt, et al
**Case Number:** 1:01-cv-503
**Filer:**
**WARNING: CASE CLOSED on 08/24/2006**
**Document Number:**

**Docket Text:**
USCA Appeal Fees received $ 455 receipt number 100 432706 re [186] Notice of Appeal, filed by C.O. Wells, (ph, )

The following document(s) are associated with this transaction:

**1:01-cv-503 Notice will be electronically mailed to:**

Jennifer Lynn Branch    jbranch@gbfirm.com

Alphonse Adam Gerhardstein    agerhardstein@GBfirm.com, marmor@GBfirm.com; mberry@gbfirm.com; jthompson@gbfirm.com

Marie Moraleja Hoover    hooverlawgroup@yahoo.com,

Robert Tracy Hoover    hooverlawgroup@yahoo.com,

Todd Robert Marti    tmarti@ag.state.oh.us,

Marianne Pressman    mpressman@ag.state.oh.us,

David A Singleton    dsingleton@prisonreform.com

**1:01-cv-503 Notice will be delivered by other means to:**

Forrest E Hunt, III
255 Chiefs Cove Road
Bainbridge, OH 45612

C.O. Wells
275 Mill Branch
Greenup, KY 41144

1/2/2007

## Jennifer Branch

| | |
|---|---|
| From: | Jennifer Branch |
| Sent: | Monday, December 18, 2006 10:24 AM |
| To: | Forrest Hunt |
| Cc: | Wells, Jerry |
| Subject: | FW: Activity in Case 1:01-cv-00503-MRB Riggins v. Hunt, et al "Status Conference" |

Sgt. Hunt,

In response to your email I am forwarding the entry from Friday's telephone conference which summarizes what happened. You should receive a copy in the mail. I have until the end of this week to supplement the attorney fees motion on the issue the Judge raised - whether we should be awarded fees for the first trial. The Judge will enter an order giving you until January 8, 2007 to pay the $455 appeal filing fee. I will email that order to you when it is entered. The court will mail it to you as well.


Jennifer L. Branch
Attorney at Law
Gerhardstein & Branch Co. LPA
617 Vine Street #1409
Cincinnati, OH 45202
513-621-9100 ext. 13
513-345-5543 (fax)
jbranch@gbfirm.com


-----Original Message-----
**From:** cmecfhelpdesk@ohsd.uscourts.gov [mailto:cmecfhelpdesk@ohsd.uscourts.gov]
**Sent:** Friday, December 15, 2006 4:02 PM
**To:** ecf.notification@ohsd.uscourts.gov
**Subject:** Activity in Case 1:01-cv-00503-MRB Riggins v. Hunt, et al "Status Conference"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from ba, entered on 12/15/2006 at 4:01 PM EST and filed on 12/15/2006
**Case Name:**   Riggins v. Hunt, et al
**Case Number:**   1:01-cv-503
**Filer:**

WARNING: CASE CLOSED on 08/24/2006
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge Michael R. Barrett : Status Conference held on 12/15/2006; Jennifer Branch and Alphonse Gerhardstein appeared for Plaintiff; C.O. Jerry Wells appeared pro se; attorney fee motion at issue; Plaintiff to submit supplemental memo if necessary; Court's order to follow regarding attorney fees. (Court Reporter Maryann Maffia, Official Court Reporter.) (ba, )

The following document(s) are associated with this transaction:

**1:01-cv-503 Notice will be electronically mailed to:**

Jennifer Lynn Branch    jbranch@gbfirm.com

Alphonse Adam Gerhardstein    agerhardstein@GBfirm.com, marmor@GBfirm.com; mberry@gbfirm.com; jthompson@gbfirm.com

Marie Moraleja Hoover    hooverlawgroup@yahoo.com,

Robert Tracy Hoover    hooverlawgroup@yahoo.com,

Todd Robert Marti    tmarti@ag.state.oh.us,

Marianne Pressman    mpressman@ag.state.oh.us,

David A Singleton    dsingleton@prisonreform.com

**1:01-cv-503 Notice will be delivered by other means to:**

Forrest E Hunt, III
255 Chiefs Cove Road
Bainbridge, OH 45612

C.O. Wells
275 Mill Branch
Greenup, KY 41144

1/2/2007