UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Riggins,

    Plaintiff,

v.                                                 Case No. 1:01cv503

Forrest E. Hunt, III, *et al.*,               Judge Michael R. Barrett

    Defendants.

## ORDER

On November 16, 2006, Defendant Forrest E. Hunt, III filed a Notice of Appeal in the within action.  (Doc. 184)  However, Defendant/Appellant Hunt has failed to pay the $455 filing fee or to submit an application and affidavit to proceed on appeal without prepayment of fees.  (Doc. 188)

It is therefore **ORDERED** that Defendant Hunt submit an application and affidavit to proceed without prepayment of fees or pay the full filing fee of $455 within **thirty (30)** days of the date of this Order.  If Defendant/Appellant fails to comply with this Order, the Court of Appeals may dismiss the appeal for want of prosecution pursuant to Fed. R. App. 3(a).  A copy of this Order shall be sent to the Clerk of the Sixth Circuit Court of Appeals.

Also pending before the Court is Plaintiff's Motion for Order Providing Defendant with a Deadline to Pay the Appeal Filing Fee (Doc. 192).  Based on the foregoing, Plaintiff's Motion (Doc. 192) is **DENIED as MOOT**.

**IT IS SO ORDERED.**

                                                                    /s/ Michael R. Barrett

                                                               Michael R. Barrett, Judge
                                                               United States District Court