U.S. Postal Service

**CERTIFIED MAIL RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postmark
Here

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

**Total Po**

**Sent To**  Forrest E Hunt, III

**Street, Ap**
**or PO Box**  255 Chiefs Cove Road

**City, State**  Bainbridge, OH 45612

PS Form 3800, April 2002    See Reverse for Instructions

7002 0980 0000 1409 4911
7002 0980 0000 1409 4911

*CERTIFIED MAIL*

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7002 0980 0000 1409 4911