**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forrest E Hunt, III
255 Chiefs Cove Road
Bainbridge, OH 45612

1:01cv503 MKB

2. Article Number
(Transfer from service label)

7002 0860 0000 1409 4911

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Forrest Hunt IV_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Forrest E. Hunt IV
C. Date of Delivery: 1-19-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes