UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RIGGINS, | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Barrett |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S THIRD** |
| FORREST HUNT, et al., | : | **SUPPLEMENTAL** |
| | : | **MEMORANDUM IN SUPPORT** |
| Defendants. | : | **OF MOTION FOR ATTORNEY** |
| | | **FEES** |

The Court has requested a more detailed breakdown of attorney hours spent on the first trial. This memorandum addresses these issues. This memorandum is based on the timesheets Plaintiff submitted attached to Branch Declaration (Doc. 172).

In Plaintiff's second supplemental memorandum, plaintiff estimated the time spent preparing for, trying, and working on post-trial motions for the first trial. That time can be broken down further as follows:

**PRE-TRIAL Work Nov. 3 – Nov. 16, 2003**

| | Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| Alphonse A. Gerhardstein | 26.5 | $169.50 | 4,491.75 |
| Jennifer L. Branch | 78.60 | $169.50 | 13,322.70 |
| Law Clerk | 20.7 | $65.00 | 1,345.50 |
| **Total Attorney Fees** | | | **19,159.95** |

**TRIAL Work Nov. 17 – Nov. 21, 2003**

| | Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| Alphonse A. Gerhardstein | 65.30 | $169.50 | 11,068.35 |
| Jennifer L. Branch | 62.40 | $169.50 | 10,576.80 |
| Law Clerk | 7.30 | $65.00 | 474.50 |
| **Total Attorney Fees** | | | **22,119.65** |

**POST-TRIAL Work Nov. 22 – Dec. 10, 2003**

|  | Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| Alphonse A. Gerhardstein | 5.1 | $169.50 | 864.45 |
| Jennifer L. Branch | 22.70 | $169.50 | 3,847.65 |
| Law Clerk | 17.90 | $65.00 | 1,163.50 |
| **Total Attorney Fees** |  |  | **5,875.60** |
|  |  |  |  |
| **Expenses** Transcript of Def. Opening Transcript of Plaintiff Cross |  |  | 236.48 |
| **Total Fees and Expenses** |  |  | **6,112.08** |

Respectfully submitted,

/s/ Jennifer L. Branch
Jennifer L. Branch (0038893)
Trial Attorney for Plaintiff
Alphonse A. Gerhardstein (0032053)
Attorney for Plaintiff
GERHARDSTEIN & BRANCH CO., LPA
617 Vine Street, Suite #1409
Cincinnati, Ohio 45202
(513) 621-9100
jbranch@gbfirm.com
agerhardstein@gbfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2007, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically:

Jerry Wells
*Pro Se* Defendant
275 Mill Branch

Forrest Hunt
*Pro Se* Defendant
255 Chiefs Cove

Greenup, KY 41144                                    Bainbridge, OH 45612

R. Tracy Hoover
Marie Moraleja Hoover
Attorneys for Defendants
The Hoover Law Group
621 7th Street
Portsmouth, Ohio 45662

                              /s/ Jennifer L. Branch
                              Attorney for Plaintiff