U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

Postage | $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage

Postmark
Here

See Reverse for Instructio

*Sent To*
C.O. Wells

*Street, Apt. i*
*or PO Box N*
275 Mill Branch

*City, State, Z*
Greenup, KY 41144

PS Form 3800, April 2002

7002 0980 0000 1409 4980

7002 0980 0000 1409 4980

*CERTIFIED MAIL*

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7002 0980 0000 1409 4980

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark
Here

*Sent To*  Forrest E Hunt, III
*Street, Apt. No. or PO Box No.*  255 Chiefs Cove Road
*City, State, Zip*  Bainbridge, OH 45612

See Reverse for Instructions

PS Form 3800, April 2002

7002 0860 0000 1409 4973
7002 0860 0000 1409 4973

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7002 0860 0000 1409 4973