Case No: 06-4584

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

ORDER

ANTHONY RIGGINS

    Plaintiff - Appellee

v.

FORREST E. HUNT, III

    Defendant - Appellant

**FILED**
FEB 1 6 2007
LEONARD GREEN, Clerk

01-503

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid or a financial affidavit filed by 2/5/07, pursuant to the district court's deficiency order.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk