# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Anthony Riggins,

    Plaintiff,

    v.                                                  Case No. 1:01cv503

Forrest E. Hunt, III, Jr., et al.,              Judge Michael R. Barrett

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Plaintiff's Motion for Attorney Fees is Granted (Doc. 172). Based on the Declaration of Plaintiff's counsel, the attorney fees for the pre-trial portion of the first trial were $19,159.95. (Doc. 172, Ex. 1) The attorney fees and costs for the second trial were $66,357.40. (Id.) Therefore, Plaintiff is entitled to a total amount of fees and costs of $88,517.35. Defendant Hunt is liable for 75% of this amount, or $66,338.01. Defendant Wells is liable for 25% of this amount, or $22,129.34.

Date: February 21, 2007                            James Bonini, Clerk
                                                                   Clerk


                                                           By:      S/Barbara A. Crum
                                                            Deputy Clerk