Case No: 06-4584

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

07 FEB 21 PM 4:02

ORDER

ANTHONY RIGGINS

    Plaintiff - Appellee

v.

FORREST E. HUNT, III

    Defendant - Appellant

**FILED**

FEB 20 2007

LEONARD GREEN, Clerk

01503

---

Upon consideration of the appellant's motion to reinstate appeal,

And it appearing that the default which led to dismissal of the appeal has been cured,

It is ORDERED that the motion be and it hereby is **GRANTED**.

                                                **ENTERED PURSUANT TO RULE 45(a),**
                                                **RULES OF THE SIXTH CIRCUIT.**
                                                Leonard Green, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: February 20, 2007

Alphonse A. Gerhardstein
Laufman & Gerhardstein
617 Vine Street
Suite 1409 Enquirer Building
Cincinnati, OH  45202

Forrest E. Hunt III
255 Chiefs Cove Road
Bainbridge, OH  45612

RE: 06-4584
    Riggins vs. Hunt
    District Court No. 01-00503

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

Enclosure

cc:
   Mr. James Bonini