UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY RIGGINS,** | : | Case No. 1:01-CV-503 |
| | : | |
| Plaintiff, | : | Judge Barrett |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S NOTICE OF** |
| **FORREST HUNT and JERRY WELLS,** | : | **APPEAL** |
| | : | |
| Defendants. | : | |

Notice is hereby given that Anthony Riggins, Plaintiff in the above case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting Motion For Attorney Fees entered on February 5, 2007 (Doc. 195) and the Judgment in a civil case entered February 21, 2007 (Doc. 197).

    Respectfully submitted,

    s/ Jennifer L. Branch
    Jennifer L. Branch (0038893)
    Trial Attorney for Plaintiff
    Alphonse A. Gerhardstein (0032053)
    Attorney for Plaintiff
    GERHARDSTEIN & BRANCH CO., LPA
    617 Vine Street, Suite #1409
    Cincinnati, Ohio 45202
    (513) 621-9100
    jbranch@gbfirm.com
    agerhardstein@gbfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2007, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the

2

foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

| Jerry Wells<br>*Pro Se* Defendant<br>275 Mill Branch<br>Greenup, KY 41144 | Forrest Hunt<br>*Pro Se* Defendant<br>255 Chiefs Cove<br>Bainbridge, OH 45612 |
|---|---|

s/ Jennifer L. Branch
Attorney for Plaintiff

2