```
nThu Mar  1 13:04:00 2007

        UNITED STATES DISTRICT COURT
           CINCINNATI, OH

Receipt No.    100 433448
Cashier            ph1

Check Number: 3011

DO Code    Div No
 4661        1

Sub Acct  Type  Tender      Amount
1:086900   N      2         105.00
2:510000   N      2         150.00
3:086400   N      2         200.00

Total Amount        $      455.00

1:01-CV-503 RIGGINS VS HUNT ETAL

FEE NOTICE OF APPEAL GERHARDSTEIN & BRANC
H
```

n