Case No: 06-4584

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

ORDER

**FILED**

MAR -5 2007

LEONARD GREEN, Clerk

ANTHONY RIGGINS

    Plaintiff - Appellee

v.

FORREST E. HUNT, III

    Defendant - Appellant

---

Upon consideration of the appellee's motion to dismiss case for failure of appellant to pay the filing fee.

It is ORDERED that the motion be and it hereby is GRANTED and the case is DISMISSED.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: March 5, 2007

Alphonse A. Gerhardstein
Gerhardstein & Branch
617 Vine Street
Suite 1409 Enquirer Building
Cincinnati, OH 45202

Forrest E. Hunt III
255 Chiefs Cove Road
Bainbridge, OH 45612

RE: 06-4584
Riggins vs. Hunt
District Court No. 01-00503

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

Enclosure

cc:
    Mr. James Bonini