Case No: 06-4585

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JAMES CONINI
CLERK

ORDER

07 APR 13 AM 11:38

ANTHONY RIGGINS

    Plaintiff - Appellee

FILED

APR 12 2007

v.

LEONARD GREEN, Clerk

FORREST E. HUNT, III;

    Defendant

01-503

JERRY WELLS

    Defendant - Appellant

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The Appellant's Brief was not filed by 4/2/07 .

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk

**LEONARD GREEN**
**CLERK**

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: April 12, 2007

Jennifer L. Branch
Gerhardstein & Branch
617 Vine Street
Suite 1409 Enquirer Building
Cincinnati, OH 45202

Jerry Wells
275 Mill Branch Road
Greenup, KY 41144

RE: 06-4585
Riggins vs. Hunt
District Court No. 01-00503

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

Enclosure

cc:
Mr. James Bonini