Case No. 07-3265

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ANTHONY RIGGINS,

    Plaintiff - Appellant

v.

FORREST E. HUNT, III; JERRY WELLS,

    Defendants - Appellees

Upon consideration of the appellant's motion to voluntarily dismiss the case herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the case is dismissed.

                                                  **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: July 03, 2008

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 03, 2008

Ms. Jennifer L. Branch
Gerhardstein & Branch
617 Vine Street
Suite 1409 Enquirer Building
Cincinnati, OH 45202

Forrest E. Hunt III
255 Chiefs Cove Road
Bainbridge, OH 45612-0000

Jerry Wells
275 Mill Branch Road
Greenup, KY 41144-0000

        Re:  Case No. 07-3265, *Riggins v. Hunt, et al*
             Originating Case No. : 01-00503

Dear Counsel and Parties,

  The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Michelle M. Davis
                              Case Manager
                              Direct Dial No. 513-564-7025
                              Fax No. 513-564-7098

cc:  Mr. James Bonini

Enclosure